**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KATHLEEN MOLLER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO. 2:24-cv-228-WBV-DPC** |
| | * | |
| **MARTIAN SALES, INC.; JOPEN,** | * | **THE HONORABLE WENDY B. VITTER** |
| **LLC; JOHNSON FOODS, LLC; LP** | * | |
| **IND., LLC; CAG HOLDINGS, LLC;** | * | **MAGISTRATE DONNA PHILLIPS** |
| **RMH HOLDINGS, INC.; ABC** | * | **CURRAULT** |
| **INSURANCE COMPANY and John** | * | |
| **Does 1-4,** | * | |
| | * | |
| **Defendants.** | * | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants LP IND., LLC; CAG Holdings, LLC; RMH Holdings, Inc.; Martian Sales, Inc.; and Jopen, LLC (collectively "Defendants"), pursuant to Federal Rules of Civil Procedures 12(b)(2) and 12(b)(6), respectfully move this Honorable Court to dismiss Plaintiff Kathleen Moller's Second Amended Complaint, for the reasons stated in the attached Memorandum in Support of Defendants' Motion to Dismiss.

Dated this 9th day of May, 2024.

Respectfully Submitted

By:  /s/ Gwendolyn C. Payton
**Gwendolyn C. Payton** *(pro hac vice)*
**Hayley R. Ambler**
Louisiana State Bar No. 25848

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Suite 3700
Seattle, Washington 98101
Telephone:     (206) 497-9600
Facsimile:     (206) 299-0414
Email:  hambler@ktslaw.com
Email:  gpayton@ktslaw.com

**COUNSEL FOR DEFENDANTS LP IND., LLC;**

**CAG HOLDINGS, LLC; RMH HOLDINGS, INC.; MARTIAN SALES, INC.; AND JOPEN, LLC.**

**CERTIFICATE OF SERVICE**

This is to certify that on the 9th day of May 2024, a copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's ECF System.


*/s/ Gwendolyn C. Payton*
Gwendolyn C. Payton