EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN MOLLER | CIVIL ACTION |
| VERSUS | NO. 24-228 (c/w 24-781) |
| MARTIAN SALES, INC; JOPEN, LLC, a Texas limited liability company; JOHNSON FOODS, LLC, a Wyoming limited liability company; LP IND., LLC, a Wyoming limited liability company; CAG HOLDINGS, LLC, a Wyoming limited liability company; RMH HOLDINGS, INC., a Wyoming corporation; ABC INSURANCE CO. and John Does 1-4 | SECTION: D (2) |
| *Applies to: Both Cases* | |

## AFFIDAVIT OF CATHERINE MIANO

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned notary, personally came and appeared:

Catherine Miano

who, after being duly sworn, did hereby depose and state as follows:

1. My name is Catherine Miano. I am over the age of majority, of sound mind, capable of making this Affidavit, and fully competent to testify to the matters stated herein, all of which are true and correct and within my personal knowledge.

2. I am a resident of Longmont, Colorado currently employed as the Chief Executive Officer of Johnson Foods, LLC, a role I have inhabited since May 1, 2024. I previously served as a third-party marketing consultant to Johnson Foods, LLC, starting in December 2021.

3. Johnson Foods, LLC was established in August 2021 to market and distribute botanicals—plant-based products that have historically been associated with health benefits in humans—following rigorous scientific research and clinical testing to demonstrate safety and efficacy.

4. To that end, in October 2022, Johnson Foods, LLC submitted a New Dietary Ingredient Notification (NDIN) to the FDA for NPI-001, a dried kratom leaf powder. The FDA did

not acknowledge the new ingredient, and Johnson Foods, LLC is currently planning on submitting a second notification, to address the objections raised by the FDA, within the coming months.

5. Other than the NDIN, the creation of a basic website (johnson-foods.com), and regulatory/marketing consulting performed for third-party clients, Johnson Foods, LLC has not engaged in any other business activity. It has never marketed, distributed, or sold any kratom-containing products (or any other products) to consumers.

6. Johnson Foods, LLC is a Wyoming limited liability company with its principle place of business in Georgia. Its sole current member-manager, Alexander Cohen, is a Georgia resident, and its sole former member-manager, Luis Perez, was an Oregon resident. Peyton Shea Palaio has never been a member of Johnson Foods, LLC.

7. Johnson Foods, LLC does not operate, conduct, carry on, or transact business of any kind in Louisiana. It maintains no offices, places of business, post office boxes, or telephone listing in Louisiana and has never done so. It has no real estate, bank accounts, or other interest in property in Louisiana, and has not had real estate, bank accounts, or other interest in property in Louisiana. It has no incurred any obligation to pay, and has not paid, any taxes in Louisiana. It has no employees in Louisiana and has not recruited any employees from Louisiana. It conducts no activities in Louisiana, is not registered to do business in Louisiana, and does not maintain a registered agent for service of process in Louisiana.

_Catherine Miano_  05/28/2024

Catherine Miano

Newport News, Virginia

8040550

SUBSCRIBED and SWORN TO before me
on _____05/28/2024_____, 2024,
to certify which witness my hand and official seal.

_Winston Ndow_
Notary Public   Virginia   02/28/2027
County of _____

Winston Ndow
REGISTRATION NUMBER
8040550
COMMISSION EXPIRES
February 28, 2027

Notarized remotely online using communication technology via Proof.