UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN MOLLER | * | CIVIL ACTION |
| VERSUS | * | NO. 24-228 (c/w 24-781) |
| MARTIAN SALES, INC; JOPEN, LLC, a Texas limited liability company; JOHNSON FOODS, LLC, a Wyoming limited liability company; LP IND., LLC, a Wyoming limited liability company; CAG HOLDINGS, LLC, a Wyoming limited liability company; RMH HOLDINGS, INC., a Wyoming corporation; ABC INSURANCE CO. and John Does 1-4 | * | SECTION: D (2) |
| *Applies to: Both Cases* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOHNSON FOODS, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Johnson Foods, LLC makes the following disclosure: Johnson Foods, LLC is a Wyoming limited liability company whose sole member is Alexander Cohen, a resident of Georgia.

Respectfully submitted,

*/s/ John E.W. Baay II*
John E.W. Baay II (No. 22928)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: jbaay@glllaw.com
*Attorneys for Johnson Foods, LLC*