UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER,** | * |
| Plaintiff, | * |
| | * **Civil Action No.** |
| v. | * **2:24-cv-0228-WBV-DPC** |
| | * **(Consolidated with No. 24-CV-0781)** |
| **MARTIAN SALES, INC.; JOPEN, LLC; JOHNSON FOODS, LLC; LP IND., LLC; CAG HOLDINGS, LLC; RMH HOLDINGS, INC.; ABC INSURANCE COMPANY and John Does 1-4,** | * **APPLIES TO ALL CASES** |
| | * **Judge Wendy B. Vitter** |
| | * **Magistrate Donna Phillips Currault** |
| Defendants. | * |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), Defendants LP IND., LLC; CAG Holdings, LLC; RMH Holdings, Inc.; Martian Sales, Inc.; and JOpen, LLC (collectively "Defendants") make the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

   [X] Yes  [] No

   If "No," proceed to Question 2. If "Yes," respond to the following:

   **a.   Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
   **b.   State that there is no such corporation.**

   There is no such corporation.

2. **Is the disclosing party either a party <u>or</u> an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

   [ x] Yes   [ ] No

   If "No," sign and submit the form. If "Yes," respond to the following:

**a. Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):[1]**

1. Defendant, JOpen, LLC, is a Texas limited liability company. Petition at 1, ¶ 1(b). JOpen, LLC's only member is JDA1, LLC, a Wyoming LLC, whose only member is the Lydian Trust. The Lydian Trust has two trustees, both residents of Dallas, domiciled in Texas, Jon H. Rastegar and Jes Alexander. Their citizenship is therefore Texas. The Lydian Trust is "a traditional trust," not a "business entity," and therefore, "its citizenship is determined by the trustee's citizenship." *See Algiers Dev. Dist. v. Vista Louisiana*, LLC, No. CV 16-16402, 2017 WL 121127, at *3 (E.D. La. Jan. 12, 2017). JOpen, LLC is therefore a citizen of Texas.

2. Defendant, Martian Sales, Inc., is a corporation incorporated in Wyoming with its principal place of business only in Wyoming. Petition at 1, ¶ 1(a).[2] It is therefore a citizen only of Wyoming. *See* 28 U.S.C. § 1332(c)(1) (a corporation is a citizen of every state by which it has been incorporated and where it has its principal place of business).

3. Defendant, LP IND., LLC's sole member is FMK Group, Inc. FMK Group, Inc. is a corporation and a holding company incorporated in Wyoming with its only principal place of business in Wyoming. FMK Group, Inc. is therefore a citizen only of Wyoming, and LP IND., LLC is as well a citizen only of Wyoming.

---

[1] Sub-members include the members of members (*i.e.*, first-tier sub-members), and the members of first-tier sub-members (*i.e.*, second-tier sub-members), the members of second-tier sub-members (*i.e.*, third-tier sub-members), and so on, until the disclosing party has identified the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

[2] In the Court's February 2, 2024 Order, Judge Vitter also found that the amended complaint in that proceeding adequately alleges the citizenship of Defendants Martian Sales, Inc., Johnson Foods, LLC, LP IND., LLC, CAG Holdings, LLC, and RMH Holdings, LLC. *See* (R. Doc. 6).

4. Defendant CAG Holdings, LLC's sole member is also FMK Group, Inc., a corporation and a holding company incorporated in Wyoming with its principal place of business only in Wyoming. FMK Group, Inc. is therefore a citizen only of Wyoming, and CAG Holdings, LLC is as well a citizen only of Wyoming.

5. Defendant RMH Holdings, LLC's sole member is Western Wall Management, Inc. Western Wall Management, Inc. is a corporation and a holding company incorporated in Wyoming and with its only principal place of business in Wyoming. Western Wall Management, Inc. is therefore a citizen only of Wyoming, and RMH Holdings, LLC is as well a citizen only of Wyoming.

Dated this 20th day of June, 2024.

Respectfully Submitted

By: */s/ Hayley R. Ambler*
**Hayley R. Ambler**
Louisiana State Bar No. 25848
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
Telephone:   (404) 815-6080
Facsimile:   (404) 541-3268
Email:  hambler@ktslaw.com

**Gwendolyn C. Payton** *(admitted pro hac vice)*
**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Suite 3700
Telephone:   (206) 497-9600
Facsimile:   (206) 299-0414
Email: gpayton@ktslaw.com

**Maeghan E. Whitehead** *(admitted pro hac vice)*
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone:   (214) 922-7138
Facsimile:   (214) 279-4456
Email: mewhitehead@ktslaw.com

**COUNSEL FOR DEFENDANTS MARTIAN SALES, INC., JOPEN, LLC, LP IND., LLC, CAG HOLDINGS, LLC, AND RMH HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that on June 20, 2024, a copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's ECF System.

                                            */s/ Hayley R. Ambler*
                                            Hayley R. Ambler