MINUTE ENTRY
VITTER, J.
JULY 16, 2024
JS10, 1:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KATHLEEN MOLLER                                    CIVIL ACTION

VERSUS                                             NO. 24-228
                                                   c/w 24-781

MARTIAN SALES, INC., ET AL.                        SECTION: D (2)

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On July 16, 2024, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Nelson W. Wagar, III, Michael J. Cowgill**
Counsel for Plaintiff, Kathleen Moller

**Hayley R. Ambler, Maeghan Whitehead**
Counsel for Defendants, Martian Sales, Inc., Jopen, LLC, CAG
Holdings, LLC, RMH Holdings, LLC, and LP IND., LLC

**John E. Baay, II**
Counsel for Defendant, Johnson Foods, LLC

During the conference, the Court discussed with counsel the status of this consolidated matter case.  As a result of that discussion, Plaintiff's counsel orally moved to dismiss without prejudice Civ. A. No. 24-781, as duplicative of Civ. A. No. 24-228.  Hearing no objection from opposing counsel, the Court issued an **oral Order GRANTING** the oral motion.  Plaintiff's counsel also orally moved to dismiss without prejudice Olistica Life Sciences Group, which was incorrectly named as a defendant in the original Complaint (R. Doc. 1 at ¶ 12) and was omitted as a defendant in the

Second Amended Complaint (R. Doc. 7).  Again hearing no objection from opposing counsel, the Court issued an **oral Order GRANTING** the motion.

The Court then discussed with counsel the two pending Motions to Dismiss, filed by the Defendants.  (R. Docs. 32 & 45).  As a result of that discussion, and without objection from defense counsel, the Court issued an **oral Order DENYING without prejudice** the two motions.  The Court, however, also issued an **oral Order GRANTING** Plaintiff's request to conduct jurisdictional discovery, as set forth in Plaintiff's Opposition brief to the two motions.  (R. Doc. 48 at pp. 6 & 25).  Plaintiff shall have until **January 27, 2025** to conduct jurisdictional discovery in this matter. In light of the Court granting Plaintiff's request for leave to conduct jurisdictional discovery, the Court issued an **oral Order CONTINUING without date** all remaining pretrial deadlines set forth in the Scheduling Order (R. Doc. 52), including the trial date.  The Court also issued an **oral Order** scheduling a follow-up telephone status conference for **Wednesday, January 29, 2025 at 10:00 a.m.  (CST)**, during which the Court will set new pretrial deadlines, including a new trial date, and address whether Defendants will be re-filing their motions to dismiss.

After further discussions with counsel, the Court encouraged Plaintiff's counsel to make a settlement demand in this case, and also encouraged counsel for the Defendants to consider the demand, if appropriate.  The Court further reminded the parties that the Magistrate Judge is available to facilitate settlement discussions is needed.

Accordingly,

**IT IS HEREBY ORDERED** that Civil Action Number 24-781, *Moller v. Martian Sales, Inc., et al.,* is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that defendant, Olistica Life Sciences Group, is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (R. Doc. 32) and Defendant Johnson Foods, LLC's Motion to Dismiss (R. Doc. 45) are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **January 27, 2025** to conduct jurisdictional discovery in this matter.

**IT IS FURTHER ORDERED** that all remaining deadlines set forth in the Scheduling Order (R. Doc. 52), including the trial date, are **CONTINUED without date.**

**IT IS FURTHER ORDERED** that a telephone status conference is scheduled for **Wednesday, January 29, 2025 at 10 a.m. (CST)** to set new pretrial deadlines, including a new trial date, and to discuss whether the Defendants will be re-filing their motions to dismiss.  Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, July 16, 2024.

**WENDY B. VITTER**
**United States District Judge**