UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC,** | * | **MAGISTRATE DONNA PHILLIPS** |
| a Texas limited liability company; | * | **CURRAULT** |
| **JOHNSON FOODS, LLC**, a Wyoming | * | |
| limited liability company; **LP IND., LLC**, | * | |
| a Wyoming limited liability company; | * | |
| **CAG HOLDINGS, LLC**, a Wyoming | * | |
| limited liability company; **RMH** | * | |
| **HOLDINGS, INC.**, a Wyoming | * | |
| corporation; **ABC INSURANCE** | * | |
| **COMPANY and John Does 1-4.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## PLAINTIFF'S MOTION REGARDING PROTECTIVE ORDER AND OBJECTIONS

**COMES NOW** the Plaintiff, Kathleen Moller, through her attorneys of record, who moves this Court for an Order for the necessity for and/or scope and/or content of any Protective Order regarding production of documents by all parties, as referenced in the attached Memorandum in Support.

Attorney for Defendants, LP Ind., LLC, CAG Holdings, LLC, RMH Holdings, Inc., JOpen, LLC, and Martial Sales, Inc., object to the standard Protective Order without the addition of language, which undersigned counsel does not approve. Further, Plaintiff questions the necessity of any Protective Order in this case

WHEREFORE, Plaintiff, Kathleen Moller, seeks an Order granting her Motion for the necessity for and/or scope and/or content of any Protective Order regarding production of documents by all parties Protective Order, as more fully addressed in the Memorandum in Support.

-1-

Respectfully submitted,

**WAGAR HICKMAN, LLP**

By: *s/ Nelson W. Wagar, III*
    **NELSON W. WAGAR, III (No. 13136)**
    **SARAH WAGAR HICKMAN (No. 35823)**
    1401 West Causeway Approach
    Mandeville, Louisiana 70471
    Telephone (985) 888-8740
    shickman@wagarhickman.com
    cwagar@wagarhickman.com

    -and-

    Michael J. Cowgill (FL Bar # 1010945)
    *Admitted pro hac vice*
    Tamara J. Williams (FL Bar #127625)
    *Admitted pro hac vice*
    **mctlaw**
    1605 Main Street, Suite 710
    Sarasota, Florida 34236
    mcowgill@mctlaw.com
    twilliams@mctlaw.com

***Attorneys for Plaintiff, Kathleen Moller***