UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | CIVIL ACTION NO. 24-0228-WBV-DPC |
| | * | |
| **VERSUS** | * | JUDGE WENDY B. VITTER |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC,** | * | MAGISTRATE DONNA PHILLIPS |
| a Texas limited liability company; | * | CURRAULT |
| JOHNSON FOODS, LLC, a Wyoming | * | |
| limited liability company; LP IND., LLC, | * | |
| a Wyoming limited liability company; | * | |
| CAG HOLDINGS, LLC, a Wyoming | * | |
| limited liability company; RMH | * | |
| HOLDINGS, INC., a Wyoming | * | |
| corporation; ABC INSURANCE | * | |
| COMPANY and John Does 1-4. | * | |
| | * | |

**************************************

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO CONDUCT JURISDICTIONAL DISCOVERY

Defendants Martian Sales, Inc., LP, Ind. LLC, CAG Holdings, LLC, and RMH Holdings, Inc. ("Defendants") respectfully submit this opposition to Plaintiff Kathleen Moller's January 9, 2025 Motion for Extension of Time to Conduct Jurisdictional Discovery. Despite the title, Plaintiff's Motion is in fact opposed.

Defendants have not consented and do not consent to Plaintiff's request for additional time to conduct jurisdictional discovery.[1] Plaintiff has conducted ample jurisdictional discovery. Defendants have timely responded to Plaintiff's numerous written discovery requests and made witnesses available for depositions.

---

[1] On December 30, 2024, Plaintiff's counsel sent one email requesting an extension, and no response was sent during the holiday. Plaintiff's counsel subsequently filed its Motion as unopposed—despite never following up on the extension request. No extension is appropriate or needed.

On September 12, 2024, Defendants responded to Plaintiff's first set of written discovery requests—specifically requests for production and interrogatories which in total number approximately 100 discrete requests. On October 2, 2024, Plaintiff deposed the corporate representative for CAG Holdings. On October 28 and 29, 2024, Plaintiff deposed the corporate representative for Martian Sales. And on December 4, 2024, Plaintiff further deposed the corporate representatives for CAG Holdings and for RMH Holdings. The total time spent in jurisdictional depositions thus far exceeds 15 hours. Plaintiff has also noticed the deposition of LP's corporate representative on January 22, 2025. In addition, on December 17, 2024, Plaintiff served second sets of requests for production and interrogatories, to which Defendants will respond on or by January 16, 2025.

Defendants have fulfilled their obligations regarding jurisdictional discovery, and there is not good cause to extend the deadline. Defendants are prepared to renew their motions to dismiss and to support those motions with the ample jurisdictional discovery that has occurred. Defendants are also prepared to discuss these issues at the upcoming status conference with the Court currently set for January 29, 2025.

DATED:  January 10, 2025

Respectfully submitted,

By /s/ Gwendolyn C. Payton
**Hayley R. Ambler**
Louisiana Bar No. 25848
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
Telephone:  (404) 815-6080
Facsimile:  (404) 541-3268
hambler@ktslaw.com

**Gwendolyn C. Payton** (admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone:  (206) 497-9600
Facsimile:  (206) 299-0414
gpayton@ktslaw.com

**Maeghan E. Whitehead** (admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone:  (214) 922-7138
Facsimile:  (214) 279-4456
mewhitehead@ktslaw.com

*Counsel for Defendants LP IND., LLC; CAG HOLDINGS, LLC; RMH HOLDINGS, INC.; MARTIAN SALES, INC.; and JOPEN, LLC.*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of January 2025, a copy of the foregoing document was served on all counsel of record via ECF.

>*/s/ Gwendolyn C. Payton*
>Gwendolyn C. Payton