MINUTE ENTRY
VITTER, J.
JANUARY 17, 2025
JS10, 1:40

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-228** |
| **MARTIAN SALES, INC., ET AL.** | **SECTION: D (2)** |

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On January 17, 2025, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Michael J. Cowgill**
Counsel for Plaintiff, Kathleen Moller

**Hayley R. Ambler, Maeghan Whitehead, Gwedolyn C. Payton**
Counsel for Defendants, Martian Sales, Inc., Jopen, LLC, CAG Holdings, LLC, RMH Holdings, LLC, and LP IND., LLC

**John E. Baay, II**
Counsel for Defendant, Johnson Foods, LLC

During the conference, the Court discussed with counsel the Unopposed Motion for Extension of Time to Conduct Jurisdictional Discovery, filed by Plaintiff (R. Doc. 63), the Opposition brief filed by Martian Sales, Inc., LP, Ind LLC, CAG Holdings, LLC, and RMH Holdings, Inc. (hereafter, the "non-Johnson Defendants") (R. Doc. 64), and the Reply brief filed by Plaintiff (R. Doc. 66). The Court had an extensive discussion with counsel, during which the Court asked Plaintiff's counsel what additional discovery Plaintiff is seeking, Plaintiff's counsel stated that Plaintiff

is seeking the financial records of non-parties, Mark Jennings, Mark Riley, Payton Palaio, Eyal Gabbay, and CCUS Holdings, and counsel for the non-Johnson Defendants offered to provide a declaration, which the parties will confer about. After this discussion, and for the reasons stated during the conference, the Court issued an **oral Order DENYING** the Motion. The Court clarified, however, that to the extent Plaintiff has already propounded discovery requests that remain outstanding, those discovery requests must be answered by the defendants. The Court also issued an **oral Order** requiring that any motion to dismiss must be filed in sufficient time to permit a submission date of **April 29, 2025.** The Court advised counsel that it will hold another status conference to set a new trial date and pretrial deadlines after the close of jurisdictional discovery.

Accordingly,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time to Conduct Jurisdictional Discovery (R. Doc. 63) is **DENIED.**

**IT IS FURTHER ORDERED** that any motion to dismiss must be filed in sufficient time to permit a submission date of **April 29, 2025.**

New Orleans, Louisiana, January 17, 2025.

_____
**WENDY B. VITTER**
**United States District Judge**