## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC, a** | * | **MAGISTRATE    DONNA    PHILLIPS** |
| **Texas limited liability company;** | * | **CURRAULT** |
| **JOHNSON FOODS, LLC, a Wyoming** | * | |
| **limited liability company; LP IND., LLC,** | * | |
| **a Wyoming limited liability company;** | * | |
| **CAG HOLDINGS, LLC, a Wyoming** | * | |
| **limited liability company; RMH** | * | |
| **HOLDINGS, INC., a Wyoming** | * | |
| **corporation; ABC INSURANCE** | * | |
| **COMPANY and John Does 1-4.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### PLAINTIFF'S  MOTION TO COMPEL DISCOVERY FROM MARTIAN SALES, INC., JOPEN, LLC, LP IND., LLC, CAG HOLDINGS, LLC, and RMH HOLDINGS, INC.

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kathleen Moller, who respectfully moves this Honorable Court for an order compelling the production of discovery from Martian Sales, Inc. ("Martian"), JOPEN, LLC ("JOPEN"), LP IND., LLC ("LP"), CAG HOLDINGS, LLC ("CAG"), and RMH HOLDINGS, LLC ("RMH"), all as more fully shown in the accompanying memorandum.

**WHEREFORE**, Plaintiff, Kathleen Moller, respectfully requests that this Honorable Court issue an order compelling full and complete discovery responses from Defendants Martian Sales, Inc. ("Martian"), JOPEN, LLC ("JOPEN"), LP IND., LLC ("LP"), CAG HOLDINGS, LLC ("CAG"), and RMH HOLDINGS, LLC ("RMH").

Respectfully submitted:

**WAGAR HICKMAN, LLC**

*s/ Nelson W. Wagar, III*
**NELSON W. WAGAR, III (No. 13136)**
**SARAH WAGAR HICKMAN (No. 35823)**
1401 West Causeway Approach
Mandeville, Louisiana 70471
Telephone (985) 888-8740
shickman@wagarhickman.com
cwagar@wagarhickman.com

-and-

**MICHAEL J. COWGILL** (FL Bar # 1010945)
*Pro Hac Vice*
**TAMARA J. WILLIAMS** (FL Bar # 127625)
*Pro Hac Vice*
**MCTLAW**
1605 Main Street, Suite 710
Sarasota, Florida 34236
Telephone 888.952.5242
mcowgill@mctlaw.com
twilliams@mctlaw.com

***Attorneys for Plaintiff, Kathleen Molle***