# EXHIBIT N

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC, a** | * | **MAGISTRATE    DONNA    PHILLIPS** |
| **Texas   limited   liability   company;** | * | **CURRAULT** |
| **JOHNSON FOODS, LLC, a Wyoming** | * | |
| **limited liability company; LP IND., LLC,** | * | |
| **a Wyoming limited liability company;** | * | |
| **CAG HOLDINGS, LLC, a Wyoming** | * | |
| **limited   liability   company;   RMH** | * | |
| **HOLDINGS,    INC.,    a    Wyoming** | * | |
| **corporation;     ABC     INSURANCE** | * | |
| **COMPANY and John Does 1-4.** | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, LP IND., LLC

TO:        LP Ind., LLC, Defendant

In accordance with FRCP 34, you are required to answer separately each of the following requests for production and produce such documents for inspection and copying on or before 30 days from the date of service of these requests at the offices of **mctlaw**, 1515 Ringling Blvd., Suite 700, Sarasota, FL 34236.

Any objection must state whether any responsive materials are being withheld on the basis of the asserted objection. An objection to part of a request must specify the part and permit inspection of the rest. Any electronically stored information must be produced in accordance with FRCP 34(E).

## DEFINITIONS

1.    The word "documents" shall be construed in the broadest sense allowable under the rules of civil procedure and other applicable law. "Documents" includes electronically stored information, including writings, drawings, graphs,

charts, photos, audio and video recordings, images, data or data compilations, emails, text messages, social media postings, website postings, calendars and calendar entries, meeting notices, handwritten notes, voice messages, diaries or journals, photographs, and all drafts.

2.    "Defendant" means LP IND., LLC, its accountants, investigators, agents, representatives, employees, and all persons acting or purporting to act on its behalf.

3.    The terms in these requests should be interpreted in accordance with their ordinary and customary meanings and the context of this case, using common sense.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Produce all organizational charts or documents that describe or identify the organizational structure of LP Ind., LLC, including all affiliates, subsidiaries, or parent companies of LP Ind., LLC.

**REQUEST NO. 2:** Produce all documents that describe or identify the owners of LP Ind., LLC, from formation to present.

**REQUEST NO. 3:** Produce all documents that describe or identify the ownership percentages of all owners of LP Ind., LLC, from formation to present.

**REQUEST NO. 4:** Produce all documents that describe or identify the owners of all affiliates, subsidiaries, or parent companies of LP Ind., LLC.

**REQUEST NO. 5:** Produce all balance sheets and income statements for LP Ind., LLC from formation to present.

**REQUEST NO. 6:** Produce all U.S. Federal Income Tax Returns for LP Ind., LLC from formation to present.

**REQUEST NO. 7:** Produce all documents relied upon, referenced, or otherwise reviewed in responding to Plaintiff's Second Set of Interrogatories to LP Ind., LLC.

**Date: December 17, 2024**

Respectfully submitted,

By: */s/ Michael Cowgill*
    Michael J. Cowgill (FL Bar # 1010945)
    *Admitted pro hac vice*
    Tamara J. Spires (FL Bar #127625)
    *Admitted pro hac vice*
    **mctlaw**
    1515 Ringling Blvd., Suite 700
    Sarasota, Florida 34236
    mcowgill@mctlaw.com
    tspires@mctlaw.com

    and

    **WAGAR HICKMAN, LLP**

    **NELSON W. WAGAR, III (No. 13136)**
    **SARAH WAGAR HICKMAN (No. 35823)**
    1401 West Causeway Approach
    Mandeville, Louisiana 70471
    Telephone (985) 888-8740
    shickman@wagarhickman.com
    cwagar@wagarhickman.com

    *Attorneys for Plaintiff, Kathleen Moller*

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have on this 17th day of December 2024, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail, facsimile, and/or by U.S. mail, properly addressed with first-class postage prepaid.

*/s/ Michael Cowgill*
Michael Cowgill
