# EXHIBIT T

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC, a** | * | **MAGISTRATE DONNA PHILLIPS** |
| **Texas limited liability company;** | * | **CURRAULT** |
| **JOHNSON FOODS, LLC, a Wyoming** | * | |
| **limited liability company; LP IND., LLC,** | * | |
| **a Wyoming limited liability company;** | * | |
| **CAG HOLDINGS, LLC, a Wyoming** | * | |
| **limited liability company; RMH** | * | |
| **HOLDINGS, INC., a Wyoming** | * | |
| **corporation; ABC INSURANCE** | * | |
| **COMPANY and John Does 1-4.** | * | |
| **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** | * | |

TO:   Martian Sales, Inc.;
         Defendants.

ON BEHALF OF:   Plaintiff, Kathleen Moller

Pursuant to commission under FRCP 30(b)(6), Plaintiff provides notice and demands that Martian Sales, Inc. (hereinafter referred to as "Martian Sales") designate in writing the matters on which such persons will testify and produce for deposition one or more officers, directors, managing agents and/or other persons who consent to testify on Martian Sales' behalf as to the following matters known or reasonably available to Martian Sales, via remote deposition on October 28, 2024 at 10:00AM EST before an official court reporter and videographer, and to be continued thereafter until conclusion as necessary. Please designate such persons by completing and mailing or delivering a copy of this subpoena to the undersigned in advance of the deposition.

In this discovery, term "affiliate" refers to any organizations, individual persons, or business concerns with any shared management or ownership with Martian Sales, Inc.; doing business as or for Martian Sales, Inc.; predecessors or successors of Martian Sales, Inc.; owning Martian Sales, Inc.; and/or controlling or

controlled by Martian Sales, Inc. The term "person" refers to any human as well as natural and legal entities.

Plaintiff requests examination on the following matters:

1. The quality, quantity, and nature of all contacts between Martian Sales and its affiliates (including Mark Reilly) with and within the state of Louisiana.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

2. The marketing, distribution, sale, and licensing of OPMS kratom products sold in the state of Louisiana.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

3. The relationship of Martian Sales and its affiliates to the OPMS brand kratom products.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

4. The relationship of Martian Sales and any other named defendant.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

5. The identity of any person(s) who have done business as OPMS or who have manufactured, distributed, or sold OPMS branded kratom in Louisiana.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

6. The timeframes that Martian Sales (or any affiliate of Martian Sales) received income or payments related to the design, development, manufacturing, marketing, licensing, and/or sale of OPMS branded kratom sold in Louisiana.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

7. The nature and extent of Mark Reilly's affiliation with businesses and entities that have developed, manufactured, marketed, licensed, and/or sold OPMS branded kratom.
   a. Person Designated:
      i. /s/_____
   b. Office or title:
      i. /s/_____

8. The timeframes that Mark Reilly received income or payments arising from the development, marketing, licensing, and/or sale of OPMS kratom.
   a. Person Designated:
      i. /s/_____
   b. Office or title:

                i.  /s/_____

9. The facts and details surrounding the negotiation, execution, and implementation of the "Intellectual Property License Agreement" executed on October 1, 2014, between Martian Sales, Inc. (licensor) and Eri Wahyu Hidayat (licensee)[1].

        a. Person Designated:

            i.  /s/_____

        b. Office or title:

            i.  /s/_____

10. The identities of entities and persons involved in the design and development of OPMS kratom products, including the technologies and processes utilized to create such products.

        a. Person Designated:

            i.  /s/_____

        b. Office or title:

            i.  /s/_____

11. The identities of entities and persons involved in the manufacture, marketing, distribution, and sale of OPMS kratom products in the five years preceding Harmony Moller's death.

        a. Person Designated:

            i.  /s/_____

        b. Office or title:

            i.  /s/_____

---

[1] A copy of the licensing agreement is attached hereto as Exhibit 1.

12. The relationship of Martian Sales and its affiliates to each of the entities and persons referenced in the two preceding topics.

    a. Person Designated:
        i. /s/_____
    b. Office or title:
        i. /s/_____

13. The relationship and activities of Mark Reilly on behalf of Martian Sales, Inc.

    a. Person Designated:
        i. /s/_____
    b. Office or title:
        i. /s/_____

Respectfully submitted,

By: */s/Michael Cowgill*
Michael J. Cowgill (FL Bar # 1010945)
*Admitted pro hac vice*
Tamara J. Williams (FL Bar #127625)
*Admitted pro hac vice*
**mctlaw**
1515 Ringling Blvd., Suite 700
Sarasota, Florida 34236
mcowgill@mctlaw.com
twilliams@mctlaw.com

-and-

**NELSON W. WAGAR, III (No. 13136)
SARAH WAGAR HICKMAN (No. 35823)**
1401 West Causeway Approach
Mandeville, Louisiana 70471
Telephone (985) 888-8740
shickman@wagarhickman.com
cwagar@wagarhickman.com

*Attorneys for Plaintiff, Kathleen Moller*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24th day of September, 2024 served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail, facsimile, and/or by U.S. mail, properly addressed with first-class postage prepaid.

 */s/ Michael Cowgill*
 **Michael J. Cowgill**