UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER,** | * |
| **Plaintiff,** | * |
| | * |
| v. | * CIVIL ACTION NO. 2:24-cv-228-WBV-DPC |
| | * |
| **MARTIAN SALES, INC.; JOPEN,** | * THE HONORABLE WENDY B. VITTER |
| **LLC; JOHNSON FOODS, LLC; LP** | * |
| **IND., LLC; CAG HOLDINGS, LLC;** | * MAGISTRATE DONNA PHILLIPS |
| **RMH HOLDINGS, INC.; ABC** | * CURRAULT |
| **INSURANCE COMPANY and John** | * |
| **Does 1-4,** | * |
| **Defendants.** | * |

**ORDER**

The Court, having considered Plaintiff's Motion to Compel Discovery ("Plaintiff's Motion") (Dkt. 82), Plaintiff's Memorandum in Support (Dkt. 82-1), and Defendants Martian Sales, Inc., JOpen, LLC, LP Ind., LLC, CAG Holdings, LLC, and RMH Holdings, LLC's Memorandum Opposing Plaintiff's Motion to Compel Discovery, hereby **DENIES** Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2025.

_____
MAGISTRATE DONNA PHILLIPS CURRAULT