# EXHIBIT 2

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
FILED: Aug 10 2021  2:22PM
Original ID: 2021-001026823

# Limited Liability Company
## Articles of Organization

**I.  The name of the limited liability company is:**
Johnson Foods LLC

**II.  The name and physical address of the registered agent of the limited liability company is:**
Registered Agents Inc.
30 N Gould St Ste R
Sheridan, WY 82801

**III.  The mailing address of the limited liability company is:**
245 Peachtree Center Avenue, NE
Suite 2400
Atlanta, GA 30303

**IV.  The principal office address of the limited liability company is:**
2550 Sandy Plains Road
Ste 225 #319
Marietta, GA 30066

**V.  The organizer of the limited liability company is:**
David L. Watson
2400 Marquis One Tower, 245 Peachtree Center Ave., NE, Atlanta, GA 30303-1241

**VI.  Additional Article:**
A. The Company is to be managed by one or more managers.

B. A Manager shall not be personally liable to the Company or its Members for monetary damages for breach of his duty of care or any other duties as Manager, and the Company shall have the power to indemnify and hold harmless any Manager or Member from and against any and all claims and demands whatsoever arising in connection with the Company; provided that this provision shall eliminate or limit the ability of a Manager or Member only to the extent permitted from time to time by the Wyoming Limited Liability Company Act or any successor law or laws.

| | | |
|---|---|---|
| **Signature:** | *David ` L. Watson* | **Date:** 08/10/2021 |
| Print Name: | **David ` L. Watson** | |
| Title: | **Organizer** | |
| Email: | **dwatson@gomeldavis.com** | |
| Daytime Phone #: | **(404) 223-5900** | |

JF000001

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020

Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual     ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| **Signature:** | *David ` L. Watson* | **Date:** 08/10/2021 |
| Print Name: | **David ` L. Watson** | |
| Title: | **Organizer** | |
| Email: | **dwatson@gomeldavis.com** | |
| Daytime Phone #: | **(404) 223-5900** | |