# EXHIBIT 4

# INVOICE

**Johnson Foods, LLC**

5253 Newberg Drive North
Keizer, OR 97303

| BILL TO | INVOICE # | 101 |
|---|---|---|
| Telescaph Inter Texas, LLC | INVOICE DATE | 10/17/2022 |
| 6125 Luther Lane Suite: 578 | | |
| Dallas, TX 75225 | | |

| DESCRIPTION | AMOUNT |
|---|---|
| Phase 1 Regulatory Risk Analysis for Natural Products: Delivery of Draft Report Complete: $200,000 to be paid | 875,000.00 |
| **TOTAL** | **$875,000.00** |

### TERMS & CONDITIONS

To Initiate work at Contract Signature: $200,000
At Delivery of Draft Report: $200,000
At Delivery of Final Report: $475,000

Please remit payment to:
Chase Bank
5135 Commercial St SE, Salem, OR 97306
account #:857770199
routing#: 325070760



*Thank you*

JF000057