# EXHIBIT 5

Nunesso, LLC
1221 N. Dearborn St., Suite P10S
Chicago, Il, 60610
**(P)303-746-9555**



| INVOICE 1521 | | | OCTOBER 10, 2022 |
|---|---|---|---|

| BILL TO | SHIP TO | INSTRUCTIONS | |
|---|---|---|---|
| NP Pharma Holdings LLC<br>925B Peachtree St. NE #327<br>Atlanta, GA 30309 | Same as recipient | | |

| SERVICE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| Consulting Services as per agreement dated December 16, 2021 | September 2022- 12.25 hours | 500.00 | 6125.00 |

| | TOTAL | $6125.00 |
|---|---|---|

THANK YOU FOR YOUR BUSINESS!

JF000076