# EXHIBIT 6

Nunesso, LLC
1221 N. Dearborn St., Suite P10S
Chicago, Il, 60610
(P)303-746-9555



| INVOICE 1522 | | | NOVEMBER 21 10, 2022 |
|---|---|---|---|

| BILL TO | SHIP TO | INSTRUCTIONS | |
|---|---|---|---|
| Johnson Foods<br>925B Peachtree St. NE #327<br>Atlanta, GA 30309 | Same as recipient | | |

| SERVICE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| Consulting Services as per agreement dated December 16, 2021 | October 2022- 10.75 hours | 500.00 | 5375.00 |

| | TOTAL | $5375.00 |
|---|---|---|

THANK YOU FOR YOUR BUSINESS!

JF000077