# EXHIBIT 7

Page 1

```
 1           IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
 2                    IN AND FOR COWLITZ COUNTY
 3                       NO: 23-2-01183-08
 4    *********************************
 5    RACHEL McKIBBAN, individually and
      as Personal Representative of the
 6    Estate of JORDAN McKIBBAN, deceased,
 7          Plaintiffs,
 8       vs.
 9    JOPEN, LLC, Texas limited liability
      Company, et al.,
10
              Defendants.
11
      *********************************
12
13
14
15
16
17            The remote video deposition of
18            MARK JENNINGS, taken via Zoom
19            web conference on September 27,
20            2024, commencing at approximately
21            10:05 a.m. EDT
22
23
24
25
```

```
                                                        Page 279
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3             MCTLAW
               1325 4th Avenue, #1730
 4             Seattle, Washington  98101
               BY:  Michael J. Cowgill, Esquire
 5                  Mcowgill@mctlaw.com
                    Talis Abolins, Esquire
 6                  Tabolins@mctlaw.com
                    Tamara Spires, Esq.
 7                  Tspires@mctlaw.com
 8   FOR DEFENDANTS LP IND,  LLC, CAG HOLDINGS, LLC; RMH
     HOLDINGS, INC.; OLISTICA; AND JOPEN, LLC:
 9
               KILPATRICK TOWNSEND & STOCKTON, LLP
10             1420 5th Avenue, Suite 3700
               Seattle, Washington  98101
11             BY:  Gwendolyn C. Payton, Esquire
                    Gpayton@ktslaw.com
12
     FOR DEFENDANT DRIP DROP DISTRO, LLC and BEDROCK MFG, LLC:
13
               MILLER NASH, LLP
14             111 SW Fifth Avenue, Suite 3400
               Portland, Oregon  97204
15             BY:  K. Michael Fandel, Esquire
                    Brianna Morrison, Esq.
16                  Brianna.morrison@millernash.com
17   FOR DEFENDANT HUSH WORLDWIDE, LLC;
               Corr Cronin, LLP
18             1015 Second Avenue, Floor 10
               Seattle, Washington  98104
19             BY:  Taryn Basauri, Esq.
                    Tbasauri@corrcronin.com
20
     FOR JOHNSON FOODS:
21
               GEIGER, LABORDE & LAPEROUSE
22             701 Poydras Street, Suite 4800
               New Orleans, Louisiana 70139
23             BY:  John Baay, Esquire
                    Jbaay@glllaw.com
24                  Chad Hill, Esquire
                    Chill@glllaw.com
25
```

Page 280

1            A P P E A R A N C E S - (continued)
2
3  FOR DEFENDANT JOHNSON FOODS, LLC:
4              RYAN, SWANSON & CLEVELAND, PLLC
               401 Union Street, Suite 1500
5              Seattle, Washington  98101
               BY:  Gretchen J. Hoog, Esq.
6                   Hoog@ryanlaw.com
7
8  ALSO PRESENT:
9              Pamela Mauldin
               Dennis McKibban
10
               Kelly Mims, Johnson Foods corporate rep
11
12
13 VIDEOGRAPHER:
14       Karen Keebler
15
16
17
18
19
20
21      Lois Anne Robinson, RDR, CRR
        Court Reporter
22
23
24
25

```
                                                        Page 10
 1   where you -- where your ordinary place of work
 2   is?
 3   A         I generally work from home.
 4   Q         Okay.  One of the remote workers in the
 5   new economy.
 6             Let's see.  Are you employed or
 7   self-employed?  And, if so, can you -- can you
 8   name who your employers are or the -- the
 9   entities through which you are self-employed?
10   MS. PAYTON:
11             Object to the form.
12             Go ahead and answer.
13   A         Yes.  I am currently employed by CC US
14   Holdings, or Centralized Services.
15   MR. ABOLINS:
16   Q         And where was Centralized Services
17   incorporated?  What state?
18   A         I believe Wyoming and Georgia.
19   Q         And where is its principal place of
20   business?
21   A         At 75 Ponce Avenue in Atlanta, Georgia.
22   Q         Have you been deposed before?
23   A         I have.
24   Q         When was the last time you were
25   deposed?
```

Page 63

```
 1              Object to the form.
 2   A          There is currently nothing going on
 3   there.
 4   MR. ABOLINS:
 5   Q          And why is nothing going on there
 6   anymore?
 7   A          I'm not sure.  It's not my property.
 8   Q          Whose property was it?
 9   A          I believe it was Peyton's or his
10   grandfather's at some point.
11   Q          Did they lease or own the property?
12   A          I'm not sure.
13   Q          And how about 2550 Sandy Plain Road,
14   Suite 225, Marietta, Georgia?  Have you been at
15   that address before?
16   A          Yes.  I believe it's a -- just a
17   mailing address.
18   Q          Oh.  That's not an actual place of
19   business?
20   A          I don't believe so.  Maybe -- maybe
21   that was just the mailing address.
22   Q          Okay.  And what -- is that like a UPS
23   store?  Or what kind of a place is that?
24   A          Yeah.  That's a UPS store with a --
25   yeah.
```

```
 1   all the companies?
 2   A          My agreement with CC US is specific to
 3   CC US.
 4   Q          It doesn't mention PWH in any way?
 5   A          No.
 6   Q          What other managerial roles for other
 7   companies does CC US compensate you for?
 8   MS. PAYTON:
 9              Object to the form.
10   A          Can you --
11              I'm sorry.  Can you please repeat that?
12   MR. ABOLINS:
13   Q          So it sounds like you're getting --
14   you're managing PWH, but CC US is paying you.
15   And I'm wondering, like, are there other entities
16   or businesses that you manage for which you also
17   receive payment from CC US?
18   MS. PAYTON:
19              Object to the form.  Asked and
20   answered.
21              You can answer.
22   A          Yeah.  Yeah.  It would have been, you
23   know, CAG, RMH, Calibre, Nuza, and LP IND.
24   MR. ABOLINS:
25   Q          And how do you spell Calibre?
```

```
                                                  Page 101
 1   Companion Ag?
 2   A         Companion Ag, yes, that's correct.
 3   Q         And Della Ter- -- Jordan Process is
 4   LP IND.
 5             What about Della Terra?  Who is
 6   their -- who is the entity behind Della Terra?
 7   A         That would be NP Pharma.
 8   Q         And who owns NP Pharma?
 9   A         I'm not sure.  I believe it was Peyton
10   or his grandfather.
11   Q         And who manages it?
12   A         I do.
13   Q         And who pays you for your work
14   associated with Della Terra?
15   A         CC US Holdings pays me.
16   Q         And are you paid as a W-2 or in some
17   other fashion?
18   A         As a W-2.
19   Q         What is --
20             How do you distinguish the operations
21   of NP Pharma from -- and Della Terra from
22   LP Industries and Jordan Process?
23   A         So they're completely different.
24   NP Pharma was doing research on numerous
25   botanical products, and so it did no
```

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access

controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.