# EXHIBIT 8

Page 1

1      IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
2                  IN AND FOR COWLITZ COUNTY
3
4  ************************************************************
5

   RACHEL McKIBBAN, individually
6  and as Personal Representative
   of the Estate of JORDAN McKIBBAN,
7  deceased,
8  vs.                              NO: 23-2-01183-08
9  JOPEN, LLC, TEXAS LIMITED
   LIABILITY COMPANY, et al.
10
   ************************************************************
11
                     UNITED STATES DISTRICT COURT
12                    EASTERN DISTRICT OF LOUISIANA
13
   KATHLEEN MOLLER
14
   vs.                              NO: 24-0228-WBV-DPC
15
16 MARTIAN SALES, INC., ET AL.
17 ************************************************************
18
19           The remote video deposition of
20           MARK JENNINGS, taken via
21           Zoom web conference on January 22,
22           2025, commencing at approximately
23           10:01 a.m. EST
24
25

```
                                                         Page 2
 1                    A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFFS:
 3           MAGLIO, CHRISTOPHER & TOALE LAW FIRM
             1515 Ringling Boulevard
 4           Suite 700
             Sarasota, Florida 34236
 5           BY: Michael J. Cowgill, Esquire
                 mcowgill@mctlaw.com
 6               Talis Abolins, Esquire
                 Tabolins@mctlaw.com
 7               Tamara Spires, Esquire
                 Tspires@mctlaw.com
 8
 9   FOR DEFENDANTS LP IND, LLC, CAG HOLDINGS, LLC; RMH
     HOLDINGS, INC.; OLISTICA; AND JOPEN, LLC:
10
             KILPATRICK TOWNSEND & STOCKTON, LLP
11           1420 5th Avenue, Suite 3700
             Seattle, Washington  98101
12           BY:  Gwendolyn C. Payton, Esquire
                  Gpayton@ktslaw.com
13
     FOR DEFENDANT DRIP DROP DISTRO, LLC and BEDROCK MFG, LLC:
14
             MILLER NASH, LLP
15           111 SW Fifth Avenue, Suite 3400
             Portland, Oregon  97204
16           BY:  K. Michael Fandel, Esquire
                  Brianna Morrison, Esq.
17                Brianna.morrison@millernash.com
18   FOR DEFENDANT HUSH WORLDWIDE, LLC;
19           CORR CRONIN, LLP
             1015 Second Avenue, Floor 10
20           Seattle, Washington  98104
             BY:  Taryn Basauri, Esq.
21                Tbasauri@corrcronin.com
22   FOR DEFENDANT JOHNSON FOODS, LLC:
23           RYAN, SWANSON & CLEVELAND, PLLC
             401 Union Street, Suite 1500
24           Seattle, Washington  98101
             BY:  Gretchen J. Hoog, Esq.
25                Hoog@ryanlaw.com
```

```
 1              A P P E A R A N C E S - (continued)
 2   FOR DEFENDANT JOHNSON FOODS:
 3              GIEGER, LABORDE & LAPEROUSE
                701 Poydras Street
 4              New Orleans, Louisiana  70139
                BY:  John Baay, Esquire
 5                   Jbaay@glllaw.com
 6   FOR DEFENDANT AMERICAN KRATOM ASSOCIATION:
 7              DLA PIPER, LLP (US)
                444 West Lake Street, Suite 900
 8              Chicago, Illinois  60606-0089
                BY:  Joseph Michael Carey, Esquire
 9                   Joe.carey@dlapiper.com
10
11
12
13
14
15
16
17
18
19   VIDEOGRAPHER:
20              Devyn Mulholland
21
22              Lois Anne Robinson, RDR, CRR
                Court Reporter
23
24
25
```

Page 38

1              WAS MARKED FOR IDENTIFICATION.)
2    MR. COWGILL:
3    Q        Are you able to see this?
4    A        Yes.
5    Q        I'll scroll through.  This is two pages
6    that were produced in discovery.  And I'll
7    represent to you here at the top it says State of
8    Wyoming, Secretary of State Filing Information
9    for LP IND, LLC.
10            Do you see that?
11   A        I do.
12   Q        So I just have a few questions about
13   this.  It notes the principal address for LP IND
14   as 30 North Gould Street, Suite 20460, Sheridan,
15   Wyoming.
16            Do you see that?
17   A        I do.
18   Q        And do you know what's located at this
19   address?
20   A        I believe it's a registered agent.
21   Q        Do you know why this address is listed
22   as LP's principal address?
23   A        No.
24   Q        So if I understand you correctly, all
25   of LP's work has been conducted in Springfield,

Page 39

1  Colorado?
2  A          Yes.
3  Q          And here on page 2, it lists the
4  principal address of 2550 Sandy Plains Road,
5  Suite 225, Number 319, Marietta, Georgia.
6             Do you see that?
7  A          I do.
8  Q          Are you familiar with that address?
9  A          Yes.  I believe that to be a mailing
10 address.
11 Q          And what's located at that mailing
12 address?
13 A          Mailboxes.
14 Q          Oh.  So is that like a UPS or P. O. Box
15 or something like that?
16 A          Yes.  I believe so.
17 Q          And do you know why this is listed as
18 LP's principal address?
19 A          I do not.
20             (AUDIO PLAYING IN BACKGROUND)
21 MR. COWGILL:
22             Sorry.  I don't know what that was.  It
23 sounds like somebody came off mute, perhaps was
24 watching a CLE.
25             We good?  Looks like we're good.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access

controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.