# EXHIBIT 11

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-10 11:22:12 EDT |
| Mark: | O.P.M.S. |



| | | | |
|---|---|---|---|
| US Serial Number: | 88444263 | Application Filing Date: | May 23, 2019 |
| US Registration Number: | 5942734 | Registration Date: | Dec. 24, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |



TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| Status Date: | Dec. 24, 2019 |
| **Publication Date:** | Oct. 08, 2019 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | O.P.M.S. |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of three stylized leaves positioned next to one another. The leaf on the left and the leaf on the right are arranged at a diagonal angle facing outward. The leaf at the center is vertical. Each leaf has multiple water drops of varying sizes on it. Below the three leaves is the stylized wording "O.P.M.S." where the periods in between the lettering "O", "P", "M", and "S" are stylized as squares. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 01.15.18 - More than one drop including teardrops or raindrops; Raindrops (more than a single drop); Teardrops (more than a single drop); multiple drops (rain, tear, etc.)<br>05.03.08 - More than one leaf, including scattered leaves, bunches of leaves not attached to branches<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.09.14 - Squares, three or more; Three or more squares |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Nutritional and dietary supplements; herbal supplements | | |
| International Class(es): | 005 - Primary Class | U.S Class(es): | 006, 018, 044, 046, 051, 052 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |

| | |
|---|---|
| First Use: Jan. 01, 2012 | Use in Commerce: Jan. 01, 2012 |

## Basis Information (Case Level)

| | |
|---|---|
| Filed Use: Yes | Currently Use: Yes |
| Filed ITU: No | Currently ITU: No |
| Filed 44D: No | Currently 44D: No |
| Filed 44E: No | Currently 44E: No |
| Filed 66A: No | Currently 66A: No |
| Filed No Basis: No | Currently No Basis: No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Martian Sales, Inc. |
| Owner Address: | 109 East 17th Street, Suite 4292<br>Cheyenne, WYOMING UNITED STATES 82001 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | WYOMING |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Attorney Name: Lawrence K. Nodine | Docket Number: 37708.1006US |
| Attorney Primary Email Address: tmdocketing@ballardspahr.com | Attorney Email Authorized: Yes |

**Correspondent**

Correspondent Name/Address: LAWRENCE K. NODINE
BALLARD SPAHR LLP
999 PEACHTREE STREET, NE, SUITE 1000
ATLANTA, GEORGIA UNITED STATES 30309-3915

| | |
|---|---|
| Phone: 678-420-9300 | Fax: 678-420-9301 |
| Correspondent e-mail: tmdocketing@ballardspahr.com | Correspondent e-mail Authorized: Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 24, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 08, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 08, 2019 | PUBLISHED FOR OPPOSITION | |
| Sep. 18, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 02, 2019 | ASSIGNED TO LIE | |
| Aug. 23, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 16, 2019 | EXAMINER'S AMENDMENT ENTERED | |
| Aug. 16, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Aug. 16, 2019 | EXAMINERS AMENDMENT E-MAILED | |
| Aug. 16, 2019 | EXAMINERS AMENDMENT -WRITTEN | |
| Aug. 10, 2019 | ASSIGNED TO EXAMINER | |
| Jun. 11, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jun. 08, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 27, 2019 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Dec. 24, 2019 |

DEF_MOLLER_000136

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,942,734**
**Registered Dec. 24, 2019**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Martian Sales, Inc. (WYOMING CORPORATION)
109 East 17th Street, Suite 4292
Cheyenne, WYOMING 82001

CLASS 5: Nutritional and dietary supplements; herbal supplements

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012

The mark consists of three stylized leaves positioned next to one another. The leaf on the left and the leaf on the right are arranged at a diagonal angle facing outward. The leaf at the center is vertical. Each leaf has multiple water drops of varying sizes on it. Below the three leaves is the stylized wording "O.P.M.S." where the periods in between the lettering "O", "P", "M", and "S" are stylized as squares.

SER. NO. 88-444,263, FILED 05-23-2019



Director of the United States
Patent and Trademark Office

