# EXHIBIT 14

Generated on: This page was generated by TSDR on 2024-07-10 11:23:49 EDT
Mark: O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS GOLD



| | | | |
|---|---|---|---|
| US Serial Number: | 88444266 | Application Filing Date: | May 23, 2019 |
| US Registration Number: | 6254104 | Registration Date: | Jan. 26, 2021 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor:



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date: Jan. 26, 2021
Publication Date: Nov. 10, 2020

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | O.P.M.S. OPTIMIZED PLANT MEDIATED SOLUTIONS GOLD |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of three stylized leaves positioned next to one another. The leaf on the left and the leaf on the right are arranged at a diagonal angle facing outward. The leaf at the center is vertical. Each leaf has multiple water drops of varying sizes on it. Below the three leaves is the stylized wording "O.P.M.S". where the periods in between the lettering "O", "P", "M", and "S" are stylized as squares. Below the stylized wording "O.P.M.S". is the stylized wording "OPTIMIZED PLANT MEDIATED SOLUTIONS". Below the stylized wording "OPTIMIZED PLANT MEDIATED SOLUTIONS" is the stylized wording "GOLD". |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Disclaimer: | "OPTIMIZED PLANT MEDIATED SOLUTIONS" |
| Design Search Code(s): | 01.15.18 - More than one drop including teardrops or raindrops; Raindrops (more than a single drop); Teardrops (more than a single drop); multiple drops (rain, tear, etc.)
05.03.08 - More than one leaf, including scattered leaves, bunches of leaves not attached to branches |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
 * Brackets [..] indicate deleted goods/services;
 * Double parenthesis (( ..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
 * Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Herbal supplements, namely, herbal extracts in capsule form | | |
| International Class(es): | 005 - Primary Class | U.S Class(es): | 006, 018, 044, 046, 051, 052 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |

DEF_MOLLER_000289

| | | | |
|---|---|---|---|
| First Use: | 2014 | Use in Commerce: | 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Martian Sales, Inc. |
| Owner Address: | 109 East 17th Street, Suite 4292<br>Cheyenne, WYOMING UNITED STATES 82001 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | WYOMING |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Lawrence K. Nodine | Docket Number: | 00318703 |
| Attorney Primary Email Address: | tmdocketing@ballardspahr.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Lawrence K. Nodine<br>Ballard Spahr LLP<br>999 Peachtree Street, NE, Suite 1000<br>Atlanta, GEORGIA UNITED STATES 30309-3915 |

| | | | |
|---|---|---|---|
| Phone: | 678-420-9300 | Fax: | 678-420-9301 |
| Correspondent e-mail: | frankenfieldb@ballardspahr.com nodinel@ballardspahr.com tmdocketing@ballardspahr.com watkinsjh@ballardspahr.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 26, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 10, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 10, 2020 | PUBLISHED FOR OPPOSITION | |
| Oct. 21, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 01, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 11, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 11, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 11, 2020 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Mar. 20, 2020 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Mar. 20, 2020 | FINAL REFUSAL E-MAILED | |
| Mar. 20, 2020 | FINAL REFUSAL WRITTEN | |
| Feb. 22, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 18, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 18, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 18, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 18, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 18, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 18, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Feb. 18, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 17, 2019 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED |
| Aug. 17, 2019 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED |
| Aug. 17, 2019 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY |
| Aug. 17, 2019 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED |
| Aug. 10, 2019 | ASSIGNED TO EXAMINER |
| Jun. 11, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jun. 08, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| May 27, 2019 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION            **Date in Location:** Jan. 26, 2021

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,254,104**

**Registered Jan. 26, 2021**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Martian Sales, Inc. (WYOMING CORPORATION)
109 East 17th Street, Suite 4292
Cheyenne, WYOMING 82001

CLASS 5: Herbal supplements, namely, herbal extracts in capsule form

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

The mark consists of three stylized leaves positioned next to one another. The leaf on the left and the leaf on the right are arranged at a diagonal angle facing outward. The leaf at the center is vertical. Each leaf has multiple water drops of varying sizes on it. Below the three leaves is the stylized wording "O.P.M.S". where the periods in between the lettering "O", "P", "M", and "S" are stylized as squares. Below the stylized wording "O.P.M.S". is the stylized wording "OPTIMIZED PLANT MEDIATED SOLUTIONS". Below the stylized wording "OPTIMIZED PLANT MEDIATED SOLUTIONS" is the stylized wording "GOLD".

No claim is made to the exclusive right to use the following apart from the mark as shown: "OPTIMIZED PLANT MEDIATED SOLUTIONS"

SER. NO. 88-444,266, FILED 05-23-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

DEF_MOLLER_000292