# EXHIBIT 16

# 2020 Profit Corporation Annual Report

| | | |
|---|---|---|
| Due on or Before: | July 1, 2020 | |
| ID: | 2012-000626069 | |
| State of Formation: | Wyoming | |
| License Tax Paid: | $50.00 | |
| AR Number: | 05911619 | |

**For Office Use Only**
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Martian Sales Inc.**

1: Mailing Address
   1621 Central Ave
   Cheyenne, WY 82001

<u>Current Registered Agent:</u>
Wyoming Registered Agent
1621 Central Ave
Cheyenne, WY 82001

2: Principal Office Address
   1621 Central Ave
   Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

Phone: (307) 637-5151
Email: info@wyomingregisteredagent.com

3: Officers and Directors
   President        Mark Reilly - 3760 Chattahoochee Summit Drive SE, Atlanta, GA 30339

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| David L. Watson | David L. Watson | September 8, 2020 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.