# EXHIBIT 17

# 2022          Profit Corporation Annual Report

| | |
|---|---|
| Due on or Before: | July 1, 2022 |
| ID: | 2012-000626069 |
| State of Formation: | Wyoming |
| License Tax Due: | $60.00 |
| AR Number: | 07381556 |

ID: 2012-000626069
Filed: 06/16/2022 12:33 PM
AR Number: 07381556

## Martian Sales Inc.

1: Mailing Address

245 Peachtree Center Ave., NE
Suite 2400
Atlanta, GA 30303

Current Registered Agent:
Wyoming Registered Agent
1621 Central Ave
Cheyenne, WY 82001

2: Principal Office Address

2550 Sandy Plains Road
Ste. 225#319
Marietta, GA 30066

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

Email:
dwatson@gomeldavis.com;pfeuillebois@gomeldavis.com

3: Officers and Directors

    President                 Mark Reilly - 2550 Sandy Plains Rd., Ste 225/319, Marietta, GA 30066

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Signature of Treasurer or Fiscal Agent | Angelica Espinoza<br>Printed Name of Treasurer or Fiscal Agent | June 15, 2022<br>Date |
|---|---|---|

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

Instructions:
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.



DEF_MOLLER_003598