# EXHIBIT 29

**To:** luis@johnson-foods.com[luis@johnson-foods.com]; info@johnson-foods.com[info@johnson-foods.com]
**Cc:** Mark Jennings[mark@olisticagroup.com]
**From:** Stef Kuonen
**Sent:** Fri 8/12/2022 9:15:11 PM
**Subject:** Phase 2 SOW & Marketing & Sales Budget
Johnson Foods-Magic Hat - Kratom Supplement Launch - Phase 2 SOW.pdf
JF Marketing & Sales Budget - 08-2022.xlsx

Luis – I look forward to meeting you soon!

I've attached the revised SOW as well as the marketing and sales budget breakdown. Let me know if you have any questions.

Thanks,
Stef

## Stef Kuonen
**Director – Life Sciences**
**M.** 215.287.0899
skuonen@magichatconsulting.com | www.linkedin.com/in/stefkuonen/
INTELLECTION RESPONSIBILITY ANALYTICAL INPUT ACHIEVER



JF000049