# EXHIBIT 28



Acuity Strategic Partners, LLC
1528 Copperstone Dr.
Brentwood, TN 37207-2220
615-397-1780

Issue Date
Sept 1, 2022

Invoice #00JF04922

## Acuity Strategic Partners Services
## September Invoice

We appreciate your business.

Bill To:
Johnson Foods
Mark Jennings

**Invoice Details**
PDF Invoice created 9/1/22

**Payment**
$15,000.00

| Item | Quantity | Price | Amount |
|---|---|---|---|
| September Consulting Services | 1 | | $15,000.00 |

**Total Due**                                                             **$15,000.00**

JF000054