# EXHIBIT 2;

**To:** Admin Admin[info@johnson-foods.com]
**From:** Stef Kuonen
**Sent:** Fri 11/4/2022 6:04:36 PM
**Subject:** RE: Re-organize

Hi Mark,
Just getting confirmation on Asa and Kim's estimated hours before finalizing.
I'll call you as soon as I have this.

Stef

-------- Original message --------
From: Admin Admin <info@johnson-foods.com>
Date: 11/4/22 1:54 PM (GMT-05:00)
To: Kelly Miano⅞hi by uu <kmiano@magichatconsulting.com>, Dani Molin <dmolin@magichatconsulting.com>, Stef Kuonen <skuonen@magichatconsulting.com>
Subject: Re: Re-organize

Hi,

I was looking for an update from Tuesdays meeting with the info i had requested about which person on the project scope we discussed would be assigned to each task, and the anticipated hours it would take for each, for only the activities needed prior to approval of the NDIN?


On Mon, Oct 31, 2022 at 2:01 PM Admin Admin <info@johnson-foods.com> wrote:

> Hey Everyone,

> I wanted to ask if just the 4 of us could jump on the core team meeting tomorrow to discuss all ongoing workstreams, and the resources being put into each.

> It seems/ feels that we are putting efforts (aka spending money) into areas that may not be priority, and not even necessary based on what was already completed in phase 1, and the outcome of the NDIN submission.

> It would help me a lot to understand what each of you are doing, and to then discuss what is necessary to accomplish vs what is nice to have at this time, prior to getting our response from the FDA.

> I think this would be the best use of time and energy for now, until we line everything out, then we can re-deploy our efforts accordingly.