# EXHIBIT 30



Acuity Strategic Partners, LLC  
1528 Copperstone Dr.  
Brentwood, TN 37207-2220  
615-397-1780

Issue Date  
July 1, 2022

Invoice #00JF27122

## Acuity Strategic Partners Services
## July Invoice

We appreciate your business.

| Bill To: | **Invoice Details** | **Payment** |
|---|---|---|
| Johnson Foods | PDF Invoice created 7/1/22 | $15,000.00 |
| Mark Jennings | | |

| Item | Quantity | Price | Amount |
|---|---|---|---|
| July Consulting Services | 1 | | $15,000.00 |

**Total Due**　　　　　　　　　　　　　　　　　　　　　　　　**$15,000.00**

**JF000070**