# EXHIBIT 31

**To:** Admin Admin[info@johnson-foods.com]
**From:** Len Monheit
**Sent:** Tue 1/3/2023 5:24:45 PM
**Subject:** Re: 2022 Invoices
Invoice 1522.docx
Invoice 1521.docx

Hi Mark,
It's only these last two – prior it was to NP Pharma Holdings.
Len

---

**From:** Admin Admin <info@johnson-foods.com>
**Date:** Tuesday, January 3, 2023 at 11:22 AM
**To:** Len Monheit <len@itcstrategy.com>
**Subject:** Re: 2022 Invoices

Just the ones made out to JF

On Tue, Jan 3, 2023 at 11:52 AM Len Monheit <len@itcstrategy.com> wrote:
Hi Mark,
Happy new year!
Here is the December invoice for you.
Do you mean all invoices or just ones that were made out to JF?
Len

---

**From:** Admin Admin <info@johnson-foods.com>
**Date:** Tuesday, January 3, 2023 at 8:59 AM
**To:** Len Monheit <len@itcstrategy.com>
**Subject:** 2022 Invoices

Happy New Year Len!

I am wrapping everything up with our accountant for 2022, can you please send over all invoices paid from Johnson Foods from 2022?

Thanks,

JF000148