# EXHIBIT 32

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

**Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.**

Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2022**

For calendar year 2022 or tax year beginning **06-01** , 2022, ending **12-31** , 2022

| **A** S election effective date | **Name** | **D** Employer identification number |
|---|---|---|
| **06-01-2022** | JOHNSON FOODS LLC | **88-2588378** |
| **B** Business activity code number (see instructions) | TYPE OR PRINT | Number, street, and room or suite no. If a P.O. box, see instructions. **% LUIS PEREZ MEMBER** | **E** Date incorporated |
| | | **5095 10 TH AVE NE       STE 114** | **06-01-2022** |
| **456190** | | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| **C** Check if Sch. M-3 attached ☐ | | **SALEM           OR   97303** | $        **190,135** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☒ Yes ☐ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales . . . . . . . . . . . . . | **1a** | 798,000 | |
| | **b** Returns and allowances . . . . . . . . . . . . | **1b** | 200,000 | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | | **1c** | 598,000 |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | | **2** | 384,995 |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . | | **3** | 213,005 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . | | **4** | |
| | **5** Other income (loss) (see instructions - attach statement) . . . . . . . . . . | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . | | **6** | 213,005 |
| **Deductions** (see instructions for limitations) | **7** Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . | | **7** | |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . | | **8** | |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . | | **9** | |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . | | **12** | |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . | | **13** | |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | | **14** | |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . | | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . | | **16** | |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** Other deductions (attach statement) . . . . . . . . . **Statement #2** . | | **19** | 9,710 |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . | | **20** | 9,710 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . | | **21** | 203,295 |
| **Tax and Payments** | **22 a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . | | **22c** | |
| | **23 a** 2022 estimated tax payments and 2021 overpayment credited to 2022 . . . . . | **23a** | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . | **23c** | | |
| | **d** Add lines 23a through 23c . . . . . . . . . . . . . . . . . | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . | | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2023 estimated tax** | **Refunded** ▶ | **27** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No |
|---|---|---|---|
| | **LUIS A PEREZ** | | **MEMBER** |
| | Signature of officer | Date | Title |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | James A Coplin CFP EA | James A Coplin CFP EA | 08-01-2024 | | P00052629 |
| | Firm's name ▶ **James A Coplin and Associates** | | | Firm's EIN ▶ | 93-1139059 |
| | Firm's address ▶ **401 Ratcliff Dr SE Suite 140** | | | Phone no. | |
| | **SALEM OR 97302** | | | | **(503) 363-3786** |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1120-S** (2022)

JF000514

Form 1120-S (2022)  JOHNSON FOODS LLC                                    88-2588378          Page **2**

| Schedule B | Other Information (see instructions) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the:  **a** Business activity **DIETARY SUPPLEM**  **b** Product or service **SUPPLEMENTS** | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation. | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock _____ | | |
| | (ii) Total shares of non-restricted stock _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year _____ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount. ☐  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

EEA                                                              Form **1120-S** (2022)

JF000515

Form 1120S (2022)    JOHNSON FOODS LLC                                    88-2588378                Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . | | | X |
| 14 a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . | | | X |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 203,295 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . | 3a | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| Income (Loss) | 6 | Royalties . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . Type: | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . . . Type: | 12c | |
| | d | Other deductions (see instructions) . . . . . . . Type: | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable). . . . . . . . . . | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type: | 13d | |
| | e | Other rental credits (see instructions) . . . . . Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . Type: | 13g | |
| Inter-national | | **Qualified for exception to filing Schedule K-2** | | |
| | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . ☐ | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties - deductions . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . | 16d | 13,260 |
| | e | Repayment of loans from shareholders . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . | 16f | |

EEA                                                                                    Form **1120-S** (2022)

Form 1120-S (2022) JOHNSON FOODS LLC | 88-2588378 | Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | | Total amount |
|---|---|---|---|---|---|
| Other Information | **17a** | Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **17a** | |
| | **b** | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **17b** | |
| | **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . | | **17c** | |
| | **d** | Other items and amounts (attach statement)          Statement #18 | | | |
| Recon-ciliation | **18** | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . . . . . | | **18** | 203,295 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . | | | | 190,135 |
| 2a | Trade notes and accounts receivable . . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . . . | ( | ) | ( | ) |
| 3 | Inventories . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | | | | |
| 7 | Loans to shareholders . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . . | | | | |
| b | Less accumulated depreciation . . . . . . . . | ( | ) | ( | ) |
| 11a | Depletable assets . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . | ( | ) | ( | ) |
| 12 | Land (net of any amortization) . . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . | ( | ) | ( | ) |
| 14 | Other assets (attach statement) . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . | | 0 | | 190,135 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 | Other current liabilities (attach statement) . . . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | | | |
| 21 | Other liabilities (attach statement) . . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . . . | | | | 100 |
| 23 | Additional paid-in capital . . . . . . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . . . . . | | | | 190,035 |
| 25 | Adjustments to shareholders' equity (attach statement) . . | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . . . | | ( | ) | ( | ) |
| 27 | Total liabilities and shareholders' equity . . . . . . | | 0 | | 190,135 |

