EXHIBIT 33

Form **1120-S**

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date 06/01/2022 | **Name** JOHNSON FOODS LLC | **D** Employer identification number 88-2588378 |
| **B** Business activity code number (see instructions) 456190 | **Number, street, and room or suite no.** If a P.O. box, see instructions. 5095 10TH AVE NE, SUITE 114 | **E** Date incorporated 06/01/2022 |
| **C** Check if Sch. M-3 attached ☐ | **City or town, state or province, country, and ZIP or foreign postal code** SALEM, OR 97303 | **F** Total assets (see instructions) $ 50,191. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales 1,177,450. | **b** Less return and allowances _____ | **c** Balance | **1c** | 1,177,450. |
| 2 | Cost of goods sold (attach Form 1125-A) | | **2** | 715,591. |
| 3 | Gross profit. Subtract line 2 from line 1c | | **3** | 461,859. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| 5 | Other income (loss) (attach statement) | | **5** | |
| 6 | **Total income (loss).** Add lines 3 through 5 | | **6** | 461,859. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | **7** | |
| 8 | Salaries and wages (less employment credits) | **8** | |
| 9 | Repairs and maintenance | **9** | |
| 10 | Bad debts | **10** | |
| 11 | Rents | **11** | |
| 12 | Taxes and licenses                          STATEMENT 1 | **12** | 10,043. |
| 13 | Interest (see instructions) | **13** | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| 16 | Advertising | **16** | |
| 17 | Pension, profit-sharing, etc., plans | **17** | |
| 18 | Employee benefit programs | **18** | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| 20 | Other deductions (attach statement)          STATEMENT 2 | **20** | 470,955. |
| 21 | **Total deductions.** Add lines 7 through 20 | **21** | 480,998. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | **22** | -19,139. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 23a | Excess net passive income or LIFO recapture tax (see in structions) | **23a** | | |
| b | Tax from Schedule D (Form 1120-S) | **23b** | | |
| c | Add lines 23a and 23b | | **23c** | |
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | **24a** | | |
| b | Tax deposited with Form 7004 | **24b** | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | **24c** | | |
| d | Elective payment election amount from Form 3800 | **24d** | | |
| z | Add lines 24a through 24d | | **24z** | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | **25** | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** | |
| 28 | Enter amount from line 27: **Credited to 2024 estimated tax** _____ **Refunded** | | **28** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | MEMBER |
|---|---|---|
| | | Title |

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| MICHAEL J. STEPHANO | MICHAEL J. STEPHANO | 09/06/24 | ☐ | P00446686 |

Firm's name STEPHANO SLACK, LLC — Firm's EIN 16-1710665

Firm's address 125 STRAFFORD AVE, STE 200
WAYNE, PA 19087 — Phone no. 610-687-1600

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

311701 12-19-23

Form **1120-S** (2023)

10250909 134814 105754.001          2023.04020 JOHNSON FOODS LLC          105754.1

1

Form 1120-S (2023)    JOHNSON FOODS LLC    88-2588378    Page **2**

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

1 Check accounting method: **a** [X] Cash **b** [ ] Accrual **c** [ ] Other (specify) _____

2 See the instructions and enter the:

**a** Business activity  DIETARY SUPPLEMENTS    **b** Product or service  SUPPLEMENTS

3 At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ......... | | | | X

4 At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ... | | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below .................... | | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ................. | | | | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock ................ _____

(ii) Total shares of non-restricted stock ............ _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ... | | | | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year ........ _____

(ii) Total shares of stock outstanding if all instruments were executed .... _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... | | | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years .................. $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ........................................ | | | | X

**10** Does the corporation satisfy one or more of the following? See instructions ................................. | | | | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? ................................... | | | | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

311711  12-19-23    Form **1120-S** (2023)

JF000541

10250909  134814  105754.001    2023.04020 JOHNSON FOODS LLC    105754.1

Form 1120-S (2023)  JOHNSON FOODS LLC  88-2588378  Page **3**

## Schedule B  Other Information  (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction .............................. $ _____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | X |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996 , line 15 .................. $ _____ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | −19,139. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ____ 3a | | |
| | b Expenses from other rental activities (attach statement) ____ 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends ____ 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b Collectibles (28%) gain (loss) ____ 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ____ 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions)  Type | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures  Type | 12c | |
| | d Other deductions (see instructions)  Type | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d Other rental real estate credits (see instructions) Type | 13d | |
| | e Other rental credits (see instructions)  Type | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions)  Type | 13g | |
| **International** | 14 Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) | 16d | 120,805. |
| | e Repayment of loans from shareholders | 16e | |
| | f Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2023)

