# EXHIBIT 34

## Johnson Foods
## Balance Sheet
### As of December 31, 2023

|  | Total |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|     Bank Accounts |  |
|       Chase Business Checking - 0199 | 50,191.02 |
|     Total Bank Accounts | $ 50,191.02 |
|   Total Current Assets | $ 50,191.02 |
| **TOTAL ASSETS** | $ 50,191.02 |
| **LIABILITIES AND EQUITY** |  |
|   Liabilities |  |
|   Total Liabilities |  |
|   Equity |  |
|     Capital/Equity |  |
|       Capital Equity - Partner Capital Luis Perez | 100.00 |
|     Total Capital/Equity | $ 100.00 |
|     Retained Earnings | 190,035.00 |
|     Shareholder Distribution - Luis Perez | -120,805.00 |
|     Net Income | -19,138.47 |
|   Total Equity | $ 50,191.53 |
| **TOTAL LIABILITIES AND EQUITY** | $ 50,191.53 |

JF000562

## Johnson Foods
## Profit and Loss
### January - December 2023

|  | Total |
|---|---:|
| **Income** | |
|    Consulting Revenue | 1,177,450.00 |
| **Total Income** | **$ 1,177,450.00** |
| **Cost of Goods Sold** | |
|    Raw Materials | 26,198.00 |
| **Total Cost of Goods Sold** | **$ 26,198.00** |
| **Gross Profit** | **$ 1,151,252.00** |
| **Expenses** | |
|    Advertising & Marketing | 67,342.00 |
|    Bank Charges & Fees | 750.00 |
|    Consulting Costs | |
|       Consulting Costs - Advocacy | 256,549.57 |
|       Consulting Costs - Executive | 65,219.00 |
|       Consulting Costs - Finance | 1,000.00 |
|       Consulting Costs - Marketing | 269,282.66 |
|    **Total Consulting Costs** | **$ 592,051.23** |
|    Legal & Professional Services | |
|       Legal Council Services Regulatory | 489,611.50 |
|    **Total Legal & Professional Services** | **$ 489,611.50** |
|    Membership Dues & Subscriptions | 2,000.00 |
|    Software | 2,592.99 |
|    Supplies - Office | 6,000.00 |
|    Taxes | 10,042.75 |
| **Total Expenses** | **$ 1,170,390.47** |
| **Net Operating Income** | **-$ 19,138.47** |
| **Net Income** | **-$ 19,138.47** |

JF000563