# EXHIBIT 37

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC,** | * | **MAGISTRATE DONNA PHILLIPS** |
| a Texas limited liability company; | * | **CURRAULT** |
| **JOHNSON FOODS, LLC**, a Wyoming | * | |
| limited liability company; **LP IND., LLC,** | * | |
| a Wyoming limited liability company; | * | |
| **CAG HOLDINGS, LLC**, a Wyoming | * | |
| limited liability company; **RMH** | * | |
| **HOLDINGS, INC.**, a Wyoming | * | |
| corporation; **ABC INSURANCE** | * | |
| **COMPANY** and **John Does 1-4.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT CAG HOLDINGS, LLC'S RESPONSES AND OBJECTIONS
TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

TO:   Plaintiff, Kathleen Moller, by and through her attorneys of record, Nelson W. Wagar, III, Sarah Wagar Hickman, Wagar Hickman, LLP, 1401 West Causeway Approach, Mandeville, Louisiana and Michael Cowgill, Tamara J. Williams, mctlaw, 1605 Main Street, Suite 710, Sarasota, Florida 34236

Defendant CAG Holdings, LLC, pursuant to the Federal Rules of Civil Procedure, responds to Plaintiff's Kathleen Moller's First Set of Requests for Production, as follows:

**GENERAL OBJECTIONS**

1.   Defendant objects to the Requests to the extent that they are vague, ambiguous, overbroad, unduly burdensome, oppressive, not relevant to the subject matter of this action, and not reasonably calculated to lead to the discovery of admissible evidence.

2.   Defendant objects to the Requests to the extent that they are contradicted by, inconsistent with, or impose on Defendant any obligations in excess of the requirements of the Federal Rules of Civil Procedure.

consumers, nor does Defendant sell any products to consumers and does not package or place any labels on any products.

Subject to the foregoing objections, Defendant will conduct a reasonably diligent search from January 1, 2020 through February 6, 2023 for documents responsive to this Request; to the extent Defendant discovers documents responsive to this Request, Defendant will produce relevant, non-privileged documents in its possession, custody and control.

**REQUEST NO. 5:**

Produce all general liability insurance policies and product liability insurance policies held for damages caused by OPMS kratom within Louisiana.

**RESPONSE:**

Defendant objects to this Request on the grounds that it is overbroad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor to the determination of any motion made (or that could be made), or in connection with the issue of whether personal jurisdiction over Defendant exists in this action. Specifically, Defendant objects that it is not a proper defendant in this lawsuit because Defendant is incorporated in the state of Wyoming, has its principal place of business is in Wyoming, and does not maintain a registered agent for service of process in Louisiana or otherwise conduct business in Louisiana. As such, there is no personal jurisdiction over Defendant in this action. Further, Defendant states that it operates a manufacturing facility that processes industrial hemp. Defendant does not have any involvement in kratom. *See* Declaration of Mark Jennings, dated April 11, 2024. Defendant has never marketed, distributed, or sold any kratom-containing products (or any other products) to consumers, nor does Defendant sell any products to consumers and does not package or place any labels on any products.

Defendant does not believe that any responsive documents exist.

DATED: September 12, 2024

          Respectfully submitted,

        By */s/ Gwendolyn C. Payton*
         **Hayley R. Ambler**
         Louisiana Bar No. 25848
         KILPATRICK TOWNSEND & STOCKTON LLP
         1100 Peachtree Street NE, Suite 2800
         Atlanta, Georgia 30309
         Telephone: (404) 815-6080
         Facsimile: (404) 541-3268
         hambler@ktslaw.com

         **Gwendolyn C. Payton** (admitted *pro hac vice*)
         KILPATRICK TOWNSEND & STOCKTON LLP
         1420 Fifth Avenue, Suite 3700
         Seattle, Washington 98101
         Telephone: (206) 497-9600
         Facsimile: (206) 299-0414
         gpayton@ktslaw.com

         **Maeghan E. Whitehead** (admitted *pro hac vice*)
         KILPATRICK TOWNSEND & STOCKTON LLP
         2001 Ross Avenue, Suite 4400
         Dallas, Texas 75201
         Telephone: (214) 922-7138
         Facsimile: (214) 279-4456
         mewhitehead@ktslaw.com

         *Counsel for Defendants LP IND., LLC; CAG HOLDINGS, LLC; RMH HOLDINGS, INC.; MARTIAN SALES, INC.; and JOPEN, LLC.*