# EXHIBIT 41

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| AIDAN VIDRINE, INDIVUDALLY AND AS NATURAL TUTRIX OF THE MINOR CHILDREN, CARTER VIDRINE AND THOMAS VIDRINE | CIVIL ACTION NO. 6:22-0492 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KONOLABS AND WHOLE HERBS d/b/a WHOLE HERBS KRATOM | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the foregoing Motion of Voluntary Dismissal (Rec. Doc. 19),

**IT IS HEREBY ORDERED** that all claims and demands by and of Claimant, **Aidan Vidrine, Individually and as Natural Tutrix of The Minor Children, Carter Vidrine and Thomas Vidrine**, against defendants, **Konolabs and Whole Herbs d/b/a Whole Herbs Kratom, Jacob Fletcher and Shaman Supplies, LLC**, be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Shreveport, Louisiana, this 21st day of December 2023.

_____
UNITED STATES DISTRICT JUDGE