# EXHIBIT

# K




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9206.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9209.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9211.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9212.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9216.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9222.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9223.JPG




Photographer: Jonathan Smith of St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9224.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9236.JPG



Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9239.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9241.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9242.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9250.JPG




Photographer: Jonathan Smith of
St. Tammany Parish Sheriff's Office

Date Taken: 02/06/2023

Filename: IMG_9255.JPG