# EXHIBIT

# L

**St. Tammany Parish Coroner's Office**
65278 Highway 434
Lacombe, Louisiana 70445
985-781-1150 • Fax 985-781-1147

March 12, 2025

Kilpatrick Townsend & Stockton LLP
2001 Ross Ave, Suite 4400
Dallas, TX 75201

Attn.: Maeghan Whitehead

RE: Harmony Moller
DOD: 02/06/2023

Dear Ms. Whitehead:

Enclosed you will find a copy of the records you requested via subpoena duces tecum on the above referenced case. Included is a true copy of all items requested per subpoena.

Please be advised that the information enclosed is **PRIVILEGED AND CONFIDENTIAL INFORMATION** intended for the use of the addressee **ONLY**. **PLEASE DO NOT MAKE COPIES.**

If I can be of any other assistance to you, please do not hesitate to call my office.

Sincerely,

*Ana Welch*
*Case Coordinator*
*St. Tammany Parish Coroner's Office*

Enclosures

# St. Tammany Parish Coroner's Office

## INVESTIGATION FIELD REPORT

Coroner's Case / Physician / Hospice

Date: 2/6/23 CASE #: ST- 1147 - 23

Notifying Agency: STPSO Phone: ______

Time of 9-1-1 Call: ______ Time Notified: 1512 Time on Scene: 1537 Time off Scene: 1645

**DECEDENT'S NAME:** LAST: MOLLER FIRST: HARMONY M.I.: ______

Address: [redacted] City: MADISONVILL State: ______ ZIP: ______

Age: 36 DOB: [redacted] Race: W Sex: F S.S. #: ______-______-______

Marital Status: D Height: 67 Weight: 145 Military Veteran: **Yes / No**

Decedent's ID status: **Positive** (circled) or **Tentative.** Who identified decedent? Mom

How was decedent identified? VIS Admit Date to Hospital or Hospice: —

Date & Time Last Known Alive: 2/6 1300 By Whom: Mom

Date of Death: 2-6-23 Time of Death: 1540 Pronounced by: Calvin Kline

Physician signing DC: Dr. Charles Preston Phone #: ______

Decedent's Primary Care Physician: — Phone #: ______

Additional doctor(s): ______ Phone #: ______

Admit DX from H & P: ______

Medical History: SPINA BIFHADA

Surgical History: ______

Medications administered during Hospice/Hospital stay? : BIRTH CONTROL INJECTION/

______

What was Decedent's baseline physical/mental condition prior to admission to hospice/hospital or event? : ______

Did the Decedent sustain any injuries that led to current status (fracture, fall, etc.)? No

Describe injury: ______

Was the Decedent a victim of any crime that led to current status? NO

What was the chain of events leading up to the death (examples: stopped breathing; overwhelming infection, cardiac event; medical complication)? : NO

Any signs of new or old injury (Examples: cuts, bruises, broken bones)? ______

______

Signs of neglect (Examples: non-healing bed sores, filthy, etc.)? ______

Tobacco? ___ Describe: ______ Alcohol? : ___ Describe: ______

Drug/Other Substance Use? ___ Describe: POV

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

**St. Tammany Parish Coroner's Office** **Case #: ST- 1147 - 23**

Location of the death? decedent residence

Next of Kin: Kathleen Moller Relationship: Mother

Next of Kin's **MAILING** Address: Same as decedent

Next of Kin's DOB: ______ Phone #: ______ Cell #: [redacted]

Next of Kin Notified (Y) / N Time: ______ Date: 2-6-23 By Whom: ______

Personal Property: Y / N STPCO Property Safe: Y / N Property may not be released on scene!

Crime Lab: (Y) / N Tech: John Item #: ______ ***>LE to attend autopsy? (Y) / N <***

LE Contact: Brad Renniger Phone: ______ LE Agency: STPSO

Fire District # ___: Y / N ___ EMS? Y / N ______

Reporting Party: Sgt Graham Phone: ______

Investigator: ______ Funeral Home: EJ Fielding

Released: Y / (N) Transported to Morgue by: ______ Transport time: ______

STPCO Pathologist who released to Funeral home (if appropriate): ______

**Investigator's notes and observations:**

HYDROCODONE

Felt bad last night 1600-

1530- Found her started CPR

Trauma

**Abrasions = A**

**Bruises = B**

**Cuts = C**

**Lacerations = L**

**Tattoos = T**

**Fracture (s) = F**

**Rigor:** ______

**Lividity:** ______

**Decomposition:** ______

**Scene Information**

**Room Temperature:** ______

**Thermostat Setting:** ______

**Thermostat Reading:** ______

**Outdoor Temperature:** ______



A TRUE COPY

St. Tammany Parish Coroner's Office

St. Tammany Parish Coroner's Office

Case # 1147 Date 2·6·29

STPCO Investigator C. Kline #313

STPCO Investigator K. Lazo #304

Scene Address [redacted] Madisonville

Law Enforcement Agency ST PSO.

Responsible Officer/Deputy

Agency Case #

St. Tammany Parish Coroner's Office
A TRUE COPY

(985) 781-1150 Office 65278 Hwy 434 Lacombe, LA 70445 (985) 781-1148 Fax

OFFICE OF THE CORONER
ST. TAMMANY PARISH
CHRISTOPHER TAPE
65278 Hwy 434 , Lacombe, LA 70445

985-781-1150 Fax: 985-781-1148

# CORONER'S REPORT

**(pursuant to R.S. 44:19 (E)(3))**

I, Christopher Tape, CORONER FOR THE PARISH OF ST. TAMMANY, certify the following report of death:

| | |
|---|---|
| REPORTED NAME OF DECEASED: | Moller, Harmony |
| ADDRESS: | [redacted] Madisonville, LA 70447 |
| SEX: | Female |
| DATE AT BIRTH: | [redacted] |
| AGE AT DEATH: | 36 years 11 months 19 days |
| RACE: | White |
| DATE AND TIME OF DEATH: | Feb 06, 2023 at 15:40 |
| PLACE OF DEATH: | bedroom floor [redacted] Madisonville LA, 70447 |
| DATE AND TIME OF AUTOPSY: | Feb 08, 2023 at 10:45 |
| CAUSE(S) OF DEATH: | Abnormally high left coronary ostia takeoff exacerbated by mitragynine use |
| MANNER OF DEATH: | Accident |

CHRISTOPHER TAPE
CORONER, ST. TAMMANY PARISH

DATE: **March 11, 2025**

R.S. 44:19 (E)(3)

(3) A coroner's report is a document that includes the name of the decedent, address, sex, date of birth, age, and race of the decedent, date and time of death, place of death, date and time of autopsy, when applicable, and the cause and manner of death, including any scientifically contributing factors. The coroner's report is a public record, and the coroner or his designee shall release this report to the news media, any other person, the Department of Children and Family Services, when appropriate, the spouse, parent, sibling, child, grandchild, niece, nephew, aunt, or uncle of the decedent, or to the person with the right to control and authorize the interment of the decedent as provided in R.S. 8:655(A). However, nothing in this Paragraph shall authorize the release of the information set forth in this Paragraph prior to notification of the next of kin of the deceased unless no next of kin can be determined or, despite reasonable efforts by the coroner's office, no next of kin can be located. The provisions of this Paragraph shall not require the release of information in non-coroner cases, nor shall it prohibit the coroner from releasing information pursuant to R.S. 13:5713 or Children's Code Article 609 to the Department of Children and Family Services.

A TRUE COPY
St. Tammany Parish Coroner's Office

# Property/Evidence Release Form
# St. Tammany Parish Coroner's Office

| | | |
|---|---|---|
| **Name:** Harmony Moller | **Date of Birth:** [redacted] | **Date of Death:** 02/06/2023 |
| **Case number:** ST-1147-23 | **Date of Examination:** 02/08/2023 | **Pathologist:** Michael DeFatta, M.D. |
| **County of Death:** St. Tammany | | |

| **Describe items recovered:** | | **Origin:** | **Item #:** |
|---|---|---|---|
| Jewelry | Yellow metal ring with clear stone | Autopsy | STPCO |

| **RELEASED BY:** | **RELEASED TO:** |
|---|---|
| **Name:** Rebecca Howell | **Name:** Moller, Kathleen |
| | **Relationship:** Mother |
| | **Affiliation:** |
| **Date:** 02/09/2023 14:22 | **Date:** 02/09/2023 14:22 |

A TRUE COPY

St. Tammany Parish Coroner's Office

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

AFFIDAVIT OF RELATIONSHIP FOR RELEASE OF PERSONAL EFFECTS

The undersigned, being first duly sworn, depose(s) and states:

ST-1147 Moller, Harmony died on or about the 6th day of February, 2023.

