# EXHIBIT

# Q

PageVault

| | |
|---|---|
| Document title: | (3) Facebook |
| Capture URL: | https://www.facebook.com/katmoller |
| Page loaded at (UTC): | Wed, 09 Apr 2025 00:00:10 GMT |
| Capture timestamp (UTC): | Wed, 09 Apr 2025 03:49:06 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 272 |
| Capture ID: | hLKn7V6xse7zWi9Y2VTksf |

Kathi Moll

Intro

Spending my Golden years t...
tilt the happy b...



Spring Has SPRUNG!

Photos



Privacy · Consumer Health Privac...
Choices ▷ · Cookies · More · Meta ...

**Kathi's Post**

**Kathi Moll**
August 6, 2023 ·

Harmony was the most beautiful lady I have ever known. I lovingly called her the selfie queen and my princess.....she didn't like being a princess and I don't think she ever said or thought she was a beauty.
Her heart was so giving, but it had a physical flaw that was unknown and it took her from Earth to soon.
I can't even open her cell phone so I'm missing all her beautiful selfies she took with her friends.
She came up on a memories moments and I decided to share the beauty.
ENJOY !!






[redacted]

...eautiful selfies she took with
...share the beauty.



7 comments
Share

...he was always humble .

... my love of my life, my soul
... on to a new and different
... at 1pm at The Rock Island
... the last four years and he was



Kathi Moll

Intro

Spending my Golden years t... tilt the happy b...

Spring Has SPRUNG!

Photos

Privacy · Consumer Health Privac... Choices · Cookies · More · Meta ©

**Kathi's Post**

**Kathi Moll** is at **Tchefuncte River**.
February 8, 2023 ·

MY FRIENDS:
Our family is devastated. We have lost our lovely daughter. She was the most beautiful, precious lady in my life. She came home from teaching in Asia two years ago to help take care of her sick daddy. It was the best time having her with us again and I hope we told her we loved her enough to ease her burden. It was not always easy. She had so many fun things planned with her friends, she made me laugh at her joy.
She came in on Sunday after work and said her stomach hurt. By the night, she thought she had food poisoning, but was sure it would go away in two days. Despite medications and every attempt possible to save her live, her heart just stopped beating and she passed away in her little room overlooking the river. I am broken and angry at the universe for taking her away. 💔




[redacted]

25 comments 3 shares

Share

Harmony Moller
January 10, 2020 ·

Kathi Moll

**Intro**

Spending my Golden years t
tilt the happy b



Spring Has SPRUNG!

**Photos**



Privacy · Consumer Health Privac
Choices ▷ · Cookies · More · Meta ©

**Kathi's Post**

[redacted]

✎ Author
**Kathi Moll**
**Laura Saller** Harmony was sick yesterday and thought it was food poisoning. Her heart stopped and it wouldn't start despite all attempts.
2y Like 2😢

[redacted]



22 comments

Share

to you and family!🙏🙏



PageVault

| | |
|---|---|
| Document title: | (3) Facebook |
| Capture URL: | https://www.facebook.com/katmoller |
| Page loaded at (UTC): | Wed, 09 Apr 2025 14:27:50 GMT |
| Capture timestamp (UTC): | Wed, 09 Apr 2025 15:05:17 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 322 |
| Capture ID: | r2WfM3R5oBfoAJGLVy1XT3 |

Search Facebook

Kathi Moll

[redacted]

[redacted]

**Kathi Moll** is with **Brenda Burford**.
April 13, 2024 ·

THANKS to Harmony's FRIENDS
in KAMPOT, CAMBODIA for honoring **Harmony Moller** on the river cruise.
The pictures were fun and moving....







[redacted]

Kathi Moll

[redacted]

**Kathi Moll**
November 12, 2023 ·

THANK YOU for being a hero for your family and your nation !
And.....Thanks to the VA for making our loss a little less painful.....



Kathi Moll

[redacted]

**Kathi Moll**
April 7, 2023 ·

Ivan's best friend, Jim, for 50 years, followed Ivan to that place where heroes go to rest, this morning … .
Both are Vietnam era vets who where exposed to AGENT ORANGE while fighting for our country.
Both were working with the VA to get compensation for years of suffering the effects on their body.
I hope the VA stands by their word to take care of the vets and their families.
For me, Taking care of Ivan the last four years was an honor !... **See more**



Page Vault

| | |
|---|---|
| Document title: | (2) Mande's - As many of you know, we lost a dear friend and coworker... \| Facebook |
| Capture URL: | https://www.facebook.com/mandesrestaurant/posts/647328647396846/ |
| Page loaded at (UTC): | Thu, 10 Apr 2025 17:04:03 GMT |
| Capture timestamp (UTC): | Thu, 10 Apr 2025 17:05:09 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 5jPduDhhzeiUEbNk5AnUPx |

**Mande's's Post**

Kilpatrick Resource-Center
Friends
Memories
Saved
Groups
Video
Marketplace
Feeds
Events
Ads Manager
Meta Quest 3S
See more

Group chats
Create group chat

[redacted]

**Kathi Moll**
Jessie, thank you for these memories. I cherish all of them !
Thanks to everybody for the love and support.
It was a long 5 months before we found out that her death was caused by a cardiac anomaly that caused her heart to suddenly stop beating from lack of blood flow in a cardiac artery. Nobody was aware of this condition. We tried to save her but the damage couldn't be reversed.
She was a gift to all who knew her. She came home to be with her dad and she made him smile. Like a beautiful flower, her time on earth was shorter than we wanted but her beauty will never be forgotten.



[redacted]

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2025

PageVault

| | |
|---|---|
| Document title: | (4) Facebook |
| Capture URL: | https://www.facebook.com/katmoller |
| Page loaded at (UTC): | Mon, 21 Jul 2025 17:30:06 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 17:36:22 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | 6S5Nn8hhLDTSUqvNtDBQUS |

Kathi's Post

**Kathi Moll**
May 29, 2023 ·

THANK YOU FOR YOUR SERVICE.

The pix of Ivan was from a trip we took to CALI and toured the ship Ivan's brother Jim served on in the Navy. All four of Marge's boys and her husband served our country. Ivan and Jim suffered and died from service related lung cancer.
They deserve all our Thanks and appreciation.
Ivan's daughter, Harmony also suffered the effects of Agent Orange she inherited. She also was quiet about it but the struggle was real and never compensated by our military.
THE STRUGGLE IS REAL !




