UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER,** * | |
|     **Plaintiff,** * | |
| * | |
| v. * | CIVIL ACTION NO. 2:24-cv-228-WBV-DPC |
| * | |
| **MARTIAN SALES, INC.; JOPEN,** * | THE HONORABLE WENDY B. VITTER |
| **LLC; JOHNSON FOODS, LLC; LP** * | |
| **IND., LLC; CAG HOLDINGS, LLC;** * | MAGISTRATE DONNA PHILLIPS |
| **RMH HOLDINGS, INC.; ABC** * | CURRAULT |
| **INSURANCE COMPANY and John** * | |
| **Does 1-4,** * | |
|     **Defendants.** * | |

## DECLARATION OF EDWARD W. BOYER

I, Edward W. Boyer, make the following declaration:

1. I have been retained as an expert witness by Kilpatrick Townsend & Stockton LLP to review materials relevant to the death of Harmony Moller (the "Decedent") on February 6, 2023 and to formulate opinions as to the cause of this event.

2. Autopsy findings in Ms. Moller identified an "abnormally high left coronary ostia takeoff".

3. High coronary artery takeoffs are a congenital anatomical abnormality.

4. High coronary artery takeoffs are associated with sudden cardiac death in young, otherwise healthy individuals.

5. High coronary artery takeoffs are one of a constellation of conditions that are congenital, inherited, or acquired during childhood that may not manifest until death in adulthood.

6. I am a board-certified emergency physician and medical toxicologist, and have over 25 years of clinical practice experience treating several thousand patients.

1

7. I have reviewed the documents, medical records, and testimony produced in this litigation thus far related to Decedent and her family's medical history, and I believe that access to the Decedent's pediatric medical records will provide a more fulsome and accurate understanding of the cause of Decedent's death at only 36 years of age.

8. Access to pediatric records for Decedent will lead to relevant evidence, including whether Decedent exhibited signs and symptoms of hereditary, congenital, or acquired clinical syndromes and which may have caused or contributed to his death.

9. In particular, high takeoff of the coronary artery has a recognized association with sudden death in young adults, such as Ms. Moller's death. Many of the causes of sudden death in young adults have a genetic component; this finding emphasizes the importance of assessing not only family history but also any prior genetic screening.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Franklin County, State of Ohio, on the 10th day of June, 2025.

*/s/ Edward W. Boyer*
Edward W. Boyer