UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER,** * <br>     **Plaintiff,** * <br>   * <br> **v.** * <br>   * <br> **MARTIAN SALES, INC.; JOPEN,** * <br> **LLC; JOHNSON FOODS, LLC; LP** * <br> **IND., LLC; CAG HOLDINGS, LLC;** * <br> **RMH HOLDINGS, INC.; ABC** * <br> **INSURANCE COMPANY and John** * <br> **Does 1-4,** * <br>     **Defendants.** * | **CIVIL ACTION NO. 2:24-cv-228-WBV-DPC** <br><br> **THE HONORABLE WENDY B. VITTER** <br><br> **MAGISTRATE DONNA PHILLIPS CURRAULT** |

## RULE 37(A)(1) CERTIFICATE

Defendant, JOpen, LLC, submits this Federal Rule of Civil Procedure 37(a)(1) certificate and hereby certifies that undersigned counsel has attempted to conferred in good faith with counsel for Plaintiff, Kathleen Moller, on multiple occasions to resolve these issues without court action.

Specifically, Defendant's counsel and Plaintiff's counsel exchanged multiple letters regarding the discovery issues that form the basis of Defendant's motion to compel. On January 13, 2025, Defendant first sent a letter related to these discovery issues. On January 31, 2025, Plaintiff responded to Defendant's initial letter. On February 10, 2025, Defendant sent another letter in response. On February 13, 2025, Plaintiff sent another letter in response. Additionally, Defendant's counsel sent multiple emails to Plaintiff requesting Plaintiff execute medical authorizations for decedent's medical records.

After reviewing additional discovery received in response to Rule 45 subpoenas, Defendant sent additional letters to Plaintiff's counsel on June 26, 2025, and July 10, 2025, related to the discovery issues covered in Defendant's motion to compel. Plaintiff did not respond to Defendant's letters sent on June 26 or July 10. On July 19, 2025, Plaintiff's counsel confirmed he

had "nothing more to add" and declined Defendant's request for a telephonic conferral, stating he "will consider your conferral obligations under Rule 37 to have been satisfied and will not object on that basis."

The referenced letters and relevant email correspondence are attached to Defendant's motion.

Dated this 6th day of August, 2025.

                                                Respectfully Submitted

By: */s/ Gwendolyn C. Payton*
**Gwendolyn C. Payton** *(pro hac vice)*
**Hayley R. Ambler**
Louisiana State Bar No. 25848

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Suite 3700
Seattle, Washington 98101
Telephone: (206) 497-9600
Facsimile: (206) 299-0414
Email: hambler@ktslaw.com
Email: gpayton@ktslaw.com

**Maeghan E. Whitehead** *(*admitted *pro hac vice)*
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
(214) 922-7138
(214) 279-4456
mewhitehead@ktslaw.com

**COUNSEL FOR DEFENDANTS**

3

## CERTIFICATE OF SERVICE

      This is to certify that on the 6th day of August 2025, a copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's ECF System.

                                  */s/ Gwendolyn C. Payton*
                                  Gwendolyn C. Payton