UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC,** a Texas limited liability company; **JOHNSON FOODS, LLC,** a Wyoming limited liability company; **NUZA, LLC,** a Wyoming limited liability company; **CALIBRE MANUFACTURING, LLC,** a Wyoming limited liability company; **LP IND., LLC,** a Wyoming limited liability company; **CAG HOLDINGS, LLC,** a Wyoming limited liability company; **RMH HOLDINGS, INC.,** a Wyoming corporation; **FMK GROUP, INC.,** a Wyoming corporation; **PNW HOLDINGS, LLC,** a Wyoming limited liability company; **CC US HOLDINGS, LLC,** a Wyoming limited liability company; **PEYTON SHEA PALAIO; MARK JENNINGS; EYAL DAVID GABBAY;** and **MARK REILLY.** | * * * * * * * * * * * * * * * * * * | **MAGISTRATE DONNA PHILLIPS CURRAULT** |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM JOPEN, LLC

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Kathleen Moller, who respectfully moves this Honorable Court for an order compelling Defendant, JOPEN, LLC, to provide substantive responses to Plaintiff's Fourth Set of Discovery Requests, as more fully shown in the accompanying memorandum.

**WHEREFORE**, Plaintiff, Kathleen Moller, respectfully requests that this Honorable Court issue an order compelling full and complete discovery responses from JOPEN, LLC.

Respectfully submitted:

**WAGAR HICKMAN, LLC**

*s/ Nelson W. Wagar, III*
**NELSON W. WAGAR, III (No. 13136)**
**SARAH WAGAR HICKMAN (No. 35823)**
**JENNIFER SEILER AVALLONE (No. 35613)**
1401 West Causeway Approach
Mandeville, Louisiana 70471
Telephone (985) 888-8740
shickman@wagarhickman.com
cwagar@wagarhickman.com
javallone@wagarhickman.com

-and-

**MICHAEL J. COWGILL** (FL Bar # 1010945)
*Pro Hac Vice*
**TAMARA J. WILLIAMS** (FL Bar # 127625)
*Pro Hac Vice*
**MCTLAW**
1605 Main Street, Suite 710
Sarasota, Florida 34236
Telephone 888.952.5242
mcowgill@mctlaw.com
twilliams@mctlaw.com

*Attorneys for Plaintiff, Kathleen Moller*