UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN MOLLER | * | CIVIL ACTION NO. 24-0228-WBV-DPC |
| | * | |
| VERSUS | * | JUDGE WENDY B. VITTER |
| | * | |
| MARTIAN SALES, INC; JOPEN, LLC, a Texas limited liability company; JOHNSON FOODS, LLC, a Wyoming limited liability company; LP IND., LLC, a Wyoming limited liability company; CAG HOLDINGS, LLC, a Wyoming limited liability company; RMH HOLDINGS, INC., a Wyoming corporation; ABC INSURANCE COMPANY and John Does 1-4. | * * * * * * * * | MAGISTRATE DONNA PHILLIPS CURRAULT |
| * * * * * * * * * * * * * * * * * * * * * | * | |

**FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, JOHNSON FOODS, LLC**

TO:     JOHNSON FOODS, LLC, Defendant

In accordance with FRCP 34, you are required to answer separately each of the following requests for production and produce such documents for inspection and copying on or before 30 days from the date of service of these requests at the offices of **mctlaw**, 1515 Ringling Blvd., Suite 700, Sarasota, FL 34236.

Any objection must state whether any responsive materials are being withheld on the basis of the asserted objection. An objection to part of a request must specify the part and permit inspection of the rest. Any electronically stored information must be produced in accordance with FRCP 34(E).

**DEFINITIONS**

1.     The word "documents" shall be construed in the broadest sense allowable under the rules of civil procedure and other applicable law. "Documents" includes electronically stored information, including writings, drawings, graphs,

**EXHIBIT A**

charts, photos, audio and video recordings, images, data or data compilations, emails, text messages, social media postings, website postings, calendars and calendar entries, meeting notices, handwritten notes, voice messages, diaries or journals, photographs, and all drafts.

2. The term "NPI-001" refers to NPI-001 as identified in the Stipulation Regarding NPI-001 signed on May 13, 2025.

3. The terms in these requests should be interpreted in accordance with their ordinary and customary meanings and the context of this case, using common sense.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Produce all documents associated to the clinical testing of NPI-001 conducted with Nutrasource Pharmaceutical Services, Inc.

**REQUEST NO. 2:** Produce all documents associated to testing or study of NPI-001 conducted with Integrated Laboratory Systems, LLC.

**REQUEST NO. 3:** Produce all Certificates of Analysis for NPI-001.

**REQUEST NO. 4:** Produce all communications and documents exchanged with Pinney & Associates regarding NPI-001.

**REQUEST NO. 5:** Produce all communications and documents exchanged with NP Pharma Holdings, LLC regarding NPI-001.

**REQUEST NO. 6:** Produce all communications and documents exchanged with Della Terra regarding NPI-001.

**REQUEST NO. 7:** Produce all communications and documents exchanged with Mac Haddow regarding NPI-001.

**REQUEST NO. 8:** Produce all communications and documents exchanged

with Ramsey Atallah regarding NPI-001.

**REQUEST NO. 9:** Produce all communications and documents exchanged with Marilyn Heustis regarding NPI-001.

**REQUEST NO. 10:** Produce all communications and documents exchanged with Jack Henningfield regarding NPI-001.

**REQUEST NO. 11:** Produce all communications and documents exchanged with Mark Jennings regarding NPI-001.

**REQUEST NO. 12:** Produce all communications and documents exchanged with Peyton Palaio regarding NPI-001.

**REQUEST NO. 13:** Produce all communications and documents exchanged with NP Biotech, LLC regarding NPI-001.

**REQUEST NO. 14:** Produce all communications and documents exchanged with Precision Biologics, Inc. regarding NPI-001.

**REQUEST NO. 15:** Produce all communications and documents exchanged with Pacific West Holdings, LLC regarding NPI-001.

**REQUEST NO. 16:** Produce all communications and documents with any other named defendants regarding NPI-001 and/or OPMS kratom.

**REQUEST NO. 16:** Produce all design specification and manufacturing specification sheets, or documents containing such information, regarding NPI-001.

Date: August 4, 2025

Respectfully submitted,

By: */s/ Michael Cowgill*

        Michael J. Cowgill (FL Bar # 1010945)
        *Admitted pro hac vice*
        Tamara J. Spires (FL Bar #127625)
        *Admitted pro hac vice*
        **mctlaw**
        1515 Ringling Blvd., Suite 700
        Sarasota, Florida 34236
        mcowgill@mctlaw.com
        tspires@mctlaw.com

        and

        **WAGAR HICKMAN, LLP**

        **NELSON W. WAGAR, III (No. 13136)**
        **SARAH WAGAR HICKMAN (No. 35823)**
        1401 West Causeway Approach
        Mandeville, Louisiana 70471
        Telephone (985) 888-8740
        shickman@wagarhickman.com
        cwagar@wagarhickman.com

        ***Attorneys for Plaintiff, Kathleen Moller***

<u>**CERTIFICATE OF SERVICE**</u>

      I do hereby certify that I have on this 4th day of August 2025, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail, facsimile, and/or by U.S. mail, properly addressed with first-class postage prepaid.

        */s/ Michael Cowgill*
        **Michael Cowgill**