**From:** Michael Cowgill <mcowgill@mctlaw.com>
**Sent:** Wednesday, September 10, 2025 11:34 AM
**To:** Whitehead, Maeghan <MEWhitehead@ktslaw.com>; Chip Wagar III <cwagar@wagarhickman.com>; Sarah Wagar Hickman <shickman@wagarhickman.com>; Tamara J. Spires <tspires@mctlaw.com>; Annie Bain <abain@mctlaw.com>
**Cc:** Payton, Gwendolyn <GPayton@ktslaw.com>; Gaither, Lesli <LGaither@ktslaw.com>; Chin, Kristina <KChin@ktslaw.com>; Talis Abolins <tabolins@mctlaw.com>
**Subject:** Re: Moller - Confirmation of Cancellation of JOpen's Sept. 16 Deposition

Hi Maeghan,

Below is a summary of our call yesterday. Let me know if there are any issues:



1. Moller

   a. JOPEN/Gabbay deposition date

      i. **Need production of documents before deposition**

EXHIBIT C

1. **Anticipate a production by 9/30. Issue with trial coming up. Will get others involved as/if needed to get production done.**

2. **We are releasing 9/16 and will await new dates for October.**

a. <u>General objections improper</u>

   i. **We agreed to disagree—no change being made by defendants**

   i. Anything being withheld for privilege? **No**

   ii. Scope of time—basis for unilateral limitation to January 1, 2020, to February 6, 2023? **Agree to disagree (Plaintiff proposed 5 year window).**

a. <u>JOPEN Rogs</u>

   i. Same issues as Martian noted below for nos. 1-14. Substitute Mr. Reilly where Mr. Gabbay is mentioned.

   ii. **Same responses as describd below re: Martian**

b. <u>JOPEN RFPs</u>

   i. Same general issue regarding general objections, time limitation, and referenced search and production which has not been completed or received.

   ii. RFP 5-7 & 19: Is this response stating that a complete production has already occurred? **No**

      1. **RFP 5**

         a. **JOPEN produced the distribution agreement with martian**

         b. **Agreed to search for an produced any other agreements between other named parties and those either will be or have been produced (I noted not all of them could have or would have been produced as there as been no production since the addition of new parties)**

         c. **Communications—JOPEN will not search for them—overbroad as Martian is essentially only communicating about OPMS—agree to disagree**

      2. **RFP 6 — more burdensome because need to delineate between OPMS and other communications that are not OPMS related—agree to disagree**

      3. **RFP 7 — same as 6**

      4. **RFP 19—too broad as it involves all parties**

      5. **Agree to disagree—will not produce any communications**

      6. **5 years time window will not change the position**

   iii. RFP 9-11: Do documents exist if the objections are lifted?

      1. **Responses do not change—no communications re: NPI-001 (RFP 9)**

      2. **RFPS 10-11: Same no comms at all w/ Ra Shop**

- iv. RFP 20: standing on objections or any potential to narrow/have an agreement? **Standing on objections**
- v. RFP 25: third parties? Jopen is identified as the responsible party in other responses.
    1. **No third party-pre-pratt—but if time period broadens objection is as to Pratt**
    2. **Everything was in house until Pratt which started late 2024 early 2025**
- vi. RFP 26-30: time limitation is an issue—**standing on time limit**
- vii. RFP 31: does time limit removal change response?
    1. **Answer does not change**
- viii. RFP 33: same as 31
    1. **Answer does not change**
    2. **Will produce complaints filed against them in time period unilaterally set (2020-2023)**
- ix. RFP 36: No documents used to respond to Rogs?
    1. **This was inartful drafting—copy and pasted from documents into the responses—will produce documents in forthcoming production**

c. <u>Martian Rogs</u>

- i. Rog 1—limited to products at issue—overly narrow as labeling/warnings/IFUs/disclaimers go to knowledge of kratom safety/risk profile writ large
    1. Packaging—back of packages?
        a. **Not sure you have the back of the packages—will look into it**
    2. **Agree to disagree as to limitation to products at issue**
- ii. Rog 3 & 4—What of discussions with Mr. Gabbay?
    1. **Always with counsel present? Need to review and will get back to us**
- iii. Rog 5 & 6—is there no answer beyond an expert opinion? **Standing on objections**
- iv. Rog 7—this response, the instructions given, are from what timeframe? **Always within timeframe (2020-2023 as stated in general objections)**
- v. Rog 9 & 11—who ground it? Where? Etc.—**responses complete as written**
- vi. Rog 10 & 12—what specification sheet was produced? Have not received any production.—**will look into it and produce any spec sheet by 9/30**
- vii. Rog 13 & 14—non answer—**same as 5 & 6—standing on objections**
- viii. Rog 17—confusing relative to time limit imposed in responses—**standing on limitations imposed in general objections**

      ix. Rog 19—refers to testing, none received in production so far—**will look into it and produce any spec sheet by 9/30**

      x. Rog 20—what information is lacking?

          1. **Have not tested the product**

          2. **Need an inspection or testing**

          3. **I susggested letting us know how you might like to go about that. We have a lab we can work with to do so, but need an agreed protocol.**

      xi. **Production is happening when?**

          1. **Looking for someone with bandwidth to get it done before depositions.**

          2. **September 30 is the goal.**

  d. Martian RFPs

      i. **Same responses as JOPEN conferral**

      i. When is referenced search and production occurring? (See e.g. RFP 3, 5, 6-9, 14-15, 17-18, 20-27, 29-35, & 38-39) **(9/30 as described above)**

      ii. RFP 4—how is it duplicative of RFP 3?

      iii. RFP 6, 7, 8, 9, 15—objections narrow the request too much—communications re OPMS kratom generally is appropriate

      iv. RFP 10—what is the strike through? Just a typo?

      v. RFP 11—is this limited by the time frame in the general objections?

      vi. RFP 16—any way to narrow and agree to something here, or standing on objections?

      vii. RFP 21-third parties-who?

      viii. RFP 26—assumes facts not in evidence—how so?

      ix. RFP 31—how did you respond to the rogs without having the requested documents handy?

      x. RFP 32-33—spec sheet is the only responsive item?

      xi. RFP 36-27—do documents exist outside the time limit unilaterally imposed?

  e. Johnson Foods RFPs

      i. **Standing on objections as to all responses**

      i. Al RFPS are at issue

          1. stipulation was for jurisdictional discovery

              a. Theory and allegations/claim already articulated—potentially same products and same knowledge base re kratom safety/risk

11/11/25, 10:27 AM
Re: McKibban OCespone to ML Cowgill's Email - cmurtz11 - Outlook
Case 2:24-cv-00228-WBV-DPC   Document 172-4   Filed 11/11/25   Page 5 of 5

  f. <u>Johnson Foods</u>

    i. Status of financial records? Taxes?

      1. **Unknown—will look into it**

        a. I explained there was an ordering compelling these from JOPEN and including documents from 2024. They have not been provided as they allegedly did not exist yet given the timing of the order relative to tax season. They should not be available and produced.

Thank You,

Michael