UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN MOLLER** | * | **CIVIL ACTION NO. 24-0228-WBV-DPC** |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **MARTIAN SALES, INC; JOPEN, LLC, a Texas limited liability company; JOHNSON FOODS, LLC, a Wyoming limited liability company; LP IND., LLC, a Wyoming limited liability company; CAG HOLDINGS, LLC, a Wyoming limited liability company; RMH HOLDINGS, INC., a Wyoming corporation; ABC INSURANCE COMPANY and John Does 1-4.** | * * * * * * * * * | **MAGISTRATE DONNA PHILLIPS CURRAULT** |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, MARTIAN SALES, INC.

TO:    MARTIAN SALES, INC., Defendant

In accordance with FRCP 34, you are required to answer separately each of the following requests for production and produce such documents for inspection and copying on or before 30 days from the date of service of these requests at the offices of **mctlaw**, 1515 Ringling Blvd., Suite 700, Sarasota, FL 34236.

Any objection must state whether any responsive materials are being withheld on the basis of the asserted objection. An objection to part of a request must specify the part and permit inspection of the rest. Any electronically stored information must be produced in accordance with FRCP 34(E).

### DEFINITIONS

1.    The word "documents" shall be construed in the broadest sense allowable under the rules of civil procedure and other applicable law. "Documents" includes electronically stored information, including writings, drawings, graphs,

**EXHIBIT B**

charts, photos, audio and video recordings, images, data or data compilations, emails, text messages, social media postings, website postings, calendars and calendar entries, meeting notices, handwritten notes, voice messages, diaries or journals, photographs, and all drafts.

2. The term "kratom" refers to any form or derivative of product or material from the tree known as Mitragyna speciosa.

3. The term "OPMS" refers to OPMS kratom products.

4. The term "manufacturer" refers to kratom manufacturers or suppliers.

5. "Defendant" means MARTIAN SALES, INC., its accountants, investigators, agents, representatives, employees, and all persons acting or purporting to act on its behalf.

6. The terms in these requests should be interpreted in accordance with their ordinary and customary meanings and the context of this case, using common sense.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Produce all versions, including drafts, of product labels for OPMS Silver Green Veing Maeng Da 4 Oz. Powder packages from incorporation to present.

**REQUEST NO. 2:** Produce all versions, including drafts, of product labels for OPMS Silver Green Vein Maeng Da 30 capsule packages from incorporation to present.

**REQUEST NO. 3:** Produce all versions of OPMSkratom.com from incorporation to present, including all unpublished web pages.

**REQUEST NO. 4:** Produce all versions of OPMkratom.com from incorporation to present, including all unpublished web pages.

**REQUEST NO. 5:** Produce all versions of the disclaimer located at https://opmskratom.com/disclaimer/ from incorporation to present.

**REQUEST NO. 6:** Produce all communications between MARTIAN SALES, INC. and Eyal David Gabbay regarding OPMS kratom.

**REQUEST NO. 7:** Produce all communications between MARTIAN SALES, INC. and Mark Jennings regarding OPMS kratom.

**REQUEST NO. 8:** Produce all communications between MARTIAN SALES, INC. and Peyton Palaio regarding OPMS kratom.

**REQUEST NO. 9:** Produce all communications between MARTIAN SALES, INC. and Chris Dockery regarding OPMS kratom.

**REQUEST NO. 10:** Produce all marketing materials provided to all distributors of OPMS kratom within Louisiana.

**REQUEST NO. 11:** Produce all communications and documents exchanged between MARTIAN SALES, INC. and the Food and Drug Administration.

**REQUEST NO. 12:** Produce all communications and documents exchanged between MARTIAN SALES, INC. and Kathleen Moller.

**REQUEST NO. 13:** Produce all communications and documents exchanged between MARTIAN SALES, INC. and Harmony Moller.

**REQUEST NO. 14:** Produce all adverse event reports, including customer complaints, associated to OPMS kratom from incorporation to present.

**REQUEST NO. 15:** To the extent not otherwise encompassed herein, produce

all communications and documents exchanged between MARTIAN SALES, INC. and any other named defendant regarding kratom.

**REQUEST NO. 16:** Produce all discovery produced in the following matters:

- *Rachel McKibban, as Personal Representative of the Estate of Jordan McKibban, Deceased v. JOpen, LLC et. al.,* Case No. 23-2-01183-08 (Superior Court of the State of Washington In and For Cowlitz County);

- *Dana Pope individually as surviving parent of Ethan Pope, and as the Administrator of the Estate of Ethan Pope, deceased, and John Pope as surviving parent of Ethan Pope v. OPMS a/k/a Optimized Plant Mediated Solution et al.*, Civil Action No.: 22—A-1536 (State Court of Cobb County, GA);

- *Susan Weber v. OPMS a/k/a Optimized Plant Mediated Solution et al.*, Civil Action No.: 23EV000485 (State Court of Fulton County, GA);

- *Dusti Young, as Anticipated Representative of the Estate of Dustin Hernandez, Deceased, and Brenda Sandoval v. "OPMS Wholesale;" JOpen, LLC et al.*, Cause No. CC-23-01707-12 C (County Court of Dallas, Texas);

- *Joquawn Mays, as personal representative of the Estate of Cassandra L. Douglas v. Martian Sales, Inc. et al.*, Case No. 23-523-CAAXMX (Circuit Court of The Third Judicial Circuit, Columbia County, FL); and

- *Kevin Bradley and Mary Bradley, Individually, and on behalf of Brooks Bradley v. Martian Sales, Inc. et al.*, No. 2024-0799, Div. CV3 (4th Judicial District Court, Ouachita Parish, LA).

