MINUTE ENTRY
CURRAULT, M. J.
DECEMBER 3, 2025
**MJSTAR:  1:04**
Court Reporter:  Karen Ibos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| KATHLEEN MOLLER | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 24-228 |
| MARTIAN SALES, INC., ET AL. | * | SECTION "D" (2) |

At Plaintiff Kathleen Moller's request, a hearing was held on this date on her Motions to Compel Discovery from Defendants JOPEN, LLC, Johnson Foods, LLC, and Martian Sales, Inc. ECF No. 181; *see* ECF Nos. 171, 172, 173.  The Defendants filed Opposition Memoranda.  ECF Nos. 178, 179.

Participating were:   Nelson W. Wagar, III, counsel for Plaintiff;
Maeghan Whitehead, counsel for Defendants.

The Court heard from the parties.  For the reasons stated on the record, the Court GRANTED IN PART, DENIED IN PART, and DEFERRED IN PART Plaintiff's Motions as stated on the record.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE