UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-228** |
| **MARTIAN SALES, INC., ET AL** | **SECTION: D (2)** |

### NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed regarding a **Motion to Enforce Court Order (Rec. Doc. 201)**, scheduled for submission before the district judge in this matter.  <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request.  Counsel should <u>not</u> appear for oral argument until ordered to do so.  Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

**LANIE BRYANT, FOR THE COURT**
CASE MANAGER SECTION D
Lanie_Bryant@laed.uscourts.gov
