# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN MOLLER,** | * |
| **Plaintiff,** | * |
| | * |
| v. | * CIVIL ACTION NO. 2:24-cv-228-WBV-DPC |
| | * |
| **MARTIAN SALES, INC.; JOPEN, LLC; JOHNSON FOODS, LLC; LP IND., LLC; CAG HOLDINGS, LLC; RMH HOLDINGS, INC.; ABC INSURANCE COMPANY and John Does 1-4,** | * THE HONORABLE WENDY B. VITTER * * MAGISTRATE DONNA PHILLIPS * CURRAULT * * |
| **Defendants.** | * |

## DEFENDANT JOPEN, LLC'S MOTION FOR SPOLIATION OF EVIDENCE

Defendant JOpen, LLC ("Defendant" or "JOpen, LLC") respectfully files this Motion for Spoliation of Evidence under Federal Rule of Civil Procedure 37(e), for the reasons stated in the attached Brief in Support of Defendant JOpen, LLC's Motion for Spoliation of Evidence.

Dated this 2nd day of March, 2026.

Respectfully Submitted

By:  /s/ Gwendolyn C. Payton
**Gwendolyn C. Payton** (pro hac vice)
**Hayley R. Ambler**
Louisiana State Bar No. 25848

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Suite 3700
Seattle, Washington 98101
Telephone:   (206) 497-9600
Facsimile:   (206) 299-0414
Email:  hambler@ktslaw.com
Email: gpayton@ktslaw.com

**Maeghan E. Whitehead** (admitted pro hac vice)
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
(214) 922-7138
(214) 279-4456

mewhitehead@ktslaw.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  This is to certify that on the 2nd day of March 2026, a copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's ECF System.

              */s/ Gwendolyn C. Payton*
              Gwendolyn C. Payton