**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KATHLEEN MOLLER,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO. 2:24-cv-228-WBV-DPC** |
| | * | |
| **MARTIAN SALES, INC.; JOPEN, LLC; JOHNSON FOODS, LLC; LP IND., LLC; CAG HOLDINGS, LLC; RMH HOLDINGS, INC.; ABC INSURANCE COMPANY and John Does 1-4,** | * * * * * * | **THE HONORABLE WENDY B. VITTER** <br> **MAGISTRATE DONNA PHILLIPS CURRAULT** |
| **Defendants.** | * | |

**<u>DEFENDANT JOPEN, LLC'S MOTION TO DISMISS WITH PREJUDICE</u>**

**NOW INTO COURT**, through undersigned counsel, comes Defendant JOpen, LLC, who moves this Court for an Order dismissing Plaintiff Kathleen Moller's claims with prejudice, all as for good cause and as fully shown in the Memorandum in Support, attached hereto.

**WHEREFORE**, Defendant respectfully requests an Order be issued by this Court to grant its Motion to Dismiss with Prejudice.

Dated this 5th day of November, 2026.

Respectfully Submitted

By: */s/ Gwendolyn C. Payton*

**Gwendolyn C. Payton** (admitted *pro hac vice)*
**Hayley R. Ambler**
Louisiana State Bar No. 25848

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Suite 3700
Seattle, Washington 98101
Telephone: (206) 497-9600
Facsimile: (206) 299-0414
Email: hambler@ktslaw.com
Email: gpayton@ktslaw.com

**Maeghan E. Whitehead** *(*admitted *pro hac vice)*

**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
(214) 922-7138
(214) 279-4456
mewhitehead@ktslaw.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on this 5th day of November, 2026, a copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's ECF System.

*/s/ Gwendolyn C. Payton*
Gwendolyn C. Payton