**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KATHLEEN MOLLER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-228** |
| **MARTIAN SALES, INC., ET AL** | **SECTION: D (2)** |

**NOTICE REGARDING ORAL ARGUMENT REQUEST**

A request for oral argument has been filed regarding a **Motion to Dismiss with Prejudice (Rec. Doc. 357)**, scheduled for submission before the district judge in this matter. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

**LANIE BRYANT, FOR THE COURT**
**CASE MANAGER SECTION D**
**Lanie_Bryant@laed.uscourts.gov**