EEA | | | | | Form **1120-S** (2022)

Form 1120-S (2022)   JOHNSON FOODS LLC                                          88-2588378          Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | 203,295 | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a Depreciation $ _____ | |
| b | Travel and entertainment $ _____ | | | |
| | | | 7 Add lines 5 and 6 . . . . . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . | 203,295 | 8 Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 203,295 |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|
| 1 Balance at beginning of tax year . . . . . . . . . . | | | | |
| 2 Ordinary income from page 1, line 21 . . . . . . . . | 203,295 | | | |
| 3 Other additions . . . . . . . . . . . . . . . | | | | |
| 4 Loss from page 1, line 21 . . . . . . . . . . . | ( ) | | | |
| 5 Other reductions . . . . . . . . . . . . . . | ( ) | | | ( ) |
| 6 Combine lines 1 through 5 . . . . . . . . . . | 203,295 | | | |
| 7 Distributions . . . . . . . . . . . . . . . | 13,260 | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . | 190,035 | | | |

EEA                                                                   Form **1120-S** (2022)

Client Copy

JF000518

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|
| (Rev. November 2018) | ▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.** | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.** | |

| Name | Employer identification number |
|---|---|
| JOHNSON FOODS LLC | 88-2588378 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . **Statement #5.** | **5** | 384,995 |
| **6** | **Total.** Add lines 1 through 5 | **6** | 384,995 |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 384,995 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☒ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d** | |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

# James A. Coplin & Associates

401 Ratcliff Dr SE Suite 140
SALEM, OR 97302
office@jacoplin.com

August 01, 2024

Luis A Perez
5253 Newberg Dr N
Keizer, OR 97303

Luis A Perez:

Attached is a copy of the Schedule K-1 for Johnson Foods LLC. Use the information on this schedule when preparing your 2022 individual income tax return.

If you have questions regarding the amounts on this Schedule K-1, please submit your questions to the following address:

ACCOUNTING
Johnson Foods LLC
c/o Luis Perez Member
5095 10 Th Ave Ne, Ste 114
Salem, OR 97303

Also enclosed is supplemental K-1 information to assist you in preparing your tax return.

Sincerely,


Luis A Perez
Member


Enclosure

571121

**Schedule K-1**
**(Form 1120-S)** Control: 1
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

beginning  06-01 2022   ending  12-31-2022

### Shareholder's Share of Income, Deductions, Credits, etc.
See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
88-2588378

**B** Corporation's name, address, city, state, and ZIP code LUIS PEREZ MEMBER
JOHNSON FOODS LLC

5095 10 TH AVE NE
STE 114
SALEM                          OR   97303

**C** IRS Center where corporation filed return
OGDEN

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . .   200
End of tax year . . . . . . . . . . .   200

| Part II | Information About the Shareholder |
|---|---|

**E** Shareholder's identifying number
███████

**F** Shareholder's name, address, city, state, and ZIP code
LUIS A PEREZ

5253 NEWBERG DR N
KEIZER                         OR   97303

**G** Current year allocation percentage . . . . .   100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . .   200
End of tax year . . . . . . . . . . .   200

**I** Loans from shareholder
Beginning of tax year . . . . . . . .  $ _____
End of tax year . . . . . . . . . . .  $ _____

**For IRS Use Only**

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | 13 Credits |
| | 203,295 | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Schedule K-3 is attached if checked . . . . . . . ☐ |
| 6 | Royalties | 15 Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | 16 Items affecting shareholder basis |
| | | D  13,260 |
| 10 | Other income (loss) | |
| | | 17 Other information |
| | | AC  598,000 |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| | | V*  STMT |
| 18 | More than one activity for at-risk purposes* | |
| 19 | More than one activity for passive activity purposes* | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.     www.irs.gov/Form1120S     **Schedule K-1 (Form 1120-S) 2022**
EEA

JF000521

Client Copy

| Schedule K-1 Supplemental Information | 2022 |
|---|---|

Shareholder's name
LUIS A PEREZ

Shareholder's ID Number

Name of S Corporation
JOHNSON FOODS LLC

S Corporation's EIN
88-2588378

FORM 1120S SCHEDULE K-1 CODES

Line 16, Code D  - Distributions
                  [See K-1 instructions, page 14 (Form 7203
                  instructions)]
Line 17, Code AC - Gross receipts for section 448(c)
                  [See K-1 instructions, page 17 (Form 8990)]
Line 17, Code V  - Section 199A information
                  [Form 8995 or Form 8995-A]



Client Copy

1120SK_1.LD2

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6
Schedule K-1, Line 17, Code V
(This page is e-filed with the return. Include it if paper-filing.)