Form 1120S (2023)        **JOHNSON FOODS LLC**                                        88-2588378    Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (att. stmt.)                      STATEMENT 3 | | |

| Recon- ciliation | **18 Income (loss) reconciliation**. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | -19,139. |
|---|---|---|---|

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 190,135. | | 50,191. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 190,135. | | 50,191. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 100. | | 100. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings                STATEMENT 4 | | 190,035. | | 50,091. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 190,135. | | 50,191. |

Form **1120-S** (2023)

311731
12-19-23

4

10250909 134814 105754.001             2023.04020 JOHNSON FOODS LLC                105754.1

Form 1120-S (2023)    JOHNSON FOODS LLC                                    88-2588378    Page **5**

| | Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return | | |
|---|---|---|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | −19,139. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | **a** Tax-exempt interest $ _____ | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | **6** Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | | |
| **a** Depreciation $ _____ | | **a** Depreciation $ _____ | | |
| **b** Travel and entertainment $ _____ | | **7** Add lines 5 and 6 | | |
| **4** Add lines 1 through 3 | −19,139. | **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | −19,139. |

| | Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.) |
|---|---|---|

| | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|
| **1** Balance at beginning of tax year | 190,035. | | | |
| **2** Ordinary income from page 1, line 22 | | | | |
| **3** Other additions | | | | |
| **4** Loss from page 1, line 22 | ( 19,139. ) | | | |
| **5** Other reductions | ( ) | | | ( ) |
| **6** Combine lines 1 through 5 | 170,896. | | | |
| **7** Distributions | 120,805. | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 | 50,091. | | | |

Form **1120-S** (2023)

311732
12-19-23

5

10250909 134814 105754.001                    2023.04020 JOHNSON FOODS LLC          105754.1

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

JOHNSON FOODS LLC

Employer Identification number

88-2588378

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)           SEE STATEMENT 5 | **5** | 715,591. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 715,591. |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 715,591. |

**9 a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods .............................................................. ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO .................................................................... **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............... ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.                    Form **1125-A** (Rev. 11-2018)

SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION


JOHNSON FOODS LLC
5095 10TH AVE NE, SUITE 114
SALEM, OR  97303

EMPLOYER IDENTIFICATION NUMBER:  88-2588378

FOR THE YEAR ENDING DECEMBER 31, 2023

JOHNSON FOODS LLC IS MAKING THE DE MINIMIS SAFE HARBOR ELECTION
UNDER REG. SEC. 1.263(A)-1(F).

JOHNSON FOODS LLC                                                    88-2588378

---

FORM 1120S                    TAXES AND LICENSES                  STATEMENT 1

---

| DESCRIPTION | AMOUNT |
|---|---|
| OREGON TAXES - OTHER | 10,043. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 10,043. |

---

FORM 1120S                    OTHER DEDUCTIONS                    STATEMENT 2

---

| DESCRIPTION | AMOUNT |
|---|---|
| BANK FEES | 750. |
| LEGAL & PROFESSIONAL | 459,612. |
| MEMBERSHIP DUES & SUBSCRIPTIONS | 2,000. |
| OFFICE EXPENSE | 8,593. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 20 | 470,955. |

---

SCHEDULE K                OTHER ITEMS, LINE 17D                   STATEMENT 3

---

| DESCRIPTION | AMOUNT |
|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 461,859. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 480,998. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -19,139. |

---

SCHEDULE L        ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS   STATEMENT 4

---

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | 190,035. |
| NET INCOME PER BOOKS | -19,139. |
| DISTRIBUTIONS | -120,805. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 50,091. |

JOHNSON FOODS LLC                                                                88-2588378

---

| FORM 1125-A | OTHER COSTS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CONSULTING COSTS | 715,591. |
| TOTAL TO LINE 5 | 715,591. |

671121

**Schedule K-1**
**(Form 1120-S)**

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax
year beginning _____
ending _____

| | Final K-1 | Amended K-1 | OMB No. 1545-0123 |

**Part III**  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) **-19,139.** | 13 Credits |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Schedule K-3 is attached if checked |
| 6 | Royalties | 15 Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | 16 Items affecting shareholder basis |
| | | D **120,805.** |
| 10 | Other income (loss) | |