No succession proceedings have been filed. No administrator or succession representative has been appointed for the decedent's estate.

Per RS 13:5717 A and RS 37:831 (67) I am the person entitled to take possession of the personal effects of the decedent for the following reason(s): (initial one block only)

______ I/we am/are the person(s) named in the decedent's Last Will and Testament as per CC 1570 et seq.

______ I am the surviving spouse of the decedent. The decedent died without a Last Will and Testament (intestate).

X [initials] I/we are the surviving adult children of the decedent. The decedent has no surviving spouse. The decedent died without a Last Will and Testament (intestate).

______ I/we are the surviving adult grandchildren of the decedent. The decedent has no surviving adult children. The decedent has no surviving spouse. The decedent died without a Last Will and Testament (intestate).

______ I/we are the surviving parents of the decedent. The decedent has no surviving adult grandchildren. The decedent has no surviving adult children. The decedent has no surviving spouse. The decedent died without a Last Will and Testament (intestate).

______ I/we are the surviving adult siblings of the decedent. The decedent has no surviving parents. The decedent has no surviving adult grandchildren. The decedent has no surviving adult children. The decedent has no surviving spouse. The decedent died without a Last Will and Testament (intestate).

______ I/we are the surviving adult persons in the next degrees of kindred as established in Civil Code Article 880 et seq. for intestacy. My/our relationship to the decedent is __________________. The decedent has no surviving adult siblings. The decedent has no surviving parents. The decedent has no surviving adult grandchildren. The decedent has no surviving adult children. The decedent has no surviving spouse. The decedent died without a Last Will and Testament (intestate).



A TRUE COPY
aw
St. Tammany Parish Coroner's Office

I/we hereby affirm and swear that the foregoing is the truth to the best of my/our knowledge, information and belief. I/we agree to indemnify and hold harmless the Coroner of St. Tammany Parish, the St. Tammany Parish Coroner's Office, its agents, servants, employees, managers, contractors, subcontractors, assigns, insurers, successors, and all other persons, entities, firms, underwriters, companies, organizations, or corporations against any and all liability for their reliance upon this affidavit for any reason whatsoever.

| | |
|---|---|
| x Kathleen Moller | |
| Signature of Affiant | Signature of Affiant |
| KATHLEEN MOLLER | |
| Printed name | Printed name |
| [redacted] | |
| Address | Address |
| Madisonville LA 70447 | |
| City, State, Zip code | City, State, Zip code |

Sworn to and subscribed before me this 9th day of February, 2023.

[signature]
NOTARY PUBLIC




A TRUE COPY
St. Tammany Parish Coroner's Office

# Property/Evidence Log

| | | |
|---|---|---|
| **Name:** Harmony Moller | **Date of Birth:** [redacted] | **Date of Death:** 02/06/2023 |
| **Case number:** ST-1147-23 | **Date of Examination:** 02/08/2023 | **Pathologist:** Michael DeFatta, M.D. |
| **County of Death:** St. Tammany | | |

| Describe items recovered | | Origin | Status | DNR | Item # |
|---|---|---|---|---|---|
| Jewelry | Yellow metal ring with clear stone | Autopsy | Releasable | | STPCO |

Released by: Morgan Bossier
2/8/23 @1208

Released to: Catlalic Snell
2/8/23 1208

A TRUE COPY
St. Tammany Parish Coroner's Office

## Jesse E Edwards Registry of Cardiovascular Disease

333 North Smith Avenue / Room 4625
St Paul, MN 55102
Phone: 651-241-5568
FAX: 651-241-7114

| | | | |
|---|---|---|---|
| **Major Class:** | 800 | **Registry Number:** | **D-23-213** |
| **Minor Class:** | 091 445 | **Date Acquired:** | 02/10/2023 |
| **Specimen Category:** | H | | |
| **Photo:** | Yes | | |
| **First Name:** | **Harmony** | **Last Name:** | **Moller** |
| **Age:** | 36 Years | **Sex:** | Female |
| **Referral Agency:** | LifeNet | | |
| **Address:** | 5733 Bayside Road Virginia Beach, VA 23455 | | |
| **Referral Number:** | LifeNet 2311242 | **Case Number:** | LA Organ Procurement Agency 2302-0334 |

**DIAGNOSES:**

I. Post valve recovery donor heart:

   A. Pulmonic valve and majority of left atrium previously removed.

II. Cardiac findings:

   A. High origin of left coronary artery.

      1. Left coronary artery arises 5 mm above the left sinotubular ridge with inferior aortic wall flap.

   B. Cardiomegaly (heart weight 421 grams; normal heart weight reference range for body height 173-411 grams and for body weight 191-411 grams) with mild biventricular hypertrophy.

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

# POSTMORTEM FORENSIC MEDICAL EXAMINATION REPORT
## St. Tammany Parish Coroner's Office

**Harmony Moller** **ST-1147-23**
**36WF**
**Date of Autopsy: 02/08/2023 at 10:45 A.M.**

**FINAL DIAGNOSIS:**
1.0 Abnormally high left coronary ostia takeoff exacerbated by mitragynine use
2.0 Pulmonary edema and congestion
3.0 Chronic passive congestion of liver
4.0 Mild nephrosclerosis

**CAUSE OF DEATH:** Abnormally high left coronary ostia takeoff exacerbated by mitragynine use

**MANNER OF DEATH:** Accident

### EXTERNAL DESCRIPTION

The body bag is sealed with a tag labeled "136846". The body is received nude from LOPA. Clothing is noted in a plastic bag within the body bag. Property removed from the decedent consists of two yellow metal rings with a clear stone from the right hand.

The body is that of a well-developed, well-nourished, 68" white female whose appearance is consistent with the given age of 36 years. The weight of the body is 152 pounds. The scalp is covered with long, brown hair. There is marked rigidity in the extremities. Lividity is noted on the posterior surfaces of the body. There are no noticeable tattoos or scars. The corneas have been harvested prior to autopsy. The ears and nose are patent and unremarkable. The teeth are natural and in good condition. The lips and anterior oral mucosa are free of trauma. The chest is sunken and the abdomen is flat. The back is straight. The upper and lower extremities are present.

**Evidence of Therapy:**
There is a curvilinear sutured incision on the chest. There are sutured incisions down the insides of both legs consistent with long bone and heart valve recovery. An endotracheal tube is in the mouth and correctly placed in the trachea. A venipuncture mark is in the right anterior neck. There is a sutured defect on the posterior left leg.

**Evidence of Injury:** None

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

## INTERNAL EXAMINATION

Examination of the body cavities reveals minimal amounts of fluid in the pleural and abdominal cavities. The pericardial sac is open.

**Neck Organs:** The tongue, hyoid bone, thyroid gland, thyroid cartilage, larynx, and muscles of the anterior neck have no evidence of disease or injury.

**Heart and Great Vessels:** Not present.

**Lungs:** The 720 gram right lung and 480 gram left lung have marked subpleural anthracotic pigmentation. The pulmonary vessels are patent and no emboli are present. The bronchi contain blood. Pulmonary cut surfaces demonstrate hemorrhage, congestion, and edema. There is no evidence of tumor, inflammatory consolidation, or granulomatous disease.

**Liver and Gallbladder:** The 1940 gram liver has a smooth, glistening, intact capsule. The gallbladder contains dark, green bile and is free of stones. The lymph nodes at the porta hepatis are not enlarged. The cut hepatic surfaces contain dark brown and light tan areas, along with areas of a nutmeg pattern consistent with chronic passive congestion.

**Spleen:** The 150 gram spleen has a smooth, glistening, intact, thin, slate gray-purple capsule. The dark maroon, granular cut surfaces do not have a prominent follicular or trabecular architecture.