**REQUEST NO. 17:** Produce all product testing for the kratom contained in the OPMS kratom package bearing the following identifying numbers: AE SGMD30

22356; SN 17567963 (See MOLLER_000023-24).

**REQUEST NO. 18:** Produce all product testing for the kratom contained in the OPMS kratom package bearing the following identifying numbers: AE SGMD4 26622; SN 1532978 (See MOLLER_000025-26).

**REQUEST NO. 19:** Produce all documents relied on in support of any affirmative defense you assert in this matter.

**REQUEST NO. 20:** Produce all documents relied on for creation of and changes to product labels and product disclaimers, including those posted on the OPMSkratom.com website.

**REQUEST NO. 21:** Produce all documents related to the post market surveillance of OPMS kratom.

**REQUEST NO. 22:** Produce all medical literature reviewed by MARTIAN SALES, INC. concerning the safety and/or efficacy of kratom.

**REQUEST NO. 23:** Produce all medical literature or documents discussing or comparing kratom to other medications, including opioids.

**REQUEST NO. 24:** Produce all medical literature or documents discussing any potential drug-drug interactions with kratom.

**REQUEST NO. 25:** Produce all medical literature or documents discussing any risks of taking kratom with an underlying medical condition, including but not limited to coronary ostia takeoff.

**REQUEST NO. 26:** Produce all documents related to the design and manufacturing specifications of OPMS kratom from creation to present.

**REQUEST NO. 27:** Produce all agreements, contracts, or proposed agreements or contracts between MARTIAN SALES, INC. and any other named Defendant related to OPMS kratom.

**REQUEST NO. 28:** Produce all documents received from third parties regarding a potential adverse reaction regarding kratom.

**REQUEST NO. 29:** Produce all product spec sheets regarding OPMS kratom.

**REQUEST NO. 30:** Produce all documents stating a serving size for OPMS kratom and documents relied on to determine that serving size.

**REQUEST NO. 31:** Produce all documents relied on or referenced in your responses to Plaintiff's Fourth Set of Interrogatories to MARTIAN SALES, INC.

**REQUEST NO. 32:** Produce all product design documents associated to OPMS Silver Green Vein Maeng Da capsules.

**REQUEST NO. 33:** Produce all product design documents associated to OPMS Silver Green Vein Maeng Da powder.

**REQUEST NO. 34:** Produce all manufacturing process documents associated to OPMS Silver Green Vein Maeng Da capsules.

**REQUEST NO. 35:** Produce all manufacturing process documents associated to OPMS Silver Green Vein Maeng Da powder.

**REQUEST NO. 36:** Produce all communications and documents exchanged with Eri Hidayat.

**REQUEST NO. 37:** Produce all communications and documents exchanged with Pudji (See jurisdictional discovery 30(b)(6) deposition of Martian Sales taken

October 28, 2024, at pp.125:18-126-12)

**REQUEST NO. 38:** Produce all chain of custody documents related to the kratom contained in the OPMS kratom package bearing the following identifying numbers: AE SGMD30 22356; SN 17567963 (See MOLLER_000023-24).

**REQUEST NO. 39:** Produce all chain of custody documents related to the kratom contained in the OPMS kratom package bearing the following identifying numbers: AE SGMD4 26622; SN 1532978 (See MOLLER_000025-26).

Date: August 5, 2025

                              Respectfully submitted,

                              By: */s/ Michael Cowgill*
                              Michael J. Cowgill (FL Bar # 1010945)
                              *Admitted pro hac vice*
                              Tamara J. Spires (FL Bar #127625)
                              *Admitted pro hac vice*
                              **mctlaw**
                              1515 Ringling Blvd., Suite 700
                              Sarasota, Florida 34236
                              mcowgill@mctlaw.com
                              tspires@mctlaw.com

                              and

                              **WAGAR HICKMAN, LLP**

                              **NELSON W. WAGAR, III (No. 13136)**
                              **SARAH WAGAR HICKMAN (No. 35823)**
                              1401 West Causeway Approach
                              Mandeville, Louisiana 70471
                              Telephone (985) 888-8740
                              shickman@wagarhickman.com
                              cwagar@wagarhickman.com

                              ***Attorneys for Plaintiff, Kathleen Moller***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of August 2025, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail, facsimile, and/or by U.S. mail, properly addressed with first-class postage prepaid.

/s/ Michael Cowgill
**Michael Cowgill**