**2022**

JF000523

| Name(s) as shown on return | Tax ID Number |
|---|---|
| JOHNSON FOODS LLC | 88-2588378 |

| Name(s) as shown on K1 | Tax ID Number |
|---|---|
| LUIS A PEREZ | ▮▮▮▮▮▮ |

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | JOHNSON FOODS LLC | 88-2588378 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 203,295 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

K1_QBIS~.LD

**Shareholder's Basis Worksheet Prepared from the S Corporation Records**

2022

Basis is reported on Form 7203 and must be determined at the shareholder level. Consult your tax advisor.

| | | |
|---|---|---|
| Shareholder Number: | TIN: | Tax year ending: 12-31-2022 | Ownership %:100.000000 |
| Shareholder Name: | LUIS A PEREZ | |
| Corporation Name: | JOHNSON FOODS LLC | EIN  88-2588378 |

### Stock basis

| | | | | | |
|---|---|---|---|---|---|
| 1 | Stock basis, beginning of year (Not less than zero) | | | 1 | |
| 2 | Additional Capital Contributions of Stock Purchased | | | 2 | |
| 3 | Increases for income and gain items: | | | | |
| a | Ordinary Income | (Sch K-1, Line 1) | a  203,295 | | |
| b | Real Estate Rental Income | (Sch K-1, Line 2) | b | | |
| c | Other Rental Income | (Sch K-1, Line 3c) | c | | |
| d | Interest, Dividends & Royalties | (Sch K-1, Lines 4, 5 & 6) | d | | |
| e | Capital Gain | (Sch K-1, Lines 7 & 8a) | e | | |
| f | Other Portfolio Income | (Sch K-1, Line 10a) | f | | |
| g | Section 1231 Gain | (Sch K-1, Line 9) | g | | |
| h | Other Income | (Sch K-1, Line 10) | h | | |
| | Total Income and Gain Items | (Total lines 3a-3h) | | 3a-h  203,295 | |
| i | Increase for Non-Taxable Income | (Sch K-1, Lines 16a & b) | 3i | | |
| j | Increase for Excess Depletion Adjustment | | 3j | | |
| k | Increase from Recapture of Business Credits (See IRC § 49(a), 50(a), 50(c)(2) & 1371(d)) | | 3k | | |
| l | Gain from K-1 asset disposition | | 3l | | |
| 4 | Stock Basis Before Distributions | (Add lines 1 through 3) | | 4 | 203,295 |
| 5 | Reduction for Non-Taxable Distributions | (Sch K-1, Line 16d) | | 5 | 13,260 |
| 6 | Stock Basis Before Non-Ded. Expense & Depletion | (Cannot be negative) | | 6 | 190,035 |
| 7a | Decrease for Non-Deductible Expense/Credit Adj | (Sch K-1, Line 16c & 13) | a | | |
| b | Decrease for Depletion | (Sch K-1, Line 17r) | b | 7 | |
| 8 | Stock Basis Before Allowable Losses & Deductions | (Cannot be negative) | | 8 | 190,035 |
| 9 | Decreases for Loss and Deduction items | | | | |
| a | Ordinary Loss | (Page 2, Col e, Line 9a) | a | | |
| b | Real Estate Rental Loss | (Page 2, Col e, Line 9b) | b | | |
| c | Other Rental Loss | (Page 2, Col e, Line 9c) | c | | |
| d | Capital Loss | (Page 2, Col e, Line 9d) | d | | |
| e | Other Portfolio Loss | (Page 2, Col e, Line 9e) | e | | |
| f | Section 1231 Loss | (Page 2, Col e, Line 9f) | f | | |
| g | Other Loss | (Page 2, Col e, Line 9g) | g | | |
| h | Charitable Contributions | (Page 2, Col e, Line 9h) | h | | |
| i | Section 179 Expense | (Page 2, Col e, Line 9i) | i | | |
| j | Portfolio Income Expenses | (Page 2, Col e, Line 9j) | j | | |
| k | Other Deductions | (Page 2, Col e, Line 9k) | k | | |
| l | Interest Expense on Investment Debt | (Page 2, Col e, Line 9l) | l | | |
| m | Total Foreign Taxes Paid/Accrued | (Page 2, Col e, Line 9m) | m | | |
| n | Section 59(e) Expenditures | (Page 2, Col e, Line 9n) | n | | |
| | Total Loss and Deduction Items | (Total Lines 9a-9n) | | 9a-n | |
| o | Other decreases | (Page 2, Col e, Line 9o) | | 9o | |
| p | Loss from 179 asset disposition | (Page 2, Col e, Line 9n) | | 9p | |
| | Total Decrease for Loss and Deductions Items and Business Credits | | | 9 | |
| 10 | Less: net increase applied to debt basis | | | 10 | |
| 11 | Stock Basis at End of Year (Cannot be negative) | | | 11 | 190,035 |