**Shareholder's Share of Income, Deductions, Credits, etc.**  See separate instructions.

**Part I**    **Information About the Corporation**

**A**  Corporation's employer identification number
88-2588378

**B**  Corporation's name, address, city, state, and ZIP code

JOHNSON FOODS LLC
5095 10TH AVE NE, SUITE 114
SALEM, OR  97303

**C**  IRS Center where corporation filed return
E-FILE

**D**  Corporation's total number of shares
Beginning of tax year ............ 200.00
End of tax year ..................... 200.00

**Part II**    **Information About the Shareholder**

**E**  Shareholder's identifying number
█████████

**F**  Shareholder's name, address, city, state, and ZIP code

LUIS A. PEREZ
5253 NEWBERG DR N
KEIZER, OR  97303

**G**  Current year allocation percentage  100.000000 %

**H**  Shareholder's number of shares
Beginning of tax year ............ 200.00
End of tax year ..................... 200.00

**I**  Loans from shareholder
Beginning of tax year ........ $ _____
End of tax year .................. $ _____

| | | |
|---|---|---|
| 17 V | Other information | * STMT |
| 11 | Section 179 deduction | |
| AC | | * STMT |
| 12 | Other deductions | |
| AJ | | * STMT |

| 18 | ☐ More than one activity for at-risk purposes* |
| 19 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    311271   12-11-23    www.irs.gov/Form1120S    **Schedule K-1 (Form 1120-S) 2023**

10

JF000549  1

JOHNSON FOODS LLC                                                           88-2588378

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

SCHEDULE K-1                   SECTION 199A ITEMS, BOX 17
                                       CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
|    ORDINARY INCOME(LOSS) | -19,139. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 1,177,450. |

SCHEDULE K-1               SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT
RECEIVE A COPY OF THE SCHEDULE UNLESS YOU REQUEST ONE.

JOHNSON FOODS LLC                                                          88-2588378

SCHEDULE K-1    EXCESS BUSINESS LOSS LIMITATION, BOX 17, CODE AJ

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| --- | --- | --- |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 461,859. | SEE IRS SCH. K-1 INSTRUCTIONS |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 480,998. | SEE IRS SCH. K-1 INSTRUCTIONS |

10250909 134814 105754.001          2023.04020 JOHNSON FOODS LLC          105754.1

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | | Identifying number |
|---|---|---|
| | | 88–2588378 |
| Number, street, and room or suite no. (If P.O. box, see instructions.) | | |
| City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns.  See instructions.

1  Enter the form code for the return listed below that this application is for

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II  All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ................................................................ ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ................................................................ ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ............... ▶ ☐

5a  The application is for calendar year _____, or tax year beginning _____, and ending _____

  b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
    ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6  Tentative total tax | | **6** | 0. |
| 7  **Total** payments and credits. See instructions | | **7** | 0. |
| 8  **Balance due.** Subtract line 7 from line 6. See instructions | | **8** | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**                    Form **7004** (Rev. 12-2018)

10250909  134814  105754.001                    2023.04020  JOHNSON FOODS LLC                    105754.1

# 2023 Form OR-20-S
## Oregon S Corporation Tax Return

Oregon Department of Revenue

Page 1 of 8    ● Use UPPERCASE letters.    ● Use blue or black ink.    ● Print actual size (100%).    ● Don't submit photocopies or use staples.

[X] Excise tax          [ ] Income tax

Fiscal year beginning (MM/DD/YYYY)          Fiscal year ending (MM/DD/YYYY)

**See instructions for checkboxes.**

| | | | |
|---|---|---|---|
| [ ] New name | [ ] New address | [ ] OR-FCG-20 | [X] Extension |
| [ ] Form OR-37 | [ ] REIT/RIC | [ ] Amended | [ ] Form OR-24 |
| [ ] Federal Form 8886 | [ ] GILTI included on federal return | [ ] Accounting period change | [ ] Alternative apportionment request included |

Corporation legal name

JOHNSON FOODS LLC

Federal employer identification number (FEIN)

88-2588378

Doing business as (DBA) or assumed business name (ABN)

Attn: or c/o, first name          Initial          Attn: or c/o, last name

LUIS          A          PEREZ

Corporation current address

5095 10TH AVE NE, SUITE 114

City          State          ZIP code

SALEM          OR          97303

Contact first name          Initial          Contact last name

LUIS          A          PEREZ

Contact phone

720-818-6665

Email

LIZ@WEAREVIDAFUL.COM

*Continued on next page*

150-102-025
(Rev. 07-18-23, ver. 01)    373501  11-20-23    1019

0265230101019



JF000553

■ **2023 Form OR-20-S**                                    Oregon Department of Revenue ■

Page 2 of 8     ● Use UPPERCASE letters.   ● Use blue or black ink.   ● Print actual size (100%).   ● Don't submit photocopies or use staples.