**Adrenals:** The adrenals are symmetrical and have unremarkable external and cut features.

**Pancreas:** The pancreas lies in its normal retroperitoneal location and on cut surface demonstrates a normal lobulated parenchyma.

**Kidneys:** The 130 gram right kidney and the 170 gram left kidney have granular subcapsular surfaces. The cut surfaces are dark, red-brown with normal corticomedullary ratios and clearly defined demarcations. The ureters are thin-walled and not dilated. The bladder contains clear, yellow urine.

**Gastrointestinal Tract:** The small and large bowels follow their normal anatomic course and are unremarkable along their serosal surfaces. The appendix is present. The stomach contains an estimated 25 cc of brown fluid material. The mucosa of the duodenum, esophagus, and stomach is unremarkable.

**Musculoskeletal:** The sternal plate has been removed secondary to LOPA recovery. There are no fractures of the clavicles, ribs, or vertebral column. The subcutaneous tissues of the chest and abdomen are free of hemorrhage and trauma.

**Reproductive Organs:** The uterus, fallopian tubes, and ovaries are present and grossly unremarkable externally and on cut surfaces. There is no evidence of intrauterine pregnancy.

A TRUE COPY
St. Tammany Parish Coroner's Office

**Brain:** The scalp and underlying subcutaneous tissues are free of any areas of hemorrhage or trauma. The cerebrospinal fluid surrounding the 1230 gram brain is clear, colorless, and normal in quantity. The vessels at the base of the brain show minimal degrees of atherosclerotic narrowing. The cerebral hemispheres are symmetrical and have unremarkable external surfaces. Cut surfaces of the cerebrum, midbrain, pons, cerebellum, medulla, and medulla oblongata are unremarkable. After stripping the dura, there are no underlying skull fractures.

**Specimens for Laboratory Studies:** Blood, vitreous, urine, and liver specimens are retained for drug and alcohol screen.

Michael DeFatta MD

**Michael DeFatta, M.D., Forensic Pathologist**

6-6-23

**Date**



A TRUE COPY
aw
St. Tammany Parish Coroner's Office

Case # ST-1147-23 Name Harmony Moller

Age/Sex/Race 36WF Height ______ Weight 152




A TRUE COPY
St. Tammany Parish Coroner's Office

NMS LABS

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

**Report Issued** 02/24/2023 12:06

**To:** **147883**
St. Tammany Parish Coroner (LDH OSP)
Attn: Ana Welch
65278 Hwy 434
Lacombe, LA 70445

**Patient Name** Moller, Harmony
**Patient ID** 230206-995
**Chain** 230206-995
**DOB** [redacted]
**Sex** Female
**Workorder** 23055002



## Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| Caffeine | Presump Pos | mcg/mL | 001 - Femoral Blood |
| Naloxone | Presump Pos | ng/mL | 001 - Femoral Blood |
| Delta-9 Carboxy THC | 10 | ng/mL | 001 - Femoral Blood |
| Delta-9 THC | 8.6 | ng/mL | 001 - Femoral Blood |
| Diphenhydramine | 64 | ng/mL | 001 - Femoral Blood |
| Promethazine | 18 | ng/mL | 001 - Femoral Blood |
| Mitragynine | 150 | ng/mL | 001 - Femoral Blood |
| Creatinine (Vitreous Fluid) | 0.864 | mg/dL | 003 - Vitreous Fluid |
| Sodium (Vitreous Fluid) | 142 | mmol/L | 003 - Vitreous Fluid |
| Potassium (Vitreous Fluid) | 7.47 | mmol/L | 003 - Vitreous Fluid |
| Chloride (Vitreous Fluid) | 118 | mmol/L | 003 - Vitreous Fluid |
| Glucose (Vitreous Fluid) | 18.2 | mg/dL | 003 - Vitreous Fluid |
| Urea Nitrogen (Vitreous Fluid) | 17.2 | mg/dL | 003 - Vitreous Fluid |

See Detailed Findings section for additional information

Agency Case Number: ST-1147-23

## Testing Requested:

| Test | Test Name |
|---|---|
| 1919FL | Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) |
| 8042B | Postmortem, Expanded w/Vitreous Alcohol Confirmation, Blood (Forensic) |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Stopper Plastic Tube | 3 mL | 02/07/2023 11:39 | Femoral Blood | MOLLER, H. |
| 002 | Gray Stopper Plastic Tube | 3 mL | 02/07/2023 11:39 | Femoral Blood | MOLLER, H. |
| 003 | Red Stopper Plastic Tube | 1.75 mL | 02/07/2023 11:39 | Vitreous Fluid | HARMONY MOLLER |
| 004 | Red Stopper Plastic Tube | 1.75 mL | 02/07/2023 11:39 | Vitreous Fluid | HARMONY MOLLER |
| 005 | Red Stopper Plastic Tube | 2 mL | 02/07/2023 11:39 | Vitreous Fluid | KENNETH STEGALL |
| 006 | Red Stopper Plastic Tube | 1.25 mL | 02/07/2023 11:39 | Vitreous Fluid | KENNETH STEGALL |
| 007 | White Cap Plastic Container | 13.2 g | 02/07/2023 11:39 | Liver Tissue | 230206-995 |

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

005 2005

All sample volumes/weights are approximations.
Specimens received on 02/10/2023.

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Caffeine | Presump Pos | mcg/mL | 0.20 | 001 - Femoral Blood | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Naloxone | Presump Pos | ng/mL | 1.0 | 001 - Femoral Blood | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Delta-9 Carboxy THC | 10 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Delta-9 THC | 8.6 | ng/mL | 0.50 | 001 - Femoral Blood | LC-MS/MS |
| Diphenhydramine | 64 | ng/mL | 50 | 001 - Femoral Blood | LC-MS/MS |
| Promethazine | 18 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Substance(s) known to interfere with the identity and/or quantity of the reported result: Promazine; Chlorpromazine | | | | | |
| Mitragynine | 150 | ng/mL | 50 | 001 - Femoral Blood | LC-MS/MS |
| Creatinine (Vitreous Fluid) | 0.864 | mg/dL | 0.500 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Sodium (Vitreous Fluid) | 142 | mmol/L | 50.0 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Potassium (Vitreous Fluid) | 7.47 | mmol/L | 1.00 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Chloride (Vitreous Fluid) | 118 | mmol/L | 50.0 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Glucose (Vitreous Fluid) | 18.2 | mg/dL | 10.0 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Urea Nitrogen (Vitreous Fluid) | 17.2 | mg/dL | 2.00 | 003 - Vitreous Fluid | Chemistry Analyzer |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. Chloride (Vitreous Fluid) (Cl-) - Vitreous Fluid:

   Normal: 105 - 135 mmol/L

2. Creatinine (Vitreous Fluid) - Vitreous Fluid:

   Normal: 0.6 - 1.3 mg/dL

3. Delta-9 Carboxy THC (Inactive Metabolite) - Femoral Blood:

   Delta-9 THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9 carboxy THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10-101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

**Reference Comments:**

4. Delta-9 THC (Active Ingredient of Marijuana) - Femoral Blood:

   Delta-9 THC is the principle psychoactive ingredient of marijuana (cannabis, hashish). It is also the active component of the prescription medication Marinol®. Marijuana use causes relaxation, distorted perception, euphoria and feelings of well being, along with confusion, dizziness, somnolence, ataxia, speech difficulties, lethargy and muscular weakness.

   After smoking a user-preferred 300 mcg/kg dose average plasma THC concentrations at 35 minutes were reported at 16.1 (range 4.7-30.9) ng/mL, and had declined to 1.5 (range 0.4-3.2) ng/mL after 190 minutes. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50-270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs. Whole blood THC concentrations are typically half those in a corresponding plasma sample.

5. Diphenhydramine (Benadryl®; Ingredient of Benylin and Panadol; Nytol; Unisom) - Femoral Blood:

   Diphenhydramine is an antihistamine with sedative and anti-emetic effects. It is rapidly absorbed following oral administration; however, it is frequently given IV. Patients taking this medication are usually warned against the operation of complicated machinery, because of its strong sedative effects.
   Following a single 50 mg oral dose of diphenhydramine, peak plasma concentrations at 2.3 hr averaged 66 ng/mL.
   Signs and symptoms of acute diphenhydramine toxicity include tremor, seizures, fever, respiratory depression and cardiac arrhythmias. The average blood diphenhydramine concentrations reported in fatal overdoses were 1400 ng/mL in infants, 4400 ng/mL in children and 15000 ng/mL in adults.
   The blood to plasma concentration ratio for diphenhydramine is approximately 0.80.