### Debt Basis

| | | | |
|---|---|---|---|
| 12 | Debt basis at beginning of year (not less than zero) | 12 | |
| 13 | New loans to corporation during year | 13 | |
| 14 | Restoration of Debt Basis (Line 10) | 14 | |
| 15 | Less: Loans repaid by corporation during the year | 15 | |
| 16 | Less: Applied against excess loss and deductions / non-deductible items | 16 | |
| 17 | Debt basis at the end of tax year (combine lines 12-16) (not less than zero) | 17 | |
| 18 | Shareholder's total basis at end of tax year (combine lines 11 and 17) | 18 | 190,035 |

### Carryover

| | | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---|---|
| 19 | Total Beginning of year | | |
| 20 | Add: Losses and deductions this year | | |
| 21 | Less: Applied this year | | |
| 22 | End of year (Not less than zero) | | |

JF000524

WK_SBAS.LD

Client Copy

## Allocation of Losses and Deductions

**2022**

Keep for your records.

JF000525

| Shareholder Number: | TIN: ███████ | Year Ended: 12-31-2022 | Ownership %: 100.000000 |
|---|---|---|---|
| Shareholder Name: LUIS A PEREZ | | | |
| Corporation Name: JOHNSON FOODS LLC | | | EIN 88-2588378 |

IMPORTANT: Loss limitations are applied at the individual shareholder level. This worksheet is informational only and may not match actual losses and deductions reported on Form 7203.

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allowable Losses and Deductions in Current Year | (f) Dissallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 9a Ordinary losses from trade or business | (Sch K, Line 1) | | | | | | |
| b Net losses from rental real estate activities | (Sch K, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K, Line 3c) | | | | | | |
| d Net short-term capital losses | (Sch K, Lines 7 & 8a) | | | | | | |
| d Net long-term capital losses | | | | | | | |
| e Other portfolio losses | (Sch K, Line 10a) | | | | | | |
| f Net losses under Section 1231 | (Sch K, Line 9) | | | | | | |
| g Other losses | (Sch K, Line 10e) | | | | | | |
| h Charitable contributions | (Sch K, Line 12a-g) | | | | | | |
| i Section 179 expense deduction | (Sch K, Line 11) | | | | | | |
| j Portfolio income expenses | (Sch K, Line 12l) | | | | | | |
| k Other deductions | (Sch K, Ln 12, l,m-o,s) | | | | | | |
| l Interest expense on investment debts | (Sch K, Line 12h) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K, Line 16f) | | | | | | |
| n Section 59(e) expenditures | (Sch K, Line 12j) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | | | | | | |
| 7a Nondeductible expenses & credit adj | (Sch K, Line 16c & 13) | | | | | | |
| b Oil and gas depletion | (Sch K, Line 17r) | | | | | | |
| Total nondeductible losses and deductions | | | | | | | |
| Totals | | | | | | | |

WK_SBAS~.LD2

| Schedule K-1 Supplemental Information | 2022 |
|---|---|

Shareholder's name

**LUIS A PEREZ**

Shareholder's ID Number

Name of S Corporation

**JOHNSON FOODS LLC**

S Corporation's EIN

**88-2588378**

### Schedule K-3 Notification

The corporation has met the following criteria for tax year 2022, presently exempting it from filing Schedule K-3 (Form 1120-S), Shareholder's Share of Income, Deductions, Credits, etc. - International:

Criteria 1 - Corporation had no or limited foreign activity

Criteria 2 - Each of the shareholders was a U.S. citizen, resident alien, or certain domestic trust

With respect to the corporation meeting criteria 1 and 2, shareholders are hereby notified they will not be receiving a Schedule K-3 from the corporation unless the shareholder specifically requests the schedule.

A request for a Schedule K-3 is time sensitive and should be made as soon as possible.