**Only complete questions A through C if this is your first return, or the answer changed during this tax year.**

**A.** Incorporated in (state)          Incorporated on (date) (MM/DD/YYYY)

**B.** State of commercial domicile     **C.** Date business activity began in Oregon (MM/DD/YYYY)     **D.** NAICS code

**E.** List the tax years for which federal waivers of the statute of limitations are in effect and dates on which waivers expire

**F.** List the tax years for which your federal taxable income was changed by an IRS audit or by an amended federal return filed during this tax year

**G.** If first return, indicate:    ☐ New business    ☐ Successor to previous business

Previous business name

FEIN

**H.** If final return, indicate:    ☐ Withdrawn    ☐ Dissolved    ☐ Merged or reorganized

Merged or reorganized corporation name

FEIN

**I.** ☐ Utility or telecommunications companies (see instructions).

**J.** Enter ordinary business income or loss from federal Form 1120-S ......... **J.**          −19,139.00

**K.** Fill in the amount of your total Oregon sales ...................................... **K.**

*Continued on next page*

150-102-025
(Rev. 07-18-23, ver. 01)   373502   11-20-23   1019

0265230102101019

JF000554

## 2023 Form OR-20-S

Oregon Department of Revenue

**S corporations without built-in gains or excess net passive income, fill in your apportionment percentage on line 6 then enter -0- on lines 7, 8, and 10 and go to line 11.**

1. Income taxed on federal Form 1120-S from: (a) Built-in gains (see instructions) .................................... 1a.

   (b) Excess net passive income (see instructions) ......................... 1b.

   **Total:** Line 1a plus line 1b ................................... **Total** 1c.

2. Total additions from Schedule OR-ASC-CORP, Section A, (only if apply to amounts included in line 1, see instructions) ......................... 2.

3. Total subtractions from Schedule OR-ASC-CORP, Section B, (only if apply to amounts included in line 1, see instructions) .................... 3.

4. S corporation income before net loss deduction (line 1c plus line 2, minus line 3) **If income is entirely from Oregon sources, continue. If from both Oregon and other states, see Schedule OR-AP and continue** ................................................................ 4.         0.00

5. Net loss from prior years as C corporation (deductible from built-in gain income only) (include schedule, enter as a positive number) ...... 5.

6. Enter the apportionment percentage from Schedule OR-AP, part 1, line 23. Enter 100.0000 if you don't apportion income .................... 6.    100.0000    % 
   **You must attach Schedule OR-AP to apportion income.**

7. **Oregon taxable income** (line 4 minus line 5, or from Schedule OR-AP, part 2, line 12) ........................................................ 7.         0.00

## Tax

8. Calculated tax (see instructions) ............................... 8.         0.00

9. Schedule OR-FCG-20 adjustment (see instructions, include schedule) ....................................................... 9.

10. Total calculated tax (line 8 minus line 9) ...................... 10.         0.00

11. Minimum tax (see instructions) ................................ 11.       150.00

12. Tax (greater of line 10 or line 11) ............................. 12.       150.00

*Continued on next page*

0265230103109

JF000555

**2023 Form OR-20-S**                                    Oregon Department of Revenue

Page 4 of 8      ● Use UPPERCASE letters.  ● Use blue or black ink.  ● Print actual size (100%).  ● Don't submit photocopies or use staples.

13.  Tax adjustment for installment sales interest (include schedule) ...... 13.

14.  Tax before credits (line 12 plus line 13) ........................... 14.                            150.00

### Credits

15.  Total carryforward credits from Schedule OR-ASC-CORP, Section D
     (see instructions) .................................................. 15.