6. Glucose (Vitreous Fluid) ($C_6H_{12}O_6$; D-glucose (biologically active); Dextrose; L-glucose) - Vitreous Fluid:

   Normal: <200 mg/dL

   Postmortem vitreous glucose concentrations >200 mg/dL are associated with hyperglycemia.

   Since postmortem vitreous glucose concentrations decline rapidly after death both in vivo and in vitro, care should be taken in the interpretation of results. Stability of vitreous glucose for up to 30 days has been noted by NMS Labs when specimens are maintained frozen (-20C).

7. Mitragynine (Kratom) - Femoral Blood:

   Mitragynine is an alkaloid found in the plant Kratom which originates from Asia and is considered an atypical opioid agonist. The leaves of the plant are traditionally chewed or brewed into a tea, however, Kratom powders and leaf extracts are also sold and may be subject to abuse. The effects of Kratom are dose dependent, with lower doses resulting in stimulant-type effects and higher doses resulting in opioid-type effects. Reported adverse effects include seizures, psychosis, and liver toxicity.

   Over a 27 month-period, mitragynine was reported in 1001 blood specimens submitted during the course of medicolegal investigations; concentrations ranged from 5.6-29,000 ng/mL. In three cases which ruled mitragynine as the sole drug in the cause of death, postmortem peripheral blood concentrations ranged from 1590-3420 ng/mL.

8. Potassium (Vitreous Fluid) (K+) - Vitreous Fluid:

   Normal: <15 mmol/L
   Quantitative results for Potassium will be affected if performed on gray top tubes since these collection tubes contain potassium oxalate.

A TRUE COPY
St. Tammany Parish Coroner's Office

**Reference Comments:**

9. Promethazine (Phenergan®) - Femoral Blood:

   Promethazine is an ethylamino-derivative of phenothiazine used for its antihistaminic, antiemetic, and sedative effects. It generally produces CNS depression at the usual therapeutic range; however, promethazine also can produce CNS stimulation or it may be added to other substances and used in the treatment of allergies and management of motion sickness. Oral doses usually range from 25 to 150 mg per day.

   Following a single 50 mg oral administration of promethazine in 20 younger men, the average peak serum concentration of 29 ng/mL (range 6-99) occurred at 3.3 hours. Promethazine has a blood / plasma ratio of 0.6-0.7.

   Postmortem blood concentrations of promethazine in fatalities due to promethazine overdose were reported to be between 1800 and 12000 ng/mL. Promethazine may exhibit postmortem redistribution.

10. Sodium (Vitreous Fluid) (Na+) - Vitreous Fluid:

    Normal: 135 - 150 mmol/L
    Quantitative results for sodium will be affected if performed on gray top tubes since these collection tubes contain sodium fluoride.

11. Urea Nitrogen (Vitreous Fluid) (Carbamide; carbonyl diamide; carbonyldiamine) - Vitreous Fluid:

    Normal: 8 - 20 mg/dL

**Sample Comments:**

001 Physician/Pathologist Name: Michael DeFatta, M.D.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 23055002 was electronically signed on 02/24/2023 11:57 by:

Andrea Carolina Noble, Ph.D.
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 1919FL - Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) - Vitreous Fluid

-Analysis by Chemistry Analyzer for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Chloride (Vitreous Fluid) | 50.0 mmol/L | Potassium (Vitreous Fluid) | 1.00 mmol/L |
| Creatinine (Vitreous Fluid) | 0.500 mg/dL | Sodium (Vitreous Fluid) | 50.0 mmol/L |
| Glucose (Vitreous Fluid) | 10.0 mg/dL | Urea Nitrogen (Vitreous Fluid) | 2.00 mg/dL |

Test 52198B - Cannabinoids Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

A TRUE COPY
St. Tammany Parish Coroner's Office

NMS LABS

CONFIDENTIAL

| | |
|---|---|
| Workorder | 23055002 |
| Chain | 230206-995 |
| Patient ID | 230206-995 |



## Analysis Summary and Reporting Limits:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Test 52441B - Diphenhydramine Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Diphenhydramine | 50 ng/mL | | |

Test 52456B - Promethazine Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Promethazine | 5.0 ng/mL | | |

Test 52495B - Mitragynine Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Mitragynine | 50 ng/mL | | |

Test 8042B - Postmortem, Expanded w/Vitreous Alcohol Confirmation, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 10 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotics, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

A TRUE COPY

St. Tammany Parish Coroner's Office

SCANNED

UCSF Clinical Toxicology
and Environmental Biomonitoring Laboratory

SAMPLE ANALYSIS REPORT

UCSF Mt Zion Cancer
Research Building
2340 Sutter St.
Room S-271
San Francisco, CA 94115
Tel #: (415) 502-1446

**Date:** 04/18/2023
**Date Samples Submitted:** 04/14/2023
**DEA Sample ID:** DEA-2023-1183
**Contract: Samples Analyzed for the Drug Enforcement Administration (DEA) (contract #: 15DDHQ19F0000086)**
**Sample Origin:** St. Tammany Parrish Coroner, Lacombe, LA
**Testing Requested:** Comprehensive Drug Analysis
**Analytical Platform:** LC-Quadrupole Time-of-Flight Mass Spectrometer (Agilent LC1260- QTOF/MS 6550)

**Findings:**

| Sample ID | Sample | Date | Confirmed Drug (ng/mL) |
|---|---|---|---|
| 230207-LA-70445-001-WB1 | Whole Blood | 02/07/23 | 1. Mitragynine (158)<br>2. 7-OH Mitragynine* (0.8**)<br>3. Diphenhydramine<br>4. Naloxone<br>5. Promethazine |

**NOTES:**

1. *7-OH mitragynine is an expected metabolite of mitragynine.
2. **Value was below the lower limit of quantification of 3ng/mL and equal to the limit of detection for the analysis.
3. Drug libraries used in analysis:
   Comprehensive Drug Library consisting of 912 New Psychoactive Substances, 161 Traditional Illicit Drugs, 27 Dietary Supplement Stimulants, and 93 Prescription Drugs or Over-the-Counter Drugs

**Analyst:**

Ross R Ellison

Ross Ellison,
Staff Research Associate

**Principal Investigator:**

Roy Gerona, Ph.D.

A TRUE COPY
aw ST-1147-23
St. Tammany Parish Coroner's Office
Harmony Moller

## REMARKS

**Case: D-23-213**
Name: Harmony Moller
Age/Sex: 36 years old/Female
Reported donor height: 67 in.
Reported donor weight: 152 lbs.
BMI: 23.6

## GROSS DESCRIPTION

The weight of the post valve recovery donor heart is 421 grams. This includes the separately submitted aortic valve with aortic arch but is without the pulmonic valve and the majority of the left atrium. The extrapolated intact heart weight is essentially the same subtracting the weight of the aortic arch and adding the weight of the pulmonary valve. The normal heart weight reference range for body height is 173-411 grams and for body weight is 191-411 grams; therefore, the heart is enlarged. From external features, there is mild biventricular enlargement. The epicardial surfaces are smooth and glistening.

The superior vena cava, inferior vena cava and coronary sinus connect normally to a normally formed right atrium. The right atrial appendage is normal and without thrombi. The atrial septum has previously been removed and patency of the foramen ovale cannot be determined.

The tricuspid valve leaflets are normally formed. The right ventricle is mildly dilated and hypertrophic; compact myocardium at the mid posterior wall is 5 mm in thickness. The myocardium is firm, brown and without gross lesions.

The pulmonary valve has previously been removed. The processing sheet reports a tricuspid pulmonic valve with fenestrations in the left cusp.

Essentially no left atrium remains. The left atrial appendage is not present for evaluation.

The mitral valve is normally formed. Chordae tendineae are normal and insert into two normally formed and positioned papillary muscles. The left ventricle is mildly dilated and hypertrophic; compact myocardium at the mid lateral wall is 15 mm in thickness. Thickness of the ventricular septum is 17 mm. The myocardium is firm, brown and without gross lesions.