K3EX STM.LD

**Form 7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| JOHNSON FOODS LLC | 88-2588378 |

Number, street, and room or suite no. (If P.O. box, see instructions.)    STE 114
5095 10 TH AVE NE

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
SALEM                                        OR        97303

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

| Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions. |
|---|---|

1    Enter the form code for the return listed below that this application is for  . . . . . . . . . . . . . . . . . . . . . .   | 2 | 5 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

| Part II | All Filers Must Complete This Part |
|---|---|

2    If the organization is a foreign corporation that does not have an office or place of business in the United States, check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ►  ☐

3    If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ►  ☐
     If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4    If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here  . .   ►  ☐

5a   The application is for calendar year 20 ____, or tax year beginning  06-01  , 20 22 , and ending  12-31  , 20 22 .

  b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☒ Initial return   ☐ Final return
     ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions-attach explanation.)

| 6 | Tentative total tax  . . . . . . . . . . . . . . . . . . . . . | 6 | 0 |
| 7 | **Total** payments and credits. See instructions  . . . . . . . . . . . | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions  . . . . . . . . . | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2018)

EEA

JF000527

| Federal Supporting Statements | 2022 PG01 |
|---|---|

Name(s) as shown on return
JOHNSON FOODS LLC

Tax ID Number
88-2588378

FORM 1120S - LINE 19 - OTHER DEDUCTIONS    Statement #2

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 125 |
| LEGAL AND PROFESSIONAL | 9,240 |
| PERMITS AND FEES | 192 |
| SOFTWARE | 153 |
| **TOTAL** | **9,710** |

PAGE 1
SCHEDULE K - LINE 17d - Other Items    Statement #18

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS FOR SEC. 448(C) | 598,000 |

PG01
FORM1125A - LINE 5 - OTHER COST    Statement #5

| DESCRIPTION | AMOUNT |
|---|---|
| COSTED LEGAL SERVICES | 384,995 |
| **TOTAL** | **384,995** |

Client Copy

STATMENT.LD

JF000528

# Qualified Business Income Information

Summary of Statement A - QBI PTE Reporting

(Keep for your records)

**2022**

Name(s) as shown on return

JOHNSON FOODS LLC

Tax ID Number

88-2588378

JF000529

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | JOHNSON FOODS LLC | 88-2588378 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 203,295 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WK_QBI~.LD

# 2022 Form OR-20-S
## Oregon S Corporation Tax Return

Oregon Department of Revenue

Page 1 of 8   • Use UPPERCASE letters. • Use blue or black ink. • Print actual size (100%). • Don't submit photocopies or use staples.

[X] Excise tax

[ ] Income tax

Fiscal year beginning (MM/DD/YYYY)

06/01/2022

Fiscal year ending (MM/DD/YYYY)

12/31/2022

**See instructions for checkboxes.**

| | | |
|---|---|---|
| [ ] New name | [ ] New address | [ ] OR-FCG-20 | [X] Extension |
| [ ] Form OR-37 | [ ] REIT/RIC | [ ] Amended | [ ] Form OR-24 |
| [ ] Federal Form 8886 | [ ] GILTI included on federal return | [ ] Accounting period change | [ ] Alternative apportionment request included |

Corporation legal name

JOHNSON FOODS LLC

Federal employer identification number (FEIN)

88-2588378

Doing business as (DBA) or assumed business name (ABN)

Attn: or c/o, first name

LUIS

Initial

Attn: or c/o, last name

PEREZ MEMBER

Corporation current address

5095 10 TH AVE NE

City

SALEM

State

OR

ZIP code

97303

Contact first name

Initial

Contact last name

Contact phone

Email

*Continued on next page*

150-102-025
(Rev. 08-04-22, ver. 01)
1024


02652201011024

JF000530

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 2 of 8     • Use UPPERCASE letters. • Use blue or black ink.     • Print actual size (100%).     • Don't submit photocopies or use staples.

**Only complete questions A through C if this is your first return, or the answer changed during this tax year.**

**A.** Incorporated in (state)                    Incorporated on (date) (MM/DD/YYYY)

OR                              06/01/2022

**B.** State of commercial domicile    **C.** Date business activity began in Oregon (MM/DD/YYYY)        **D.** NAICS code

OR                              06/01/2022                              456190

**E.** List the tax years for which federal waivers of the statute of limitations are in effect and dates on which waivers expire

**F.** List the tax years for which your federal taxable income was changed by an IRS audit or by an amended federal return filed during this tax year

**G.** If first return, indicate:    [X] New business        [ ] Successor to previous business

Previous business name

FEIN

**H.** If final return, indicate:    [ ] Withdrawn        [ ] Dissolved        [ ] Merged or reorganized

Merged or reorganized corporation name

FEIN

**I.**    [ ] Utility or telecommunications companies (see instructions).

**J.** Enter ordinary business income or loss from federal Form 1120-S    . . .    **J.**                    203,295.00

**K.** Fill in the amount of your total Oregon sales . . . . . . . . . . . . .    **K.**                    598,000.00

*Continued on next page*

150-102-025
(Rev. 08-04-22, ver. 01)
1024

02652201021024

JF000531

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 3 of 8    • Use UPPERCASE letters. • Use blue or black ink. • Print actual size (100%). • Don't submit photocopies or use staples.