16.  Tax after carryforward credits (line 14 minus line 15 .............. 16.                             150.00

17.  LIFO benefit recapture addition (see instructions) ................. 17.

### Net tax

18.  Net tax (line 16 plus line 17, see instructions) ................... 18.                             150.00

19.  Estimated tax payments from Schedule ES line 8. Include
     payments made with extension .................................... 19.                                150.00

20.  **Tax due.** Is line 18 more than line 19? If so, line 18 minus
     line 19 ........................................................ **Tax due** 20.

21.  **Overpayment.** Is line 18 less than line 19? If so, line 19 minus
     line 18 ..................................................... **Overpayment** 21.

22.  Penalty due with this return (see instructions) .................. 22.

23.  Interest due with this return (see instructions) ................. 23.

24.  Interest on underpayment of estimated tax (include Form OR-37) ... 24.

25.  Total penalty and interest (add lines 22 through 24) ............. 25.

26.  Total due (line 20 plus line 25) ........................... **Total due** 26.

*Continued on next page*


0265230104 1019



JF000556

**2023 Form OR-20-S**                                     Oregon Department of Revenue

27. **Refund** available (line 21 minus line 25) ..................... **Refund** 27.

28. Amount of refund to be credited to your open estimated
    tax account .................................................................... 28.

29. Net refund (line 27 minus line 28) ..................... **Net refund** 29.

## Schedule SM - Oregon modifications passed through to shareholders

Federal taxable income passed through to the shareholders is adjusted to the extent that items of income, loss, or deduction of the shareholder are required to be adjusted under the provisions of Oregon Revised Statutes, Chapters 314 and 316. Indicate which federal Schedule K-1 line item each modification is for. Don't use Schedule OR-ASC-CORP codes for this section.

### Additions

1. Interest on government bonds of other states ...................... 1.
   K-1 line

2. Gain or loss on the sale of depreciable property ................... 2.
   K-1 line

3. Other addition **(include schedule)** ................................ 3.

4. Total Oregon additions ................................................. 4.

### Subtractions

5. Interest from U.S. government, such as Series EE and
   HH bonds ................................................................. 5.
   K-1 line

6. Gain or loss on the sale of depreciable property ................... 6.
   K-1 line

7. Work opportunity credit wage reductions ........................... 7.
   K-1 line

*Continued on next page*

150-102-025
(Rev. 07-18-23, ver. 01)    373505  11-20-23    1019

0265230105101 9



JF000557

**2023 Form OR-20-S**

Oregon Department of Revenue

Page 6 of 8 • Use UPPERCASE letters. • Use blue or black ink. • Print actual size (100%). • Don't submit photocopies or use staples.

8. Other subtraction **(include schedule)** ......................  8.

9. Total Oregon subtractions  ......................  9.

## Schedule ES - Estimated tax payments, other prepayments, and refundable credits

1. Quarter 1

Payer name

Payer FEIN                          Date paid

1. Amount paid  ......................  1.

2. Quarter 2

Payer name

Payer FEIN                          Date paid

2. Amount paid  ......................  2.

3. Quarter 3

Payer name

Payer FEIN                          Date paid

3. Amount paid  ......................  3.

*Continued on next page*

150-102-025
(Rev. 07-18-23, ver. 01)  373506  11-20-23    1019



0265230106101 9

JF000558

**2023 Form OR-20-S**

Oregon Department of Revenue

Page 7 of 8    ● Use UPPERCASE letters.  ● Use blue or black ink.  ● Print actual size (100%).  ● Don't submit photocopies or use staples.

4.  Quarter 4

Payer name

Payer FEIN                          Date paid

4.  Amount paid  ...................................................  4.

5.  Overpayment of another year's tax applied as a credit against this
    year's tax  ...................................................  5.

6.  Payments made with extension or other prepayments for this tax year  6.        150.00
    Date paid (MM/DD/YYYY)

7.  Reserved  ...................................................  7.

8.  Total prepayments (carry to line 19 above)  ...................  8.        150.00

*Continued on next page*

150-102-025
(Rev. 07-18-23, ver. 01)  373507  11-20-23    1019


0265230107 1019


JF000559

■  **2023 Form OR-20-S**                          Oregon Department of Revenue  ■

Page 8 of 8    ● Use UPPERCASE letters.  ● Use blue or black ink.  ● Print actual size (100%).  ● Don't submit photocopies or use staples.