The aortic valve is received separately and includes a mildly fibrotically thickened anterior leaflet of the mitral valve The aortic valve is tricuspid. There is partial fusion of the commissure between the right and noncoronary cusps. There are fibrous nodules on the free edge of each cusp. The ascending aorta and aortic arch have a few scattered atherosclerotic plaques. The right coronary artery arises normally from the right sinus of Valsalva. The left coronary artery arises 5 mm above the left sinotubular ridge with an acute angle of origin. There is an inferior aortic wall flap over the origin of the left coronary artery.

A TRUE COPY
St. Tammany Parish Coroner's Office

The coronary arterial distribution is right dominant. Serial cross sections of the coronary arteries reveal no significant narrowing by atherosclerotic disease or other abnormalities.

## MICROSCOPIC DESCRIPTION

Mitral valve, posterior, right ventricle, posterior wall and conduction system (MPost/ RVP/ AV): Mitral valve is unremarkable. Atrial and ventricular myocytes are hypertrophic. There is a mild increase in ventricular interstitial and perivascular fibrosis. Epicardial artery has mild intimal thickening without significant luminal narrowing.

Section from the posterior wall of the right ventricle has occasional hypertrophic myocytes.

Section from the region of the conduction system has normal AV node. Ventricular septal myocytes are hypertrophic.

Ventricular septum, third slice and left ventricle, third slice, lateral wall (3S/ 3L): Section of ventricular septum has normal arrangement of myocytes within the compact myocardium. Myocytes are hypertrophic and there are scattered hypereosinophilic myocytes.

Section from the lateral wall of the left ventricle has hypertrophic myocytes. There is medial hypertrophy of subendocardial arteries and a mild increase in interstitial and perivascular fibrosis. There are scattered hypereosinophilic myocytes.

Left ventricle, third slice, anterior wall and left ventricle, third slice, posterior wall (3A, notch/ 3P): Section from the anterior wall of the left ventricle has hypertrophic myocytes and a mild increase in subendocardial interstitial and perivascular fibrosis. There are scattered hypereosinophilic myocytes.

Section from the posterior wall of the left ventricle has hypertrophic myocytes and scattered hypereosinophilic myocytes. Subendocardial arteries have medial hypertrophy and there is a mild increase in interstitial and perivascular fibrosis.

The diffuse distribution of hypereosinophilic myocytes is consistent with global myocardial hypoperfusion.

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

**PHOTOGRAPH**
**High origin, left coronary artery**



Shannon M. Mackey-Bojack, MD
Electronically signed February 15, 2023
SMB/rh

Donor Case # D-23-213

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

**St. Tammany Parish Coroner's Office**
65278 Hwy 434
Lacombe, Louisiana 70445
985-781-1150 • Fax: 985-781-1148

June 14, 2023

Ms. Kathleen Moller
127 Lousiana 22
Madisonville, LA 70447

RE: Harmony Moller
DOD: 02/06/2023

Dear Ms. Moller:

Enclosed you will find a copy of the records you requested on the above referenced case. Included is a certified copy of the autopsy report and the toxicology report.

Please be advised that the information enclosed is for **PERSONAL USE ONLY** and not intended for legal and/or insurance purposes.

Again, please allow this office to express our sincere condolences to you and your family members for this loss.

If I can be of any other assistance to you, please do not hesitate to call my office.

Sincerely,

Ana Welch

*Ana Welch*
*Case Coordinator*
*St. Tammany Parish Coroner's Office*

Enclosures

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

**Ana Welch**

| | |
|---|---|
| **From:** | kat Moller <[redacted]> |
| **Sent:** | Friday, March 17, 2023 4:12 PM |
| **To:** | Ana Welch |
| **Subject:** | Request records: H.Moller |
| **Attachments:** | 20230317_160258.jpg |

My name is Kathleen Moller. My daughter was Harmony Anne Moller. She passed away Feb 6, 2023.
I'm requesting a copy of her autopsy and the toxicology report with cause of death.
My phone # [redacted]
My ID is attached to this email.
It has been awhile and it is upsetting not to know what happened to her.
Thanks
K.Moller and family.



A TRUE COPY
St. Tammany Parish Coroner's Office




A TRUE COPY

St. Tammany Parish Coroner's Off

**St. Tammany Parish Coroner's Office**
65278 Hwy 434
Lacombe, Louisiana 70445
985-781-1150 • Fax: 985-781-1148

June 14, 2023

Southern Eye Bank, Inc.
2701 Kingman Street, Suite 200
Metairie, LA 70006

Attn.: Jennifer Babineaux
Administrative Assistant

RE: Harmony Moller
DOD: 02/06/2023

Dear Ms. Babineaux:

Enclosed you will find a copy of the records you requested on the above referenced case. Included is a certified copy of the Autopsy report and the Toxicology report.

Please be advised that the information enclosed is PRIVILEGED AND CONFIDENTIAL INFORMATION intended for the use of the addressee ONLY. PLEASE DO NOT MAKE COPIES.

If I can be of any other assistance to you, please do not hesitate to call my office.

Sincerely,

Ana Welch

*Ana Welch*
*Case Coordinator*
*St. Tammany Parish Coroner's Office*

Enclosures

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

SOUTHERN EYE BANK
An Advancing Sight Network Member

2701 Kingman St., Ste 200
Metairie, LA 70006
(504) 891-3937
www.southerneyebank.org

February 27, 2023

St. Tammany Parish Coroner's Office
Dr. Charles Preston
65278 Highway 434
Lacombe, LA 70445

Dear Dr. Preston:

In order to complete our file concerning the following eye donor, Southern Eye Bank is in need of the following autopsy report:

Name: **Harmony Moller**
Age: **36**
Date/time of Death: **February 6, 2023/1300**
Location of Death: **St. Tammany Parish Coroner's Office**
Medical Record: **N/A**

If you have any questions, please feel free to call me. Thank you for your cooperation.

Sincerely,

*Jennifer Babineaux*

Jennifer Babineaux
Chief Administrative Officer

Enclosure: copy of signed consent form

SEB# [redacted]

***** NOTE: The autopsy report needs to be received as soon as possible. If your office did not perform the autopsy or if it is not available at this time, please let me know. Thank you.**

A TRUE COPY
St. Tammany Parish Coroner's Office

## SOUTHERN EYE BANK
## DONOR INFORMATION

Donor Name: Harmony Moller

Original Donor Location / Unit: St. Tammany Parish Coroner's Office — Coroner

Consent was verified and found to be valid ⦿ Yes ○ No

Date & Time verified: 02/07/2023 @ 0935

Age: 36 Race: White: Not Specified/Unknown Sex: Female Date of Birth: [redacted] ☐ MR# ☒ N/A

## MEDICAL RECORD INFORMATION

Medical records were reviewed and copied in accordance to the SEB policy and procedure E1.050: ⦿ Yes ○ No

Date & Time of Arrival/Triage: 02/06/2023 @ 1500

Date & Time of Death: 02/06/2023 @ 1300 ○ Cardiac ○ Cross Clamp ⦿ LSA

Primary Cause of Death: Chronic Congestion of Liver (Pending Tox &

Secondary Cause of Death: N/A

Attending Physician: N/A

Pronouncing Physician: Inv. Calvin Kline for Dr. Charles Preston

Do any of the following conditions apply? ○ Yes ⦿ No If yes, Place an "X" in the blank beside EACH relevant item.