**S corporations without built-in gains or excess net passive income, fill in your apportionment percentage on line 6 then enter -0- on lines 7, 8, and 10 and go to line 11.**

1. Income taxed on federal Form 1120-S from: (a) Built-in gains (see
   instructions) . . . . . . . . . . . . . . . . . . . . . . . . 1a.

   (b) Excess net passive income (see instructions) . . . . . . . . 1b.

   **Total:** Line 1a plus line 1b . . . . . . . . . . . . . . . **Total** 1c.

2. Total additions from Schedule OR-ASC-CORP, Section A, (only if apply
   to amounts included in line 1, see instructions) . . . . . . . . . . 2.

3. Total subtractions from Schedule OR-ASC-CORP, Section B, (only if
   apply to amounts included in line 1, see instructions) . . . . . . 3.

4. S corporation income before net loss deduction (line 1c plus line 2,
   minus line 3) **If income is entirely from Oregon sources, continue.
   If from both Oregon and other states, see Schedule OR-AP and
   continue** . . . . . . . . . . . . . . . . . . . . . . . . . . 4.

5. Net loss from prior years as C corporation (deductible from built-in
   gain income only) (include schedule, enter as a positive number) . . 5.

6. Enter the apportionment percentage from Schedule OR-AP, part 1,
   line 23. Enter 100.0000 if you don't apportion income . . . . . . . 6.      100.0000      %
   **You must attach Schedule OR-AP to apportion income.**

7. **Oregon taxable income** (line 4 minus line 5, or from Schedule OR-AP,
   part 2, line 12) . . . . . . . . . . . . . . . . . . . . . . . 7.

**Tax**

8. Calculated tax (see instructions) . . . . . . . . . . . . . . . 8.

9. Schedule OR-FCG-20 adjustment (see instructions,
   include schedule) . . . . . . . . . . . . . . . . . . . . . . 9.

10. Total calculated tax (line 8 minus line 9) . . . . . . . . . . . . 10.

11. Minimum tax (see instructions) . . . . . . . . . . . . . . . . 11.      150.00

12. Tax (greater of line 10 or line 11) . . . . . . . . . . . . . . . 12.      150.00

*Continued on next page*

150-102-025
(Rev. 08-04-22, ver. 01)
1024



02652201031024

JF000532

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 4 of 8     • Use UPPERCASE letters.  • Use blue or black ink.  • Print actual size (100%).  • Don't submit photocopies or use staples.

13.  Tax adjustment for installment sales interest (include schedule)  . . .  13.

14.  Tax before credits (line 12 plus line 13) . . . . . . . . . . . . . .  14.                    150.00

### Credits

15.  Total carryforward credits from Schedule OR-ASC-CORP, Section D
      (see instructions)  . . . . . . . . . . . . . . . . . . . .  15.

16.  Tax after carryforward credits (line 14 minus line 15)  . . . . . . .  16.                    150.00

17.  LIFO benefit recapture addition (see instructions)  . . . . . . . . .  17.

### Net tax

18.  Net tax (line 16 plus line 17, see instructions)  . . . . . . . . . .  18.                    150.00

19.  Estimated tax payments from Schedule ES line 7. Include
      payments made with extension  . . . . . . . . . . . . . . .  19.                    150.00

20.  **Tax due.** Is line 18 more than line 19? If so, line 18 minus
      line 19  . . . . . . . . . . . . . . . . . . . . . . . . **Tax due** 20.

21.  **Overpayment.** Is line 18 less than line 19? If so, line 19 minus
      line 18 . . . . . . . . . . . . . . . . . . . . . . .**Overpayment**  21.

22.  Penalty due with this return (see instructions) . . . . . . . . . . .  22.

23.  Interest due with this return (see instructions)  . . . . . . . . . .  23.

24.  Interest on underpayment of estimated tax (include Form OR-37)  . .  24.

25.  Total penalty and interest (add lines 22 through 24)  . . . . . . . .  25.

26.  Total due (line 20 plus line 25)  . . . . . . . . . . . . . .**Total due** 26.

*Continued on next page*



02652201041024

JF000533

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 5 of 8    • Use UPPERCASE letters. • Use blue or black ink. • Print actual size (100%). • Don't submit photocopies or use staples.