**Under penalty of false swearing, I declare that the information in this return and any enclosures are true, correct, and complete.**
Officer signature

X

Date (MM/DD/YYYY)

Officer first name                    Initial      Officer last name

LUIS                                  A           PEREZ
Officer title

MEMBER

☐  **Check the box to authorize** the following individual(s) to receive and provide confidential tax information relating to this return.

Preparer signature other than taxpayer

XMICHAEL J. STEPHANO
Date (MM/DD/YYYY)                  Phone                       Preparer license number

09/06/2024                        610-687-1600                P00446686
Preparer first name                Initial      Preparer last name

MICHAEL                            J           STEPHANO
Preparer address

125 STRAFFORD AVE, STE 200
City                                            State      ZIP code

WAYNE                                           PA         19087

**Mail refund returns and no tax due returns to:**    **Mail tax-to-pay returns with payment to:**
Refund, PO Box 14777, Salem OR 97309-0960          Oregon Department of Revenue, PO Box 14790, Salem OR 97309-0470

**Do not include a payment voucher with your return. Include a complete copy of your federal Form 1120-S and schedules, including all federal
K-1s or K-1 summary (see instructions).**

0265230108119

JF000560

# 2023 Schedule OR-K-1

Page 1 of 1, 150-101-002
(Rev. 08-30-23, ver. 01)

Oregon Department of Revenue

17612301011019

**Office use only**

**Distributive Share of Income, Deductions, Credits, etc.**

For owners of pass-through entities

☐ Final OR-K-1    ☐ Amended OR-K-1

For calendar year 2023
or fiscal year

| | Beginning | Ending |
|---|---|---|
| | 01/01/2023 | 12/31/2023 |

## Part I - Pass-through entity (PTE) information

| Federal employer identification number | PTE name | Business code number |
|---|---|---|
| 88-2588378 | JOHNSON FOODS LLC | 456190 |

| Address | City | State | ZIP code |
|---|---|---|---|
| 5095 10TH AVE NE, SUITE 114 | SALEM | OR | 97303 |

## Part II - Owner information

| Social Security number | Owner's first name | Initial | Last name |
|---|---|---|---|
| ▇▇▇▇▇ | LUIS | A | PEREZ |

☐ General partner or LLC member manager    ☒ Shareholder

☐ Limited partner or other LLC member    ☐ Beneficiary

| Address |
|---|
| 5253 NEWBERG DR N |

| City | State | ZIP code |
|---|---|---|
| KEIZER | OR | 97303 |

Oregon resident? If no, state of legal residence    ☒ Yes    ☐ No

Check the appropriate box
☐ Form OR-OC    ☐ Form OR-19    ☐ Form OR-19-AF    ☐ Not required

Owner's share of profit & loss/stock ownership

| Beginning | End |
|---|---|
| 100.0000 % | 100.0000 % |

## Part III - Distributive share items

Apportionment percentage    100.0000 %

|  | | (a) Federal column | (b) Oregon column |
|---|---|---|---|
| **Income (losses)** | | | |
| 1. Ordinary business income (loss) | 1. | -19,139.00 | |
| 2. Net rental real estate income (loss) | 2. | | |
| 3. Other net rental income (loss) | 3. | | |
| 4. Guaranteed payments to partners | 4. | | |
| 5. Interest income | 5. | | |
| 6. Ordinary/qualified dividends | 6. | | |
| 7. Royalties | 7. | | |
| 8. Net short-term capital gain (loss) | 8. | | |
| 9. Net long-term capital gain (loss) | 9. | | |
| 10. Net section 1231 gain (loss) | 10. | | |
| 11. Other income (loss) (include schedule) | 11. | | |
| **Adjustments** | | | |
| 12. IRC section 179 expense | 12. | | |
| 13. Other adjustments (include schedule) | 13. | | |
| **Oregon additions** | | | |
| 14. Interest on state and local government bonds | 14. | | |
| 15. Other additions (include schedule) | 15. | | |
| **Oregon subtractions** | | | |
| 16. U.S. government interest | 16. | | |
| 17. Depreciation | 17. | | |
| 18. Other subtractions (include schedule) | 18. | | |
| **Oregon credits** | | | |
| 19. Credits (include schedule) | 19. | | |
| **Payments** | | | |
| 20. PTE owner payment from Form OR-19 | 20. | | |
| 21. Tax paid on Form OR-OC filed on owner's behalf | 21. | | |

**Keep this schedule with your tax records. Don't submit with your individual tax return or the PTE return.**

373861  11-20-23

11

JF000561