- ☐ Death of Unknown Cause
- ☐ Active Septicemia
- ☐ Active Endocarditis
- ☐ History of Viral Hepatitis
- ☐ Active Leukemia
- ☐ Lymphoma
- ☐ Multiple Myeloma
- ☐ HIV/AIDS and Risk Groups
- ☐ Active Syphilis
- ☐ Smallpox Vaccination in last six weeks
- ☐ Rabies within the past six months
- ☐ Documented Dementia
- ☐ Reye's Syndrome within the last three months
- ☐ Congenital Rubella
- ☐ Subacute Sclerosing Panencephalitis
- ☐ Progressive Multifocal Leukoencephalopathy
- ☐ Active viral Encephalitis, encephalitis of unknown origin, or progressive encephalopathy
- ☐ Death from neurologic disease of unestablished diagnosis or etiology
- ☐ Human Pituitary Growth hormone
- ☐ Any form of Creutzfeldt-Jakob Disease or a Blood relative with CJD
- ☐ Xenotransplant Allograft

Comments:

## SUPPLIES

☒ Prior to the surgical removal of eye tissue, the recovery site was adequate or was made adequate per SEB policy and procedure E1.050

| | | |
|---|---|---|
| SEBCham | X1585 | 3/11/2023 |
| SEBCham | X1585 | 3/11/2023 |
| SEBInsitu | 2237491007 | 8/31/2024 |
| POVDROPS | 2B050PI | 2/17/2023 |
| SEBDoPrep | 22105485864 | 3/1/2023 |
| TRILT7.0 | 2027116770-2 | 1/28/2025 |
| TRILT7.0 | 2027116770-2 | 1/28/2025 |
| K2EDTA | 1288707 | 3/31/2023 |
| SSTTUBE | 2159203 | 5/31/2023 |
| HANDSCRUB | 442383 | 6/30/2023 |
| Optisol-GS | 2229-006 | 10/6/2024 |
| Optisol-GS | 2229-006 | 10/6/2024 |
| REDTOP | 1158452 | 6/30/2023 |
| REDTOP | 1158452 | 6/30/2023 |
| 10ccSyring | 211002 | 9/2/2026 |

☒ Manufacturer's lot numbers and expiration dates were verified, documented and found acceptable for use on critical supplies and the documentation from the Non-Sterile Supply Pack, Sterile Excision and/or Sterile Enucleation Supplemental Pack have been provided for tracking purposes in accordance to the SEB policy and procedure E1.050.

*Intent for tissue: Transplant* Donor#: [redacted]

A TRUE COPY
St. Tammany Parish Coroner's Office

## PRE-RECOVERY PREPARATION

Before approaching the donor, was all personal protective equipment donned in accordance to the SEB policy and procedure E1.050: ⊙ Yes ○ No

Verified the name of the donor in accordance with the EBAA Medical Standards D1.000: ⊙ Yes ○ No

Manner of Identification (Check all that apply)

☒ Wrist Band ☒ Ankle Band ☒ Toe Tag ☐ Other (Name: N/A Title: N/A ) Time:

## PENLIGHT EXAMINATION

Designate, Ocular Tissue Procured: ○ OD ○ OS ⊙ Both

| OD | OS |
|---|---|
| Cornea: ⊙ Normal ○ Abnormal | Cornea: ⊙ Normal ○ Abnormal |
| Conjunctiva: ☐ Normal ☐ Bloodshot ☒ Edema ☐ Pterygium | Conjunctiva: ☐ Normal ☐ Bloodshot ☒ Edema ☐ Pterygium |
| Sclera: ☒ Normal ☐ Jaundice ☐ Petechiae | Sclera: ☒ Normal ☐ Jaundice ☐ Petechiae |
| Lens: ⊙ Phakic (Natural) ○ Pseudophakic (IOL) ○ Aphakic | Lens: ⊙ Phakic (Natural) ○ Pseudophakic (IOL) ○ Aphakic |
| Please document any additional findings below: *Comments:* Mild Exposure | Please document any additional findings below: *Comments:* Mild Exposure |

## SPECIMEN COLLECTION INFORMATION

A blood specimen was collected: ⊙ Yes ○ No If Yes, Number of Tubes 2 If No, Comment: N/A

☒ Pre-Transfusion / Infusion Specimen ☐ Pre / Post Mortem Specimen: Date /Time 2/7/2023 @ 1030 ☐ N/A

Donor's weight: 152 ⊙ lbs ○ Kg Verified via: ⊙ Medical Records ○ Physical Assessment ○ ADFS

## PHYSICAL ASSESSMENT

High Risk Assessment

○ Yes ⊙ No Tattoo(s)

⊙ Yes ○ No Piercing(s) *If Yes:* ☒ Professional in appearance Bilateral ear piercing x2
☐ Non-professional in appearance

○ Yes ⊙ No Non-medical injection sites *(IV needle/track marks)*
○ Yes ⊙ No Physical evidence for risk of, or evidence of syphilis *(e.g. chancre, reddish-brown rash with individual lesions of unknown etiology.)*
○ Yes ○ No Male donors, physical evidence of anal intercourse or perianal condyloma.
☒ N/A- Female donor
○ Yes ⊙ No Physical evidence of any sexually transmitted diseases *(e.g. genital ulcerative disease, herpes simplex, chancroid, etc.. these signs should be considered in light of other information obtained about the donor.)*
○ Yes ⊙ No Unexplained lymphadenopathy (enlarged lymph nodes)
○ Yes ⊙ No Unexplained oral thrush
○ Yes ⊙ No Blue or purple spots on the skin or mucous membranes typical of Kaposi's sarcoma
○ Yes ⊙ No Unexplained jaundice (icterus)
○ Yes ⊙ No Unexplained hepatomegaly (enlarged liver)
○ Yes ⊙ No Physical signs of sepsis (an unexplained general rash)
○ Yes ⊙ No Recent evidence of Smallpox vaccination (e.g. vaccination scab, eczema vaccinatum, vesicular rash or vaccinia necrosum)

*If yes, explain:* N/A

○ Yes ⊙ No Were there any items of value located on or around the donor? If Yes, describe item and how it was secured:
N/A

*I have performed a complete anterior and posterior physical assessment of this donor; and, to the best of my ability, have found the donor to be for donation prior to recovery based on the physical assessment findings, in accordance of the EBAA Medical Standards D1.000 and the FDA regulations 1271.75* ⊙ Eligible ○ Ineligible

A TRUE COPY

*Intent for tissue: Transplant* Donor# [redacted]

Revised: July 9, 2018
*Printed on 2/8/2023 at 13:26*

St. Tammany Parish Coroner's Office

## RECOVERY PROCEDURE

The ocular prep and surgical scrub was performed in accordance to the SEB policy and procedure E1.050: ⊙ Yes ○ No

Procedure Type: OD: In-situ OS: In-situ Date & Time of Procedure 02/07/2023 @ 1050 (☐ N/A )

Location of Procedure / Unit: LOPA Suite / Prep Room

Date & Time Ocular Cooling Began 02/06/23 @ 1720 N/A ☐ Method of ocular cooling ○ Ocular Prep ⊙ Cool Storage

The recovery procedure was performed in accordance to the SEB policy and procedure E1.100 / E1.120: ⊙ Yes ○ No

Funeral Home ☒ N/A Funeral Home City ☒ N/A

## DEPARTURES

Were there any Departures from the Southern Eye Bank's Standard Operating Procedures? ○ Yes ⊙ No *If Yes, describe below:*

N/A

## OPO INFORMATION

Was consent provided for Organ donation? ○ Yes ⊙ No Were Organs recovered? ○ Yes ⊙ No

Was consent provided for Tissue donation? ⊙ Yes ○ No Were Tissues recovered (or is tissue recovery anticipated)? ⊙ Yes ○ No

OPO Donor # 2302-0334, T23-0067, 2311242 OPO Blood Specimen draw: (☒ N/A ) Date /Time @

## POST MORTEM PATHOLOGY

Has an Autopsy been requested? ⊙ Yes ○ No *If Yes, Where?* St. Tammany PCO Phone Number 985-781-1150

*Medical Examiner Case?* ⊙ Yes ○ No *ME#* ST-1147-23

*If Yes, Permission for recovery was given by* Claudia Hoover Date/Time (☐ N/A ) 2/7/23 @ 0830

*Was Vitreous drawn per SEB policy?* ⊙ Yes ○ No *Was Autopsy declined due to a perceived risk of communicable disease?* ○ Yes ⊙ No

## POST-RECOVERY INFORMATION

*Elevated head / upper body:* ⊙ Yes ○ No *Embalmer Alert Tag left with body* ⊙ Yes ○ No

*By electronically signing below, I attest that the above statements are true and accurate to the best of my ability.*

*Recovery Performed By:* Cindy Tucker 02/07/2023 13:39

*Signature* *Date / Time*

*A PDF file copy of the original Recovery Form over this electronic signature has been saved to the case record. The final printed chart copy may reflect additional updated/revised case information required as part of the QA case work up. Any changes and author (if applicable) will be reflected in EBIS donor documents.*



A TRUE COPY
St. Tammany Parish Coroner's Office

**St. Tammany Parish Coroner's Office**
65278 Hwy 434
Lacombe, Louisiana 70445
985-781-1150 • Fax: 985-781-1148

June 20, 2023

Louisiana Organ Procurement Agency
68190 Highway 190 Service Road
Covington, LA 70433

Attn.: Lizzie Banner

RE: Harmony Moller
DOD: 02/06/2023

Dear Ms. Banner:

Enclosed you will find a copy of the records you requested on the above referenced case. Included is a certified copy of the Autopsy report and the Toxicology report.