27. **Refund** available (line 21 minus line 25) . . . . . . . . . **Refund** 27.

28. Amount of refund to be credited to your open estimated
tax account . . . . . . . . . . . . . . . . . . . . . . . . . 28.

29. Net refund (line 27 minus line 28) . . . . . . . . . **Net refund** 29.

## Schedule SM - Oregon modifications passed through to shareholders

Federal taxable income passed through to the shareholders is adjusted to the extent that items of income, loss, or deduction of the shareholder are required to be adjusted under the provisions of Oregon Revised Statutes, Chapters 314 and 316. Indicate which federal Schedule K-1 line item each modification is for. Don't use Schedule OR-ASC-CORP codes for this section.

### Additions

1. Interest on government bonds of other states . . . . . . . . . . . 1.
K-1 line

2. Gain or loss on the sale of depreciable property . . . . . . . . . 2.
K-1 line

3. Other addition **(include schedule)** . . . . . . . . . . . . . . 3.

4. Total Oregon additions . . . . . . . . . . . . . . . . . . . 4.

### Subtractions

5. Interest from U.S. government, such as Series EE and
HH bonds . . . . . . . . . . . . . . . . . . . . . . . . . 5.
K-1 line

6. Gain or loss on the sale of depreciable property . . . . . . . . . 6.
K-1 line

7. Work opportunity credit wage reductions . . . . . . . . . . . . 7.
K-1 line

*Continued on next page*

150-102-025
(Rev. 08-04-22, ver. 01)
1024

02652201051024

JF000534

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 6 of 8     • Use UPPERCASE letters. • Use blue or black ink. • Print actual size (100%). • Don't submit photocopies or use staples.

8.  Other subtraction (include schedule)  . . . . . . . . . . . . . . . . 8.

9.  Total Oregon subtractions  . . . . . . . . . . . . . . . . . . . . . . 9.

### Schedule ES-Estimated tax payments, other prepayments, and refundable credits

1. Quarter 1

Payer name

Payer FEIN                                Date paid

1.  Amount paid  . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.

2. Quarter 2

Payer name

Payer FEIN                                Date paid

2.  Amount paid  . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.

3. Quarter 3

Payer name

Payer FEIN                                Date paid

3.  Amount paid  . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.

*Continued on next page*

150-102-025
(Rev. 08-04-22, ver. 01)
1024



02652201061024

JF000535

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 7 of 8    • Use UPPERCASE letters.  • Use blue or black ink.  • Print actual size (100%).  • Don't submit photocopies or use staples.

**4. Quarter 4**

Payer name

Payer FEIN                                    Date paid

4.  Amount paid . . . . . . . . . . . . . . . . . . . . . . . . . . .    4.

5.  Overpayment of another year's tax applied as a credit against this
    year's tax . . . . . . . . . . . . . . . . . . . . . . . . . .    5.

6.  Payments made with extension or other prepayments for this tax year    6.                    150.00
    Date paid (MM/DD/YYYY)

    03/01/2023

7.  Reserved . . . . . . . . . . . . . . . . . . . . . . . . . .    7.

8.  Total prepayments (carry to line 19 on previous page)  . . . . . . .    8.                    150.00

*Continued on next page*

150-102-025
(Rev. 08-04-22, ver. 01)
1024


02652201071024

**JF000536**

## 2022 Form OR-20-S

Oregon Department of Revenue

Page 8 of 8 • Use UPPERCASE letters. • Use blue or black ink. • Print actual size (100%). • Don't submit photocopies or use staples.

Under penalty of false swearing, I declare that the information in this return and any enclosures are true, correct, and complete.

Officer signature

X

Date (MM/DD/YYYY)

08/01/2024

Officer first name        Initial    Officer last name

LUIS                 A      PEREZ

Officer title

MEMBER

Preparer signature other than taxpayer

X JAMES A COPLIN CFP EA

Date (MM/DD/YYYY)         Phone                 Preparer license number

08/01/2024         503-363-3786            4773-C

Preparer first name      Initial    Preparer last name

JAMES             A      COPLIN CFP

Preparer address

401 RATCLIFF DR SE SUITE 140

City                          State    ZIP code

SALEM                      OR     97302

**Mail refund returns and no tax due returns to:**    **Mail tax-to-pay returns with payment to:**
Refund, PO Box 14777, Salem OR 97309-0960    Oregon Department of Revenue, PO Box 14790, Salem OR 97309-0470

**Do not include a payment voucher with your return. Include a complete copy of your federal Form 1120-S and schedules, including all federal K-1s or K-1 summary (see instructions).**