Please be advised that the information enclosed is PRIVILEGED AND CONFIDENTIAL INFORMATION intended for the use of the addressee ONLY. PLEASE DO NOT MAKE COPIES.

If I can be of any other assistance to you, please do not hesitate to call my office.

Sincerely,

*Ana Welch*
*Case Coordinator*
*St. Tammany Parish Coroner's Office*

Enclosures

A TRUE COPY
St. Tammany Parish Coroner's Office

WAGAR HICKMAN

ATTORNEYS AT LAW

Chip Wagar
Partner
Telephone 985 888 8740
Facsimile 985 888 8792
cwagar@wagarhickman.com

May 2, 2024

**SPOLIATION NOTICE / COLLECTION FORM**

*Via Email awelch@stpcoroner.com*
St. Tammany Parish Coroner's Office
65278 Highway 434
Lacombe, LA 70445

**Re: Your Patient/Our Client: Harmony Moller**
**Date of Birth:** [redacted]
**Date of Death: February 6, 2023**
**Last 4 Digits of SSN:** [redacted]

Dear St. Tammany Parish Coroner's Office:

Our firm represents the Estate of Harmony Moller for wrongful death claims related to the consumption of Kratom products. Please be advised that any kratom samples or products received at your facility are crucial evidence in our client's case. As well as kratom samples, any blood, tissue, or pathology specimens relating to Harmony Moller may also be used as evidence.

**Accordingly, this letter serves as a spoliation notice for any such materials.** Please do not destroy, discard, or damage such materials. Please ensure that the St. Tammany Parish Coroner's Office and any of its employees, representatives, agents, attorneys, insurance carriers, and consultants, retain all such samples, specimens, documents, radiography, video, and photographic imagery that may be relevant to this claim.

Please also ensure that none of these materials are used, and that no destructive testing is performed on any of these materials without contacting my office. Please contact me within fourteen (14) days from the date of this letter to confirm that you have preserved these materials.

If you are unable to ensure the proper storage of such materials, we would like to arrange for any preserved materials to be transferred to our possession and stored at Steelgate, Inc., a third-party biological storage facility. Please advise if the transfer of specimens is necessary. If so, a representative from Steelgate, Inc. will contact you to make arrangements for the safe transfer of

A TRUE COPY
aw



St. Tammany Parish Coroner's Office

these materials. They will provide you with a pre-packaged, pre-labeled kit so that any preserved materials can be easily shipped.

Attached, please find an authorization executed on behalf of the Estate of Harmony Moller allowing this office to arrange for the obtainment of the specimens, if needed. Thank you for your cooperation and prompt attention to this matter.

Sincerely,

CHIP WAGAR

CW/sb
Attachment: HIPAA Authorization

A TRUE COPY
St. Tammany Parish Coroner's Office

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION PURSUANT TO THE HEALTH INFORMATION TECHNOLOGY FOR ECONOMIC & CLINICAL HEALTH (HITECH) ACT, 42 USC 17935

| | |
|---|---|
| PATIENT NAME<br>Harmony Moller | DOB<br>[redacted] |
| ADDRESS<br>[redacted] | SSN<br>XXX-XX-[redacted] |

| | | |
|---|---|---|
| CITY Madisonville | STATE LA | ZIP 70447 |

PROVIDER AUTHORIZED TO RELEASE MEDICAL RECORDS

St. Tammany Parish Coroner's Office

RELEASE MEDICAL RECORDS TO

Wagar Hickman, LLC
1425 W. Causeway Approach
Mandeville, LA 70471

## MEDICAL RECORDS AUTHORIZED FOR USE OR DISCLOSURE

| DESCRIPTION | START DATE | END DATE |
|---|---|---|
| ☒ ALL PHI IN THE RECORD | Inception 02/06/2023 | Present |
| ☒ PROGRESS NOTES | ↓ | ↓ |
| ☒ LABORATORY TESTS | ↓ | ↓ |
| ☒ X-RAY /MRI'S/ CT SCANS AND REPORTS | ↓ | ↓ |
| ☒ HISTORY AND PHYSICAL EXAMINATION | ↓ | ↓ |
| ☒ DISCHARGE SUMMARY | ↓ | ↓ |
| ☒ CONSULTATION REPORTS | ↓ | ↓ |
| ☒ ITEMIZED BILLING STATEMENT | ↓ | ↓ |
| ☒ OTHER | ↓ | ↓ |

The following information will be released when included in the above unless you otherwise indicate:

[x] AIDS OR HIV TEST RESULTS
[x] ALCOHOL, DRUG OR SUBSTANCE ABUSE TREATMENT
[x] PSYCHIATRIC OR MENTAL CARE/TREATMENT
[ ] OTHER (specify):

I UNDERSTAND THAT:

1. This consent may be revoked in writing at any time by directing such revocation for the requester of this authorization. I also understand that any disclosures made prior to receipt of written revocation of this authorization are binding.
2. The purpose for this disclosure is LEGAL.
3. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.
4. The patient's treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.
5. A photocopy of this original will serve as an original.
6. This authorization will expire one year from the date on which t was signed.

| | |
|---|---|
| SIGNATURE OF PATIENT | DATE |
| SIGNATURE OF PATIENT'S REPRESENTATIVE (IF NECESSARY)<br>Kaileher Moller | DATE<br>05/02/24 |
| PERSONAL REPRESENTATIVE'S RELATIONSHIP TO PATIENT<br>Mother | |

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

# CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2023-022-00196

09730374

**DECEDENT**

| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|
| MOLLER, HARMONY ANNE | [redacted] | 02/06/2023 | 03:40 PM |

| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
|---|---|---|---|
| COVINGTON, LA UNITED STATES | FEMALE | [redacted] | 36 YEARS |

DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX):

| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|
| [redacted], MADISONVILLE, LA 70447 UNITED STATES | NO | ST. TAMMANY |

**PERSONAL**

| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION |
|---|---|---|
| NO | TEACHER | EDUCATION |

| MARITAL STATUS | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) |
|---|---|
| DIVORCED | |

| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
|---|---|
| MOLLER, ALBERT IVAN | ROCK ISLAND, IL UNITED STATES |

| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
|---|---|
| MONTZ, KATHLEEN MARY | ROCK ISLAND, IL UNITED STATES |

| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS |
|---|---|---|
| MOLLER, KATHLEEN MONTZ | MOTHER | [redacted] MADISONVILLE, LA 70447 UNITED STATES |

EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE

OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO

RACE: WHITE

**DEATH INFO**

| PLACE OF DEATH | FACILITY NAME |
|---|---|
| DECEDENT'S HOME | |

| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|
| [redacted], MADISONVILLE, LA 70447 UNITED STATES | ST. TAMMANY |

**DISPOSITION**

| METHOD OF DISPOSITION | PLACE OF DISPOSITION |
|---|---|
| CREMATION | METAIRIE CREMATORY |

| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | DATE OF DISPOSITION |
|---|---|
| NEW ORLEANS, LA UNITED STATES | 02/16/2023 |

**FUNERAL FACILITY**

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY |
|---|---|
| GRACE FUNERAL HOME | 450 HOLY TRINITY DR., COVINGTON, LA 70433 UNITED STATES |

| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
|---|---|---|
| FARRIS, KATIE A | E2843 | Y |

| SIGNATURE OF FUNERAL DIRECTOR | DATE |
|---|---|
| "e-sign" | 6/28/2023 |

**MEDICAL INFO**

| | |
|---|---|
| MANNER OF DEATH | ACCIDENT |
| IF FEMALE? | UNKNOWN |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