02652201081024

JF000537

# 2022 Schedule OR-K-1

Page 1 of 1, 150-101-002
(Rev. 08-12-22, ver. 01)                    Oregon Department of Revenue

17612201011024

Office use only

## Distributive Share of Income, Deductions, Credits, etc.
For individual owners of pass-through entities

| | | Beginning | Ending |
|---|---|---|---|
| ☐ Final OR-K-1    ☐ Amended OR-K-1 | For calendar year 2022 or fiscal year | 06/01/2022 | 12/31/2022 |

## Part I - Pass-through entity (PTE) information

| Federal employer identification number | PTE name | | Business code number |
|---|---|---|---|
| 88-2588378 | JOHNSON FOODS LLC | | 456190 |

| Address | City | State | ZIP code |
|---|---|---|---|
| 5095 10 TH AVE NE | SALEM | OR | 97303 |

## Part II - Owner information

| Social Security number | Owner's first name | Initial | Last name |
|---|---|---|---|
| ▉▉▉▉▉ | LUIS | A | PEREZ |

☐ General partner or LLC member manager    ☒ Shareholder

☐ Limited partner or other LLC member    ☐ Beneficiary

| Address |
|---|
| 5253 NEWBERG DR N |

| City | State | ZIP code |
|---|---|---|
| KEIZER | OR | 97303 |

Oregon resident? If no, state of legal residence
☒ Yes    ☐ No

Check the appropriate box
☐ Form OR-OC    ☐ Form OR-19    ☐ Form OR-19-AF    ☐ Not required

Owner's share of profit & loss/stock ownership
Beginning _____ %    End 100 %

## Part III - Distributive share items

Apportionment percentage  100.0000 %

| | (a) Federal column | (b) Oregon column |
|---|---|---|
| **Income (losses)** | | |
| 1. Ordinary business income (loss) . . . . . . . . . . . 1. | 203,295.00 | 203,295.00 |
| 2. Net rental real estate income (loss) . . . . . . . . . 2. | | |
| 3. Other net rental income (loss) . . . . . . . . . . . 3. | | |
| 4. Guaranteed payments to partners . . . . . . . . . 4. | | |
| 5. Interest income . . . . . . . . . . . . . . . . . . . 5. | | |
| 6. Ordinary/qualified dividends . . . . . . . . . . . . 6. | | |
| 7. Royalties . . . . . . . . . . . . . . . . . . . . . . 7. | | |
| 8. Net short-term capital gain (loss) . . . . . . . . . 8. | | |
| 9. Net long-term capital gain (loss) . . . . . . . . . . 9. | | |
| 10. Net section 1231 gain (loss) . . . . . . . . . . . . 10. | | |
| 11. Other income (loss) (include schedule) . . . . . . 11. | | |
| **Adjustments** | | |
| 12. IRC section 179 expense . . . . . . . . . . . . . . 12. | | |
| 13. Other adjustments (include schedule) . . . . . . . 13. | | |
| **Oregon additions** | | |
| 14. Interest on state and local government bonds . . . 14. | | |
| 15. Other additions (include schedule) . . . . . . . . . 15. | | |
| **Oregon subtractions** | | |
| 16. U.S. government interest . . . . . . . . . . . . . . 16. | | |
| 17. Depreciation . . . . . . . . . . . . . . . . . . . . 17. | | |
| 18. Other subtractions (include schedule) . . . . . . . 18. | | |
| **Oregon credits** | | |
| 19. Credits (include schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19. | | |
| **Payments** | | |
| 20. PTE owner payment from Form OR-19 . . . . . . . . . . . . . . . . . . . . . . 20. | | |
| 21. Tax paid on Form OR-OC filed on owner's behalf . . . . . . . . . . . . . . . . 21. | | |

**Keep this schedule with your tax records. Don't submit with your individual tax return or the PTE return.**

1024

JF000538

| OREF_ACK | Acknowledgement and General Information for Taxpayers Who File Returns Electronically | 2022 |
|---|---|---|

Name(s) as shown on return

JOHNSON FOODS LLC

Identification Number

**-***8378

Address

5095 10 TH AVE NE
SALEM, OR 97303

**Thank you for participating in IRS e-file.**

1. [X]   Your 2022 state income tax return for ___OR20S___ was filed electronically.
The electronic filing services were provided by  James A Coplin and Associates

2. [X]   Your return was accepted on 09-16-2023 using a Personal Identification Number (PIN) as your electronic
signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN
for you.
The submission ID assigned to this return is  9305662023258vfn0qcz .

### PLEASE DO NOT SEND A PAPER COPY OF THE TAX RETURN TO THE STATE. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

Client Copy

OREF_ACK.LD

JF000539