**CAUSE OF DEATH**

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | APPROXIMATE INTERVAL: Onset to Death

| | | |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. ABNORMALLY HIGH LEFT CORONARY OSTIA TAKEOFF EXACERBATED BY MITRAGYNINE USE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? |
|---|---|
| YES | YES |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| RESIDENCE | 02/06/2023 | 99:99 PM | N | NOT APPLICABLE |

| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|
| [redacted] MADISONVILLE, LA 70447 UNITED STATES | ST. TAMMANY |

DESCRIBE HOW INJURY OCCURED

SELF-INGESTED

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

SIGNATURE OF CERTIFIER: "e-sign" DATE 6/27/2023

CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) PRESTON, CHARLES ALLEN

CERTIFIER TITLE: CORONER

CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)

65276 HIGHWAY 434, LACOMBE, LA 70445 UNITED STATES

| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
|---|---|---|---|
| 519429 | ORLEANS | 02/13/2023 | 6/28/2023 |

**REGISTRAR**

SIGNATURE OF REGISTRAR NADINE MIMS SMITH "e-sign"

ISSUED BY: Audler, Marie L. Issued On: 6/30/2023 11:43:46 AM

09730374

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A TRUE COPY

St. Tammany Parish Coroner's Office

DEVIN GEORGE
STATE REGISTRAR

DHH-OPH LOUISIANA

WAGAR HICKMAN

ATTORNEYS AT LAW

*Helene Gregorich*
Paralegal
Main: 985-888-8740
Direct: 985-888-0138
Facsimile: 985-888-8792
hgregorich@wagarhickman.com

May 24, 2024

TIME SENSITIVE REQUEST FOR RECORDS
St. Tammany Parish Coroner's Office
65278 Highway 434
Lacombe, LA 70445

**Re: Your Patient/Our Client: Harmony Moller**
**Date of Birth: [redacted]**
**Date of Death: February 6, 2023**
**Last 4 Digits of SSN: [redacted]**

Dear St. Tammany Parish Coroner's Office:

Wagar Hickman represents the Estate of Harmony Moller for wrongful death claims related to the consumption of Kratom products. Accordingly, we are gathering information and evidence related to our client's death.

For dates of service between **02/06/2023** and **02/10/2023,** please provide any and all records including toxicology reports, autopsy reports, photographs, Certificate of Death, specimen custody forms or other documents related to your patient and our client, Harmony Moller. Together with the records, please complete and return the **Declaration of Custodian of Records** form to us by one of the below means:

6/17/24: left message for Helene Gregorich w/ Cecilia - need payment or sdt

10/4/24: pymt not Rcvd to this date



A TRUE COPY
aw
St. Tammany Parish Coroner's Office

| E-mail (preferred) | Mail | Fax |
|---|---|---|
| hgregorich@wagarhickman.com | Wagar Hickman<br>1401 W. Causeway App.<br>Mandeville, LA 70471 | 985-888-8792 |

By providing records responsive to this request, you are certifying that you are providing all of the responsive records in your possession which are accurate and complete duplicates. We look forward to working together with you on behalf of your patient and our client.

If you have any questions or concerns, please do not hesitate to call 985-888-8740 or e-mail **hgregorich@wagarhickman.com**

Sincerely,

Helene Gregorich
Paralegal to
***Nelson W. "Chip" Wagar, III &***
***Sarah Wagar Hickman***

:hg
Enclosures: Declaration of Custodian of Records
HIPPA Authorization

A TRUE COPY
St. Tammany Parish Coroner's Office

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION PURSUANT TO THE HEALTH INFORMATION TECHNOLOGY FOR ECONOMIC & CLINICAL HEALTH (HITECH) ACT, 42 USC 17935

| | | | |
|---|---|---|---|
| PATIENT NAME Harmony Moller | | | DOB [redacted] |
| ADDRESS [redacted] | | SSN XXX-XX-[redacted] | |
| CITY Madisonville | STATE LA | | ZIP 70447 |

PROVIDER AUTHORIZED TO RELEASE MEDICAL RECORDS
St. Tammany Parish Coroner
65278 Highway 434, Lacombe, LA 70445

RELEASE MEDICAL RECORDS TO
Wagar Hickman, LLC
1425 W. Causeway Approach
Mandeville, LA 70471

## MEDICAL RECORDS AUTHORIZED FOR USE OR DISCLOSURE

| DESCRIPTION | START DATE | END DATE |
|---|---|---|
| ☑ ALL PHI IN THE RECORD | Inception 2/10/23 | Present 2/10/23 |
| ☑ PROGRESS NOTES | | |
| ☑ LABORATORY TESTS | | |
| ☑ X-RAY /MRI'S/ CT SCANS AND REPORTS | | |
| ☑ HISTORY AND PHYSICAL EXAMINATION | | |
| ☑ DISCHARGE SUMMARY | | |
| ☑ CONSULTATION REPORTS | | |
| ☑ ITEMIZED BILLING STATEMENT | | |
| ☑ OTHER Specimens, tissue samples | | |

The following information will be released when included in the above unless you otherwise indicate:

[ ] AIDS OR HIV TEST RESULTS
[ ] ALCOHOL, DRUG OR SUBSTANCE ABUSE TREATMENT
[ ] PSYCHIATRIC OR MENTAL CARE/TREATMENT
[ ] OTHER (specify):

I UNDERSTAND THAT:

1. This consent may be revoked in writing at any time by directing such revocation for the requester of this authorization. I also understand that any disclosures made prior to receipt of written revocation of this authorization are binding.
2. The purpose for this disclosure is LEGAL.
3. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.
4. The patient's treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.
5. A photocopy of this original will serve as an original.
6. This authorization will expire one year from the date on which t was signed.

| | |
|---|---|
| SIGNATURE OF PATIENT | DATE |
| SIGNATURE OF PATIENT'S REPRESENTATIVE (IF NECESSARY) Kelsey Moller | DATE 5/21/2024 |
| PERSONAL REPRESENTATIVE'S RELATIONSHIP TO PATIENT Mother | |

A TRUE COPY
aw
St. Tammany Parish Coroner's Office

WAGAR HICKMAN

ATTORNEYS AT LAW

*Helene Gregorich*
Paralegal
Main: 985-888-8740
Direct: 985-888-0138
Facsimile: 985-888-8792
hgregorich@wagarhickman.com

## DECLARATION OF CUSTODIAN OF RECORDS

PATIENT NAME: Harmony Moller

**Date of Birth:** [redacted]

I, the duly authorized custodian of records of St. Tammany Parish Coroner's Office, having the authority to certify the records of Harmony Moller, declare the following:

1. RECORDS PRODUCED:

| | | | |
|---|---|---|---|
| Autopsy Report | ☐ YES | ☐ NO | ______ (number of) files / pages / films / slides / videos (circle one) |
| Toxicology Report | YES ☐ | NO ☐ | ______ (number of) files / pages / films / slides / videos (circle one) |
| Photographs | YES ☐ | NO ☐ | ______ (number of) files / pages / films / slides / videos (circle one) |
| Death Certificate | YES ☐ | NO ☐ | ______ (number of) files / pages / films / slides / videos (circle one) |
| Other (Specimens) | YES ☐ | NO ☐ | Describe Specimens: |

**2. CERTIFICATION OF RECORDS PROVIDED: (must select one)**

☐ The produced records are a true copy of ***ALL*** the records described in the authorization.
☐ The following records were omitted or could not be produced at this time for the following reason:

______________________________________________

**3.** CERTIFICATION OF NO RECORDS: (must select at least one)

☐ A thorough search of our files, carried out under my direction, revealed no documents, records



A TRUE COPY
St. Tammany Parish Coroner's Office

or other material called for in the Authorization.

☐ Existing records are not within the time limitation set forth in the request.

☐ All records have been destroyed in accordance with our document retention policy.

☐ Other explanation: ______________________________

I, the undersigned custodian of the records, do hereby certify that the attached records of is an accurate duplicate of any and all documents or other recorded form of information kept by St. Tammany Parish Coroner's Office concerning Harmony Moller. This declaration is made under oath subject to the penalties of perjury.

Executed on this date:____________________.

______________________________
Signature of Records Custodian

______________________________
Printed Name of Records Custodian

A TRUE COPY
St. Tammany Parish Coroner's Office